1   Matthew Resnik, Esq. (SBN 182562)
    matthew@rhmfirm.com
2   David M. Kritzer, Esq. (SBN 170545)
    david@rhmfirm.com
3   **RESNIK HAYES MORADI LLP**
    17609 Ventura Blvd., Suite 314
4   Encino, California 91316
    Telephone: (818) 285-0100
5   Facsimile: (818) 855-7013

6
    Attorneys for Plaintiffs
7   ARMEN MARD

8                   **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  ARMEN MARD, an individual,              )   Case No.
                                            )   Unlimited Jurisdiction
12              Plaintiff,                   )   Assigned to Hon.
                                            )
13       vs.                                )
                                            )   **CIVIL COMPLAINT**
14  T-MOBILE, USA, INC., a Delaware         )
    Corporation; BANK OF AMERICA,           )
15  NATIONAL ASSOCIATION; ASSET             )
    MARKETING SERVICES, LLC, a Minnesota    )   **DEMAND FOR JURY TRIAL**
16  corporation dba GOVMINT.COM; BGASC,     )
    LLC, a California Limited Liability Company; )
17  FEDEX CORPORATION, a Delaware           )
    corporation; and Does 1 to 100, Inclusive, )
18                                          )
                Defendants                   )
19  _____ )

20

21       **COMES NOW PLAINTIFF** and demanding trial by jury complains and alleges as

22  follows:

23                                  **I.**

24                  **NATURE OF THE ACTION**

25       1.     This action arises out of T-MOBILE USA ("TMUSA")'s failure to protect its

26  wireless cell service subscriber—Plaintiff ARMEN MARD—from privacy intrusions on his

27  account, resulting in massive and ongoing violations of Plaintiff's and his family's privacy, the

28  compromise of his highly sensitive personal and financial information, specifically at Bank of

                                    1

America ("BOFA"), and the theft of almost $400,000 which the bad actors converted to gold and other untraceable precious metals purchased from the remaining Defendants which were delivered to Plaintiff's former address by FEDEX. The theft occurred as a result what's known as "SIM swapping.[1]"

2.      Plaintiff brings this action to hold TMUSA and the other Defendants accountable for its violations of federal and state law, and to recover for the grave financial and personal harm suffered by Plaintiff and his family as a direct result of Defendants' acts and omissions, as detailed herein.

**II.**

**PARTIES**

3.      **Plaintiff, ARMEN MARD, an individual** (hereinafter "MARD" or "Plaintiff") is now, and at all times relevant to this Complaint, was an individual residing in the County of Los Angeles, State of California.

4.      Plaintiff is informed and believes, and based on such information and belief alleges that **Defendant T-MOBILE, USA, INC., a Delaware Corporation** (hereinafter "TMUSA"), is now, and at all times relevant hereto was, a corporation duly organized under Delaware law and conducting business within the County of Los Angeles, State of California. TMUSA provides wireless service to subscribers in the United States. Plaintiff is further informed and believes, and based on such information and belief alleges that Defendant TMUSA is a "common carrier" governed by the Federal Communications Act ("FCA"), 47 U.S.C. § 151 et seq. and is regulated by the Federal Communications Commission ("FCC") for its acts and practices, including those occurring in this District.

5.      Plaintiff is informed and believes, and based on such information and belief alleges that **Defendant BANK OF AMERICA, NATIONAL ASSOCIATION** (hereinafter "BOFA"), is, and at all times mentioned and relevant herein a national banking association organized and existing under the laws of the United States of America, doing business in the

---

[1] SIM swapping refers to a relatively simple scheme, wherein third parties take control of a victim's wireless phone number, and the hackers then use that phone number as a key to access the victim's digital accounts, such as email, file storage, and financial accounts.

County of Los Angeles, State of California.

6. Plaintiff is informed and believes, and based on such information and belief alleges that **Defendant ASSET MARKETING SERVICES, LLC, a Minnesota corporation dba GOVMINT.COM** (hereinafter "AMS") is now, and at all times relevant hereto was, a corporation duly organized under Minnesota law and conducting business within the County of Los Angeles, State of California. Plaintiff is further informed and believes, and based on such information and belief alleges that Defendant AMS was and is conducting business under the fictitious name of GOVMINT.COM and is engaged primarily in the purchase and sale of precious metals including within this District.

7. Plaintiff is informed and believes, and based on such information and belief alleges that **Defendant BGASC, LLC, a California Limited Liability Company** (hereinafter "BGASC"), is now, and at all times relevant hereto was, a limited liability company duly organized under California law and conducting business within the County of Los Angeles, State of California. Plaintiff is further informed and believes, and based on such information and belief alleges that Defendant BGASC was and is engaged primarily in the purchase and sale of precious metals including within this District.

8. Plaintiff is informed and believes, and based on such information and belief alleges that **Defendant FEDEX CORPORATION, a Delaware corporation** (hereinafter "FEDEX"), is now, and at all times relevant hereto was, a corporation duly organized under Delaware law and conducting business within the County of Los Angeles, State of California.

9. The true names and capacities, whether individual, corporate, associate, or otherwise, of Defendants DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff is informed and believes, and on that basis allege, that each of the Defendants designated herein as a DOE is responsible in some manner, way, form and to some extent for the events and occurrences referred to herein, and for the damages resulting to Plaintiff. At such times as Plaintiff learns the true name and capacity of any Defendant named as a DOE herein, Plaintiff will seek leave of court to amend this Complaint to identify said Defendants and include accompanying charging allegations.

10.     Plaintiff is informed and believes, and based on such information and belief alleges that at all times herein mentioned, each of the Cross-Defendants named herein including ROES 1-10 was the agent, principal, representative, servant, employee, alter ego, aider and abettor, co-conspirator, joint venturer and/or partner (of any kind) of each of the remaining Cross-Defendants named in this complaint and, in doing the things hereinafter alleged, were at all times operating and acting within the purpose and scope of such authority as the agent, principal, representative, joint venturer, co-conspirator, and/or partner (of any kind) with the permission and consent of the remaining Defendants.

**III.**

**VENUE AND JURISDICTION**

11.     In accordance with 28 U.S.C. § 1391, venue is proper in this District because a substantial part of the conduct giving rise to Plaintiff's claims occurred in this District and Defendants transact business in this District. Plaintiff purchased his TMUSA wireless plan in this District, opened his BOFA bank accounts in this District. and was harmed in this District, where he resides, by Defendants' acts and omissions, as detailed herein.

12.     Venue is proper in this Court, as the acts complained of are believed to have occurred within its jurisdiction and damages exceed the jurisdictional limit of this Court.

13.     This Court has jurisdiction over this matter under 28 U.S.C. § 1331 because this case arises under federal question jurisdiction under the Federal Communications Act ("FCA"). The Court has supplemental jurisdiction under 28 U.S.C. § 1367 over the state law claims because the claims are derived from a common nucleus of operative facts.

14.     The Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1332 because Plaintiff is a citizen of a different state than Defendants TMUSA, BOFA, AMS and FEDEX.

15.     This Court has personal jurisdiction over all Defendants because they purposefully direct their conduct at California, transacts substantial business in California (including in this District), has substantial aggregate contacts with California (including in this District), engaged and is engaging in conduct that has and had a direct, substantial, reasonably

foreseeable, and intended effect of causing injury to persons in California (including in this District), and purposely avails itself of the laws of California.

**IV.**

## FACTUAL ALLEGATIONS APPLICABLE TO ALL COUNTS

16.     Plaintiff has been a customer of Defendant TMUSA for more than 10 years and had been an active, paying TMUSA wireless subscriber at all times relevant to the allegations in this Complaint.

17.     Plaintiff has also been a customer and accountholder of Defendant BOFA for more than 5 years. No one other than Plaintiff is authorized to access his accounts.

18.     Plaintiff and his family's highly sensitive and confidential personal, legal, and business information were stored on his phone including as relevant to this Complaint, his bank account information for accounts held at BOFA which are accessible through his ID and Password stored on the phone and allegedly protected on TMUSA's network.

19.     TMUSA is a large telecommunications company and provider of mobile telephone services in the United States. As a common carrier,[2] TMUSA is governed by the Federal Communications Act of 1934, as amended ("FCA"),[3] and corresponding regulations passed by the FCC.[4]

20.     Recognizing the sensitivity of data collected by cell carriers, Congress, through the FCA, requires TMUSA and other similar carriers to protect Plaintiff's sensitive personal information to which it has access as a result of its unique position as a telecommunications carrier.[5]

21.     Section 222 of the FCA, which became part of the Act in 1996, requires TMUSA to protect the privacy and security of information about its customers. Likewise, Section 201(b) of the Act requires TMUSA's practices related to the collection of information from its customers to be "just and reasonable" and declares unlawful any practice that is unjust or unreasonable.[6]

---

[2] 47 U.S. Code § 153(51).
[3] 47 U.S.C. § 151 et seq.
[4] 47 C.F.R. § 64.2001 et seq.
[5] 47 U.S.C. § 222.
[6] 47 U.S.C. § 201(b).

5

**COMPLAINT**

22.     TMUSA's more specific obligations to protect its customers concerns a specific type of information, called CPNI.[7] Specifically, the FCA "requires telecommunications carriers to take specific steps to ensure that CPNI is adequately protected from unauthorized disclosure."[8]

23.     Carriers such as TMUSA are liable for failures to protect their customers unauthorized disclosures.[9] The FCC has also stated that "[t]o the extent that a carrier's failure to take reasonable precautions renders private customer information unprotected or results in disclosure of individually identifiable CPNI, . . . a violation of section 222 may have occurred."[10]

24.     CPNI is defined as "information that relates to the quantity, technical configuration, type, destination, location, and amount of use of a telecommunications service subscribed to by any customer of a telecommunications carrier, and that is made available to the carrier by the customer solely by virtue of the carrier-customer relationship; and . . . information contained in the bills pertaining to telephone exchange service or telephone toll service received by a customer of a carrier."[11]

25.     Under the FCA, TMUSA is not just liable for its own violations of the Act, but also for violations that it "cause[s] or permit[s]."[12] By failing to secure Plaintiff's account and protect his CPNI, TMUSA caused and/or permitted Plaintiff's CPNI to be accessed and used by its own employees and/or by third-party hackers.

26.     TMUSA also knew, or should have known, about the risk SIM swap crimes presented to its customers. SIM swap crimes have been a widespread and growing problem for years. The U.S. Fair Trade Commission ("FTC") reported in 2016 that there were 1,038 reported SIM swap attacks *per month* in January 2013, which increased sharply to 2,658 per month by

---

[7] 47 U.S.C. § 222(a).

[8] Report and Order and Further Notice of Proposed Rulemaking, In the Matter of Implementation of the Telecommunications Act of 1996: Telecommunications Carriers' Use of Customer Proprietary Network Information and Other Customer Information, 22 F.C.C. Rcd. 6927 ¶ 1 (April 2, 2007) (hereafter, "2007 CPNI Order").

[9] 47 U.S.C. §§ 206, 207.

[10] Declaratory Ruling, In the Matter of Implementation of the Telecommunications Act of 1996: Telecommunications Carriers' Use of Customer Proprietary Network Information & Other Customer Information, 28 F.C.C. Rcd. 9609 ¶ 30 (2013) (hereafter, "2013 CPNI Order").

[11] 47 U.S.C. § 222(h)(1).

[12] *See* 47 U.S.C.A. § 206 (establishing that "[i]n case any common carrier shall do, or cause or permit to be done, any act, matter, or thing in this chapter prohibited or declared to be unlawful, or shall omit to do any act, matter, or thing in this chapter required to be done such common carrier shall be liable to the person or persons injured thereby for the full amount of damages sustained in consequence of any such violation of the provisions of this chapter[.]")

**COMPLAINT**

January 2016—2.5 times as many.[13] The FTC reported that SIM swaps represented 6.3% of all identity thefts reported to the agency in January 2016, and that such thefts "involved all four of the major mobile carriers" – including TMUSA[14]

27.     TMUSA knew or should have known that it needed to take steps to protect its customers. The FTC's 2016 Report stated that "*mobile carriers are in a better position than their customers to prevent identity theft through mobile account hijacking*[.]"[15]The FTC urged carriers such as TMUSA to "adopt a multilevel approach to authenticating both existing and new customers and require their own employees as well as third-party retailers to use it for all transactions."[16]

28.     The FTC also specifically warned carriers, including TMUSA, of the risk that, due to text message password reset requests and two-factor authentication, SIM swapping put subscribers at risk of financial loss and privacy violations:

> Having a mobile phone account hijacked can waste hours of a victim's time and cause them to miss important calls and messages. However, this crime is particularly problematic due to the growing use of text messages to mobile phones as part of authentication schemes for financial services and other accounts. The security of two-factor authentication schemes that use phones as one of the factors relies on the assumption that someone who steals your password has not also stolen your phone number. *Thus, mobile carriers and third-party retailers need to be vigilant in their authentication practices to avoid putting their customers at risk of major financial loss and having email, social network, and other accounts compromised.*[17]

29.     TMUSA obviously recognizes the sensitivity of customer data, and promises its subscribers that it "use[s] administrative, technical, contractual, and physical safeguards designed to protect your data while it is under our control," and, "when you contact us by phone or visit us in our stores, we have procedures in place to make sure that only the primary account holder or authorized users have access.[18]" As set forth below, TMUSA repeatedly broke these promises resulting in damages to Plaintiff.

---

[13]Lori Cranor, FTC Chief Technologist, "Your mobile phone account could be hijacked by an identity thief," Federal Trade Commission (June 7, 2016), https://www.ftc.gov/newsevents/blogs/techftc/2016/06/your-mobile-phone-account-could-be-hijacked-identity-thief (hereafter, "2016 FTC Report").
[14] Id.
[15] Id. (emphasis added)
[16] Id.
[17] Id. (emphasis added)
[18] T-Mobile Privacy Notice effective 5/5/21

**COMPLAINT**

30.     Between August 4, 2019 and August 20, 2019, Plaintiff was travelling with his family out of the country. At all times during this trip, Plaintiff had his mobile phone, a Samsung Note in his possession, but because he did not have an overseas call plan, he did not use the phone for calls on his trip, and instead made infrequent use of certain free apps to communicate while he was away. Although he had some issues with his phone during the trip, Plaintiff believed that they were due to local network issues, not due to any problems with TMUSA or due to any nefarious conduct.

31.     Plaintiff is informed and believes, and based on such information and belief alleges that at some unknown time, an unknown individual or individuals (collectively the "thieves") committed certain acts which enabled them to copy, clone, or otherwise duplicate the subscriber identity module or subscriber identification module also known as a SIM Card (hereinafter the "SIM Card") for his phone which was operated through the TMUSA system. These acts were committed without the knowledge or authorization of Plaintiff who did not discover this until he returned to the United States and tried to use his phone for calls.

32.     Plaintiff is informed and believes, and based on such information and belief alleges that once the thieves have control over the victim's phone number, they can use that control to access the victim's personal online accounts, such as email and banking accounts, through exploiting password reset links sent via text message to the now-hacker-controlled-phone or the two-factor authentication processes associated with the victim's digital accounts. Two-factor authentication allows digital accounts to be accessed without a password, or allows the account password to be changed. One common form of two-factor authentication is through text messaging. Rather than enter a password, the hacker requests that a password reset be sent to the mobile phone number associated with the account. Because the hacker now controls that phone number, the reset code is sent to them. The hacker can then log into, and change the password for, the victim's account, allowing them to access the contents of the account.

33.     Plaintiff is informed and believes, and based on such information and belief alleges that at the time the events described herein occurred, he had enabled two-factor authentication with Defendant BOFA for his bank accounts.

**COMPLAINT**

34.     On or about August 26, 2019, after he had returned from his trip, Plaintiff attempted to use his phone on the TMUSA system and discovered that it was entirely unable to make or receive phone calls or access the internet.

35.     Plaintiff then complained to TMUSA and requested that they investigate the matter further.

36.     Plaintiff received a letter from TMUSA dated October 16, 2019 in which TMUSA admitted that, "an unknown party assigned your phone line(s) ending in 1535 to the SIM card in a device other than yours on 08/09/19 1:27:46 PM PST lasting until 08/23/19 10:31:46 AM PST. To the extent this may have resulted in service disruption or any unauthorized charges to your T-Mobile account we have worked to ensure those were identified quickly and any issues should now be corrected. During the time of this re-assignment of your phone line(s), the unknown party would have bad access to incoming calls and texts to that line."  A true and correct copy of the October 16, 2019 Letter is attached hereto as **Exhibit "1"** and is incorporated herein by this reference as though set forth in full.

37.     Notably, the October 16, 2019 Letter informed Plaintiff that TMUSA, "has a number of safeguards in place to protect your personal information from unauthorized access, use, or disclosure," all of which apparently failed to stop the SIM Swap from occurring.

38.     Plaintiff was informed that without his knowledge or authority, his SIM Card and Samsung Android phone was apparently "swapped" for an Apple iPhone on August 9, 2019 and on August 12, 2019 his phone data was apparently ported to the new iPhone. Unfortunately, TMUSA was unable to provide any additional information to assist with identifying who committed these acts so that his service could be restored or that the thieves could be located.

39.     At a minimum, TMUSA knew or should have known that a stolen phone can be as effective as a stolen password. In fact, TMUSA's admissions in the October 16, 2019 Letter reveal just that---1) that the SIM Swap performed was "one way fraudsters may attempt identity theft"; 2) that the addition of a PIN number on his account could have prevented the unauthorized access; and 3) that the placement of a fraud alert on his credit could mitigate further damages.

40.     It is undisputed that TMUSA failed to advise Plaintiff of any of these steps to

protect his account until at least two months after the damage was already done.

41.     It is also undisputed that either TMUSA had either timely "detected" the SIM swap but failed to warn Plaintiff of it for 2 months, or that TMUS had failed to timely "detect" the intrusion for 2 months. Under either scenario, TMUSA is responsible for the Plaintiff's losses flowing therefrom.

42.     Plaintiff also discovered that the following large unauthorized wire transfers took place from his bank account ending in 4446 held at Defendant BOFA while he was out of the country:

| **DATE** | **AMOUNT** | **RECIPIENT** |
|----------|------------|---------------|
| 8/12/19 | $104,053,35 | AMS |
| 8/13/19 | $99,626.80 | BGASC |
| 8/15/19 | $105,833.00 | AMS |
| 8/16/19 | $139,088.10 | BGASC |
|  |  |  |
| TOTAL | $448,691,25 |  |

43.     Plaintiff also discovered that an unsuccessful wire transfer to another entity named Money Metals Exchange in the amount of $101,289.50 was reversed by the recipient since it could not adequately verify that Plaintiff had authorized the payment.

44.     Plaintiff is informed and believes, and based on such information and belief alleges that each of these wire transfers resulted in Defendants AMS and BGASC sending certain quantities of previous metals, primarily gold coins and/or bullion (collectively the "Gold") to an address formerly used by Plaintiff via Defendant FEDEX.

45.     Plaintiff is further informed and believes, and based on such information and belief alleges that despite the fact that Defendants AMS and BGASC requested that a signature be required before FEDEX delivered the packages, 1) they failed to verify the purchaser; and 2) verification of the identity of the person signing for the packages was ignored entirely by Defendant FEDEX, thereby enabling the thieves to abscond with the Gold.

46.     On September 24, 2019, Plaintiff received credit from Defendant AMS in the

1  amount of $80,362.50 which reduced his unauthorized losses to $368,238.65.

2        47.    Upon investigating further, Plaintiff discovered that apparently the swapping of

3  his phone through copying the SIM Card and the bank wire transfers were related acts, and that

4  the wire transfers were confirmed by Defendant BOFA by sending verification codes to the new

5  iPhone which was in the possession of the thieves with the cloned SIM Card. Apparently armed

6  with a copy of his phone in hand, the thieves had access to his bank accounts and were able to

7  empty them and to abscond with their untraceable Gold.

8        48.    By utilizing their control over Plaintiff's TMUSA cell phone number—and the

9  control of additional accounts (such as his email) secured through that number by utilizing two

10 factor authentication—these third-party thieves were able to access Plaintiff's bank accounts at

11 BOFA. The hackers then transferred currency from Plaintiff's accounts to the precious metal

12 seller defendants resulting in a loss of approximately $400,000.

13       49.    Although Plaintiff had previously used his phone for wire transfers from his bank,

14 he never did so for more than $10,000 and his transfers were infrequent. Plaintiff also never

15 purchased Gold or any other precious metals by using his phone or through a wire transfer.

16       50.    Plaintiff is informed and believes, and based on such information and belief

17 alleges that based on his customer history and prior account use and given the unusual size of the

18 transactions, BOFA should have gone beyond the simple two-factor authentication employed by

19 it and taken additional precautions to verify the identity of the transferor and the validity of the

20 transactions rather than simply permitting them to take place using the two-factor authentication

21 system.

22       51.    Plaintiff received none of the Gold and other than the aforementioned reversed

23 transaction, received no money to replace his monies lost as a result of the acts of the Defendants.

24       52.    Plaintiff then contacted each of the Defendants and filed a report with the

25 Glendale Police Department and an Identity Theft Report with the Federal Trade Commission.

26       53.    Plaintiff's informal efforts to resolve the situation with Defendants to rectify the

27 situation including refunding his money lost in these transactions were unsuccessful and each of

28 the Defendants declined to provide him with any relief. As a result, Plaintiff has now retained

counsel in order to assist them with obtaining the relief requested herein.

**V.**

**CLAIMS ASSERTED**

**FIRST CLAIM**
**BREACH OF CONTRACT**
**(Against Defendants TMUSA and Does 1-5 only)**

54.    Plaintiff realleges and incorporates by this reference all the allegations of the preceding paragraphs of this Complaint as though fully set forth herein.

55.    Plaintiff is informed and believes, and based on such information and belief alleges that  at all times described hereinabove, Plaintiff and Defendant TMUSA were involved in a written service contract (hereinafter the "TM Contract") wherein exchange for monthly payments, TMUSA agreed to provide mobile telephone service to Plaintiff. Plaintiff believes that the TM Contract is in writing.  True and correct copies of the T-Mobile Terms and Conditions ("TOC") effective March 1, 2021 and  the T-Mobile Privacy Notice ("PN") effective May 5, 2021 are attached hereto collectively as **Exhibit "2"** and are incorporated herein by this reference as though set forth in full. Plaintiff has been unable to locate a copy of the TOC and PN which were in effect when he opened his account with TMUSA but will amend this Complaint to include such documents once a copy is located by him.

56.    Notably, the PN provides as follows:

**How We Protect Your Data**
We use administrative, technical, contractual, and physical safeguards designed to protect your data while it is under our control. For example, when you contact us by phone or visit us in our stores, we have procedures in place to make sure that only the primary account holder or authorized users have access.

57.    Additionally, the Privacy Center established by TMUSA (located at https://www.t-mobile.com/privacy-center) is entitled "The privacy you deserve, the choices you want" and contains the tagline, "With T-Mobile, you don't have to worry," while reminding customers that "We've got your back. We're always working to protect you and your family and keep your data secure."

58.    Among the obligations imposed upon TMUSA in the TM Contract was an agreement by TMUSA to safeguard Plaintiff's data and personal information including protecting

his ability to use his phone on the TMUSA system and to access data on the network controlled and/or maintained by TMUSA, including taking steps to prevent "SIM Swaps" from occurring.

59.   Pursuant to the terms of the TM Contract and in conformance with his obligations thereunder Plaintiff thereafter performed each and every act required of him to perform under the TM Contract and paid valuable consideration in the form of the required monthly payments to TMUSA as agreed.

60.   Notwithstanding Plaintiff's full and complete performance, Defendant TMUSA has breached the terms of the TM Contract by among other things, failing to safeguard his data and personal information, creating an environment where bad actors can successfully mimic a customer's SIM Card and swap his phone, and permitting such bad actors to access the customer's supposedly secured personal information from said mobile phone, without the customer's knowledge.

61.   By utilizing their control over Plaintiff's TMUSA cell phone number—and the control of additional accounts (such as his email) secured through that number by utilizing two factor authentication—these third-party thieves were able to access Plaintiff's bank accounts at BOFA. The hackers then transferred currency from Plaintiff's accounts to the precious metal seller defendants resulting in a loss of approximately $368,238.65.

62.   Plaintiff's and his family's highly sensitive and confidential personal, legal, and business information was compromised as a result of the aforementioned SIM swap. This includes password and log-in information for additional accounts, and confidential financial, business, and legal information. All of this information was also at a high risk of being posted or bought and sold on the dark web by criminals and identity thieves, putting Plaintiff, his wife, and children at risk of extortion or further losses.

63.   As a direct and proximate result of Defendants' breach, Plaintiff has suffered damages in an amount according to proof, but believed to be at least $368,238.65.

64.   Plaintiff is informed and believes, and based on such information and belief alleges that the TM Contract provides for the recovery of attorney's fees and costs in the event a suit is filed to enforce its terms. As a further direct and proximate result of Defendants' breach,

Plaintiff has been caused to incur significant legal fees and costs in bringing this action to enforce the valid binding agreement, in an amount according to proof.

**SECOND CLAIM**
**BREACH OF CONTRACT**
**(Against Defendants BOFA and Does 6-10 only)**

65.     Plaintiff realleges and incorporates by this reference all the allegations of the preceding paragraphs of this Complaint as though fully set forth herein.

66.     Plaintiff is informed and believes, and based on such information and belief alleges that  at all times described hereinabove, Plaintiff and Defendant BOFA were involved in a written account agreement (hereinafter the "BOFA Contract") which governed his use of an account at BOFA. Plaintiff believes that the BOFA Contract is in writing. True and correct copies of the Deposit Agreement and Disclosures ("DAD") effective May 14, 2021 and the Bank of America U.S. Online Privacy Notice Last updated August 7, 2020 ("USPN") is attached hereto as **Exhibit "3"** and is incorporated herein by this reference as though set forth in full. Plaintiff has been unable to locate a copy of the DAD which were in effect when he opened his account with BOFA but will amend this Complaint to include such document once a copy if located by him.

67.     Notably, Page 38 of the May 24, 2021 DAD provides as follows:

**Large Cash Withdrawals**
We may require reasonable advance notice for large cash withdrawals. We may also refuse to honor a request to withdraw funds in cash from your account or to cash a check (including a cashier's check or other official item) at a financial center if we believe that the amount is unreasonably large or that honoring the request would cause us an undue hardship or security risk. We may require that such withdrawals be made at one of our cash vaults by an armored courier, acceptable to us and at your sole risk and expense. We are not responsible for providing for your security in such transactions.

68.     Additionally, Page 1 of the August 7, 2020 USPN provides as follows:

**Protecting your personal information**
To protect personal information from unauthorized access and use, we use security measures that comply with applicable federal and state laws. These measures may include device safeguards and secured files and buildings as well as oversight of our third party service providers to ensure personal information remains confidential and secure.

69.     Among the implied obligations imposed upon BOFA in the BOFA Contract was

an agreement by BOFA to safeguard Plaintiff's data and personal information including protecting his account from improper intrusion and authorized use by third parties.

70.     Pursuant to the terms of the BOFA Contract and in conformance with his obligations thereunder Plaintiff thereafter performed each and every act required of him to perform under the BOFA Contract and paid valuable consideration in the form of the required maintenance fees to BOFA and maintained minimum account balances as agreed.

71.     Notwithstanding Plaintiff's full and complete performance, Defendant BOFA has breached the terms of the BOFA Contract by among other things, failing to safeguard his account data and personal information, creating an environment where bad actors can successfully mimic a customer's information and access his account, and permitting such bad actors to access the customer's supposedly secured personal information from his mobile phone, without the customer's knowledge and without additional safeguards in place to protect against such large unauthorized wire transfers.

72.     As a direct and proximate result of Defendants' breach, Plaintiff has suffered damages in an amount according to proof, but believed to be at least $368,238.65.

73.     Plaintiff is informed and believes, and based on such information and belief alleges that the BOFA Contract provides for the recovery of attorney's fees and costs in the event a suit is filed to enforce its terms. As a further direct and proximate result of Defendants' breach, Plaintiff has been caused to incur significant legal fees and costs in bringing this action to enforce the valid binding agreement, in an amount according to proof.

**THIRD CLAIM**
**BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**
**(Against Defendants TMUSA and BOFA only)**

74.     Plaintiff realleges and incorporates by this reference all the allegations of the preceding paragraphs of this Complaint as though fully set forth herein.

75.     Defendants, and each of them, entered into the previously identified and described written contracts, and promised that they would honor the terms of said contracts.

76.     Upon information and belief, Defendants, and each of them, had no intention of honoring said contracts and instead left the security of Plaintiff's phone and bank accounts to him

1 | alone.

2 | 77. As such, Defendants breached the implied covenant and good faith and fair
3 | dealing.

4 | 78. As a proximate result of the aforementioned actions by Defendants, Plaintiff
5 | suffered economic loss in an amount to be determined at trial, but believed to be at least
6 | $368,238.65.

7 | **FOURTH CLAIM**
**VIOLATIONS OF THE CALIFORNIA CONSTITUTIONAL RIGHT TO PRIVACY**
8 | **(Against Defendants TMUSA, and Does 1-5 only)**

9 | 79. Plaintiff realleges and incorporates by this reference all the allegations of the
10 | preceding paragraphs of this Complaint as though fully set forth herein.

11 | 80. The California Constitution declares that, "All people are by nature free and
12 | independent and have inalienable rights. Among these are enjoying and defending life and liberty,
13 | acquiring, possessing, and protecting property, and pursuing and obtaining safety, happiness, and
14 | privacy." Cal. Const. Art. I, § 1.

15 | 81. Plaintiff has a reasonable expectation of privacy in his mobile device and his
16 | TMUSA account information. Plaintiff reasonably expected that TMUSA would not access or
17 | divulge his CPNI without authorization in light of TMUSA policies and legal protections
18 | afforded to CPNI.

19 | 82. TMUSA intentionally intruded on and into Plaintiff's solitude, seclusion, or
20 | private affairs by allowing its employees and/or third parties to improperly access his confidential
21 | CPNI without his permission. The sensitivity of Plaintiff's CPNI is evidenced by its use to
22 | impersonate Plaintiff and intercept the contents of his private text messages and the contents of
23 | his email accounts, financial accounts, and other accounts secured by private passwords and all
24 | related to the SIM Swap allowed by TMUSA to take place without his knowledge.

25 | 83. Plaintiff had a reasonable expectation of privacy not only in his CPNI but also in
26 | his online accounts that were accessed through use of his CPNI. Plaintiff had a passcode on his
27 | phone that protected the content of his text messages; passwords on his email accounts that
28 | protected the content of his private email correspondence with his spouse, family members,

friends, and business associates; passwords on his private notetaking application where he stored personal and professional confidential information; and passwords on his financial accounts that revealed his personal financial transactions, account balances, and business activities.

84.     The reasonableness of Plaintiff's expectations of privacy is supported by TMUSA and its agents' unique position to safeguard his account data, including the sensitive and confidential information contained therein, and protect Plaintiff from SIM swap attacks.

85.     By utilizing their control over Plaintiff's TMUSA cell phone number—and the control of additional accounts (such as his email) secured through that number by utilizing two factor authentication—these third-party thieves were able to access Plaintiff's bank accounts at BOFA. The hackers then transferred currency from Plaintiff's accounts to the precious metal seller defendants resulting in a loss of approximately $400,000.

86.     TMUSA and its agents' intrusions into Plaintiff's privacy are highly offensive to a reasonable person. This is evidenced by federal legislation enacted by Congress and rules promulgated and enforcement actions undertaken by the FCC aimed at protecting TMUSA customers' sensitive account data from unauthorized use or access.

87.     The offensiveness of TMUSA's conduct is also heightened by its material misrepresentations to Plaintiff concerning the safety and security of his account.

88.     Plaintiff suffered great personal and financial harm by the intrusion into his private affairs, as detailed throughout this Complaint.

89.     TMUSA's actions and conduct complained of herein were a substantial factor in causing the harm suffered by Plaintiff. But for TMUSA's failure to protect Plaintiff from such harm through adequate security and oversight systems and procedures, Plaintiff would not have had his personal privacy repeatedly violated and would not have been a victim of SIM swap theft.

90.     As a result of TMUSA's actions, Plaintiff seeks compensatory damages in an amount to be determined at trial.

///

///

///

**FIFTH CLAIM**

**VIOLATIONS OF THE FEDERAL COMMUNICATIONS ACT**
**47 U.S.C. § 201 *et seq.***
**(Against Defendants TMUSA, and Does 1-5 only)**

91.     Plaintiff realleges and incorporates by this reference all the allegations of the preceding paragraphs of this Complaint as though fully set forth herein.

92.     TMUSA has violated 47 U.S.C. § 222(a) by failing to protect the confidentiality of Plaintiff's CPNI, as detailed herein.

93.     TMUSA has violated 47 U.S.C. § 222(c) by using, disclosing, and/or permitting access to Plaintiff's CPNI without the notice, consent, and/or legal authorization required under the FCA, as detailed herein. TMUSA also caused and/or permitted third parties to use, disclose, and/or permit access to Plaintiff's CPNI without the notice, consent, and/or legal authorization required under the FCA, as detailed herein.  The October 16, 2019 letter is prima facie evidence of TMUSA's conduct or omissions.

94.     Plaintiff is informed and believes, and based on such information and belief alleges that or about August 9 2019, Defendant TMUSA granted access, to the thieves, to all of Plaintiff's "incoming calls and texts" and thereafter "detected unauthorized activity" on Plaintiff's TMUSA account. But for TMUSA's active change of the SIM assignment, the thieves could never have gained access to Plaintiff's account.

95.     By utilizing their control over Plaintiff's TMUSA cell phone number—and the control of additional accounts (such as his email) secured through that number by utilizing two factor authentication—these third-party thieves were able to access Plaintiff's bank accounts at BOFA. The hackers then transferred currency from Plaintiff's accounts to the precious metal seller defendants resulting in a loss of approximately $400,000.

96.     As fully alleged above, Plaintiff has suffered injury to his person, property, health, and reputation as a consequence of TMUSA's violations of the FCA. Additionally, Plaintiff has suffered emotional damages, including severe anxiety and depression, mental anguish, and suffering as a result of TMUSA's acts and practices.

97.     Plaintiff seeks the full amount of damages sustained as a consequence of

18

**COMPLAINT**

TMUSA's violations of the FCA, together with reasonable attorneys' fees, to be fixed by the Court and taxed and collected as part of the costs of the case. Plaintiff also moves for a writ of injunction or other proper process, mandatory or otherwise, to restrain Defendant TMUSA and its officers, agents, or representatives from further disobedience of the 2007 and 2013 CPNI Orders, or to compel their obedience to the same.

## SIXTH CLAIM
### NEGLIGENCE
**(Against Defendant TMUSA and Does 1-5 only)**

98.    Plaintiff realleges and incorporates by this reference all the allegations of the preceding paragraphs of this Complaint as though fully set forth herein.

99.    California *Civil Code* section 1714(a) provides, in part: "Everyone is responsible, not only for the result of his or her willful acts, but also for an injury occasioned to another by his or her want of ordinary care or skill in the management of his or her property or person, except so far as the latter has, willfully or by want of ordinary care, brought the injury upon himself or herself." This statute is the foundation of negligence law in California. (*Rowland v. Christian* (1968) 69 Cal.2d 108, 111- 112 [70 Cal.Rptr. 97, 443 P.2d 561].)

100.    Plaintiff is informed and believes and based upon such information and belief alleges that Defendant TMUSA owed a duty to Plaintiff—arising from the sensitivity of his TMUSA account information and the foreseeability of harm to Plaintiff should TMUSA fail to safeguard and protect such data—to exercise reasonable care in safeguarding his sensitive personal information. This duty included, among other things, designing, maintaining, monitoring, and testing TMUSA's and its agents', partners', and independent contractors' systems, protocols, and practices to ensure that Plaintiff's information was adequately secured from unauthorized access.

101.    Federal law and regulations, as well as TMUSA's privacy policy, acknowledge TMUSA's duty to adequately protect Plaintiff's confidential account information.

102.    TMUSA owed a duty to Plaintiff to protect his sensitive account data from unauthorized use, access, or disclosure. This included a duty to ensure that his CPNI was only used, accessed, or disclosed with proper consent.

103.   TMUSA owed a duty to Plaintiff to implement a system to safeguard against and detect unauthorized access to Plaintiff's TMUSA data in a timely manner.

104.   TMUSA owed a duty to Plaintiff to disclose the material fact that its data security practices were inadequate to safeguard Plaintiff's TMUSA account data from unauthorized access by its own employees and others.

105.   TMUSA had a special relationship with Plaintiff due to its status as his telecommunications carrier, which provided an independent duty of care. TMUSA had the unique ability to protect its systems and the data it stored thereon from unauthorized access.

106.   Plaintiff's willingness to contract with TMUSA, and thereby entrust TMUSA with his confidential and sensitive account data, was predicated on the understanding that TMUSA would undertake adequate security and consent precautions.

107.   Plaintiff is informed and believes and based upon such information and belief alleges that TMUSA breached its duties by, *inter alia*: (a) failing to implement and maintain adequate security practices to safeguard Plaintiff's TMUSA account and data—including his CPNI—from unauthorized access, as detailed herein; (b) failing to detect unauthorized access in a timely manner; (c) failing to disclose that TMUSA's data security practices were inadequate to safeguard Plaintiff's data; and (d) failing to provide adequate and timely notice of unauthorized access. The October 16, 2019 Letter is prima facie evidence of TMUSA's negligent conduct or omissions.

108.   Plaintiff is informed and believes, and based thereon alleges that TMUSA was also negligent in its authorization of Plaintiff's SIM card swap. TMUSA knew or should have known that this was highly suspicious and admits that it knew of this type of crime occurring. Nevertheless, TMUSA effectuated the transfer of Plaintiff's TMUSA account to a new cell phone without his knowledge based simply upon the cloned SIM Card.

109.   By utilizing their control over Plaintiff's TMUSA cell phone number—and the control of additional accounts (such as his email) secured through that number by utilizing two factor authentication—these third-party thieves were able to access Plaintiff's bank accounts at BOFA. The hackers then transferred currency from Plaintiff's accounts to the precious metal

seller defendants resulting in a loss of approximately $400,000.

110.    Plaintiff is informed and believes, and based on such information and belief alleges that or about August 9 2019, Defendant TMUSA granted access, to the thieves, to all of Plaintiff's "incoming calls and texts" and thereafter "detected unauthorized activity" on Plaintiff's TMUSA account. But for TMUSA's active change of the SIM assignment, the thieves could never have gained access to Plaintiff's account.

111.    Plaintiff is informed and believes, and based thereon alleges that TMUSA had the technical capacity to track this behavior—as reflected in its willingness to do so for law enforcement—but nonetheless failed to utilize it for the benefit and protection of Plaintiff.

112.    Plaintiff is informed and believes and based upon such information and belief alleges that the foregoing acts and conduct, and/or omissions to act, by Defendants, and each of them, were done negligently and with want of ordinary care, and in so doing, breached the duty of due care owed to Plaintiff.

113.    Plaintiff is informed and believes and based upon such information and belief alleges that but for TMUSA's breaches of its duties, Plaintiff's data would not have been accessed by unauthorized individuals and he would not have suffered the additional losses

114.    Plaintiff is informed and believes and based upon such information and belief alleges that it was reasonably foreseeable to Defendants, and each of them, that were they to violate such duties of care that harm and loss would occur to Plaintiff. Plaintiff was a foreseeable victim of TMUSA's inadequate data security practices and consent mechanisms. As alleged fully above, TMUSA knew or should have known that SIM swaps presented a serious threat to its customers, including Plaintiff, before Plaintiff's account was breached.

115.    TMUSA knew or should have known that unauthorized accesses would cause damage to Plaintiff.

116.    TMUSA's negligent conduct provided a means for unauthorized individuals to access Plaintiff's TMUSA account data, take over control of his wireless phone, and use such access to hack into his online bank account in order to rob Plaintiff and steal his personal information and money.

**COMPLAINT**

117.   As a proximate result of TMUSA's actions or omissions, the thieves gained access to Plaintiff's CPNI and therefore the ability to easily defeat two-factor authentication from financial and other accounts including BOFA.  TMUSA failed to disclose this to Plaintiff until October 16,  2019; over 2 months after the SIM Swap took place.

118.   As a direct, proximate result of the negligence of Defendants, and each of them, including but not limited to TMUSA's failure to prevent unauthorized access to his private information, Plaintiff has therefore suffered damages in an amount to be determined but believed to exceed the jurisdictional minimums of this court including, but not limited to, the lost funds and/or gold as well as other incidental and consequential damage.

119.   Plaintiff has also suffered grave injury, as detailed herein, including severe emotional distress which arose out of TMUSA's breach of its legal duties. The damages Plaintiff suffered were a proximate, reasonably foreseeable result of TMUSA's breaches of its duties.

## SEVENTH CLAIM
### NEGLIGENCE
### (Against Defendant BOFA and Does 6-10 only)

120.   Plaintiff realleges and incorporates by this reference all the allegations of the preceding paragraphs of this Complaint as though fully set forth herein.

121.   California *Civil Code* section 1714(a) provides, in part: "Everyone is responsible, not only for the result of his or her willful acts, but also for an injury occasioned to another by his or her want of ordinary care or skill in the management of his or her property or person, except so far as the latter has, willfully or by want of ordinary care, brought the injury upon himself or herself."  This statute is the foundation of negligence law in California. (*Rowland v. Christian* (1968) 69 Cal.2d 108, 111- 112 [70 Cal.Rptr. 97, 443 P.2d 561].)

122.   Plaintiff is informed and believes and based upon such information and belief alleges that Defendant BOFA owed a duty of care to Plaintiff to safeguard his personal information including undertaking sufficient measures to prevent unauthorized access to his bank account.

123.   Plaintiff is informed and believes and based upon such information and belief alleges that but for BOFA's breaches of its duties, Plaintiff's data would not have been accessed

by unauthorized individuals and he would not have suffered the additional losses

124.   Plaintiff is informed and believes and based upon such information and belief alleges that it was reasonably foreseeable to Defendants, and each of them, that were they to violate such duties of care that harm and loss would occur to Plaintiff. Plaintiff was a foreseeable victim of BOFA's inadequate data security practices and consent mechanisms. As alleged fully above, BOFA knew or should have known that SIM swaps presented a serious threat to its customers, including Plaintiff, before Plaintiff's account was breached.

125.   BOFA knew or should have known that unauthorized accesses would cause damage to Plaintiff and was possible for Plaintiff's (and presumably many of its customers') account information to be compromised.

126.   BOFA's negligent conduct provided a means for unauthorized individuals to access Plaintiff's BOFA account data, take over control of his funds, and use such access to rob Plaintiff and steal his personal information and money.

127.   As a direct, proximate result of the negligence of Defendants, and each of them, including but not limited to BOFA's failure to prevent unauthorized access to his private information, Plaintiff has therefore suffered damages in an amount to be determined but believed to exceed the jurisdictional minimums of this court including, but not limited to, the lost funds and/or gold as well as other incidental and consequential damage.

128.   Plaintiff has also suffered grave injury, as detailed herein, including severe emotional distress which arose out of BOFA's breach of its legal duties. The damages Plaintiff suffered were a proximate, reasonably foreseeable result of BOFA's breaches of its duties.

## EIGHTH CLAIM
### NEGLIGENCE
**(Against Defendants AMS, BGASC, and Does 11-15 only)**

129.   Plaintiff realleges and incorporates by this reference all the allegations of the preceding paragraphs of this Complaint as though fully set forth herein.

130.   California *Civil Code* section 1714(a) provides, in part: "Everyone is responsible, not only for the result of his or her willful acts, but also for an injury occasioned to another by his or her want of ordinary care or skill in the management of his or her property or person, except so

far as the latter has, willfully or by want of ordinary care, brought the injury upon himself or herself." This statute is the foundation of negligence law in California. (*Rowland v. Christian* (1968) 69 Cal.2d 108, 111- 112 [70 Cal.Rptr. 97, 443 P.2d 561].)

131.   Plaintiff is informed and believes, and based thereon alleges that Defendants AMS and BGASC owed a duty to care to Plaintiff and to other of their customers to adequately verify the identity of the purchaser and his address for delivery of the Gold.

132.   Plaintiff is informed and believes and based upon such information and belief alleges that Defendants AMS and BGASC breached its duties by, *inter alia*: (a) failing to implement and maintain adequate security practices to verify Plaintiff's identity before processing the orders; (b) failing to verify Plaintiff's address before arranging for shipment of the Gold; and (c) failing to instruct FEDEX to return the items unless a signature was obtained and ID verified for the recipient.

133.   Plaintiff is informed and believes and based upon such information and belief alleges that but for Defendants' breaches of their respective duties, Plaintiff's would not have suffered the losses he did.

134.   Plaintiff is informed and believes and based upon such information and belief alleges that it was reasonably foreseeable to Defendants, and each of them, that were they to violate such duties of care that harm and loss would occur to Plaintiff. Plaintiff was a foreseeable victim of Defendants' inadequate data security practices and consent mechanisms.

135.   Defendants and each of them knew or should have known that the failure to adequately verify the purchaser's identity and address given the magnitude and repetitive nature of the purchases would cause damage to Plaintiff.

136.   As a direct, proximate result of the negligence of Defendants, and each of them, Plaintiff has therefore suffered damages in an amount to be determined but believed to exceed the jurisdictional minimums of this court including, but not limited to, the lost funds and/or gold as well as other incidental and consequential damage.

137.   Plaintiff has also suffered grave injury, as detailed herein, including severe emotional distress which arose out of Defendants' breach of their legal duties. The damages

1 Plaintiff suffered were a proximate, reasonably foreseeable result of Defendants' breaches of their
2 duties.

3 **NINTH CLAIM**
**NEGLIGENCE**
4 **(Against Defendants FEDEX and Does 16-20 only)**

5 138. Plaintiff realleges and incorporates by this reference all the allegations of the
6 preceding paragraphs of this Complaint as though fully set forth herein.

7 139. California *Civil Code* section 1714(a) provides, in part: "Everyone is responsible,
8 not only for the result of his or her willful acts, but also for an injury occasioned to another by his
9 or her want of ordinary care or skill in the management of his or her property or person, except so
10 far as the latter has, willfully or by want of ordinary care, brought the injury upon himself or
11 herself." This statute is the foundation of negligence law in California. (*Rowland v.*
12 *Christian* (1968) 69 Cal.2d 108, 111- 112 [70 Cal.Rptr. 97, 443 P.2d 561].)

13 140. Plaintiff is informed and believes, and based thereon alleges that Defendant
14 FEDEX owed a duty to care to Plaintiffs and to the shipping parties to verify the correct delivery
15 address for Plaintiff and to request a signature upon delivery as requested by the shippers. Either
16 of these steps would have reduced the Plaintiff's losses significantly.

17 141. Plaintiff is informed and believes and based upon such information and belief
18 alleges that Defendants, and each of them, had and breached their common law and statutory
19 duties of care by failing to comply with all of the legal duties, and negligently failing to verify the
20 correct delivery address for Plaintiff and to actually obtain a signature before delivery as
21 requested by the shippers.

22 142. Plaintiff is informed and believes and based upon such information and belief
23 alleges that the foregoing acts and conduct, and/or omissions to act, by Defendants, and each of
24 them, were done negligently and with want of ordinary care, and in so doing, breached the duty
25 of due care owed to Plaintiff.

26 143. Plaintiff is informed and believes and based upon such information and belief
27 alleges that it was reasonably foreseeable to Defendants, and each of them, that were they to
28 violate such duties of care that harm and loss would occur to Plaintiff.

144.    As a direct, proximate result of the negligence of Defendants, and each of them, Plaintiffs have therefore suffered damages in an amount to be determined but believed to exceed the jurisdictional minimums of this court including, but not limited to, the lost funds and/or gold as well as other incidental and consequential damages.

## TENTH CLAIM
### VIOLATIONS OF CALIFORNIA'S CONSUMERS LEGAL REMEDIES ACT ("CLRA")
#### California *Civil Code* § 1750 et seq.
#### (Against Defendants, TMUSA, BOFA and Does 1-10 only)

145.    Plaintiff realleges and incorporates by this reference all the allegations of the preceding paragraphs of this Complaint as though fully set forth herein.

146.    As a TMUSA and BOFA customer, Plaintiff engaged in transactions with TMUSA concerning his wireless service and with BOFA concerning his banking services. Plaintiff sought and acquired services from and opened accounts with TMUSA and BOFA for his personal, family and household purposes.

147.    TMUSA and BOFA have engaged in unfair methods of competition and unfair or deceptive acts or practices intended to result and which did result in the sale of wireless services to and/or opening of a bank account by Plaintiff, as detailed herein.

148.    Defendants' acts and representations concerning the safeguards they employs to protect consumer account data—including Plaintiff's data and access to his accounts—is likely to mislead reasonable consumers, including Plaintiff, as detailed herein.

149.    Defendants have each represented that its goods or services have characteristic and/or benefits that they do not have. Specifically, TMUSA represented that, in purchasing TMUSA wireless cell service and using TMUSA-compatible phones, Plaintiff's confidential data would be safeguarded and protected, while BOFA represented that if Plaintiff opened and maintained an account with it, it would use "device safeguards and secured files and buildings as well as oversight of its third party service providers to ensure personal information remains confidential and secure."

150.    In actuality, as alleged fully above, TMUSA and BOFA did not protect and/or safeguard Plaintiff's data from unauthorized access, and Plaintiff suffered great loss as detailed

herein. The October 16, 2019 Letter is prima facie evidence of TMUSA's negligent conduct or omissions.

151. TMUSA's and BOFA's misrepresentations and omissions concerning their safeguarding of customers' data were materially misleading. As alleged fully above, a reasonable person would attach importance to the privacy of his sensitive account data in determining whether to contract with a wireless cell phone provider or open a bank account.

152. TMUSA and BOFA were obligated to disclose any shortcomings of their data protection practices, as they had exclusive knowledge of material facts not known or knowable to its customers, they actively concealed these material facts from its customers, and such disclosures were necessary to materially qualify their representations that they did not sell and took measures to protect consumer data and its partial disclosures concerning its use of customers' CPNI. Further admissions were necessary to prevent Defendants' statements from misleading the public in light of the undisclosed facts concerning its security procedures. Knowledge of these security shortcomings would be important to any reasonable consumer, and had the omitted information been disclosed Plaintiff would have been aware of it and behaved differently.

153. Further, TMUSA was obligated to disclose its practices—by seeking consent beforehand or informing customers of breaches in the aftermath—under the FCA.

154. TMUSA's and BOFA's actions and conduct complained of herein were a substantial factor in causing the harm suffered by Plaintiff, as alleged fully above.

155. Prior to filing this action, Plaintiff provided notice to Defendants regarding his intent to file an action for damages based on, in part, their violations of the CLRA, including their misrepresentations and omissions concerning its safeguarding of customers' data.

156. Plaintiff seeks injunctive relief, damages—including actual, statutory, and punitive damages—and attorneys' fees for Defendants' violations of the CLRA. Plaintiff seeks public injunctive relief against Defendants' unfair and unlawful practices in order to protect the public and restore to the parties in interest money or property taken as a result of Defendants' unfair methods of competition and unfair or deceptive acts or practices. Plaintiff also seeks a mandatory cessation of TMUSA's and BOFA's practices and proper safeguarding of confidential customer

account data.

### ELEVENTH CLAIM
**VIOLATION OF THE COMPUTER FRAUD AND ABUSE ACT 18 U.S.C. § 1030**
**(Against Defendants TMUSA and Does 1-5 only)**

157.    Plaintiff realleges and incorporates by this reference all the allegations of the preceding paragraphs of this Complaint as though fully set forth herein

158.    Plaintiff's mobile device is capable of connecting to the Internet.

159.    Plaintiff is informed and believes and based upon such information and belief alleges that TMUSA permitted unknown third parties, possibly its own employees to intentionally access Plaintiff's mobile device, and assisted others in accessing his mobile device, without Plaintiff's authorization, in order to assist hackers in their theft from Plaintiff. The October 16, 2019 Letter is prima facie evidence of TMUSA's negligent conduct or omissions.

160.    Plaintiff is informed and believes and based upon such information and belief alleges that TMUSA took these actions or failed to prevent such actions knowing that they would cause damage to Plaintiff's mobile device, as well as damage to and misuse of the information located on his mobile device.

161.    Plaintiff is informed and believes and based upon such information and belief alleges that TMUSA caused Plaintiff's mobile device and much of the data on it to be unusable to him.

162.    Because of the acts and omissions of TMUSA, Plaintiff suffered damage to his mobile device and damage to information on his mobile device including being unable to access information and data on his mobile device and being unable to access his personal accounts, including his personal and financial (e.g. BOFA) accounts.

163.    The act of swapping Plaintiff's TMUSA wireless SIM card was in the scope of the TMUSA employees' work.

164.    Further, besides the actual loss suffered by him from his bank account, Plaintiff has spent in excess of $5,000 to date investigating who accessed his mobile device and accessed information on it.

///

## TWELFTH CAUSE OF ACTION
### UNFAIR, UNLAWFUL, FRAUDULENT, AND DECEPTIVE BUSINESS PRACTICES
#### California Bus & Prof. Code §§ 17200, et seq.
#### (Against Defendants, TMUSA, BOFA and Does 1-10 only)

165.     Plaintiff realleges and incorporates by this reference all the allegations of the preceding paragraphs of this Complaint as though fully set forth herein

166.     At all times mentioned herein, *Business and Professionals Code* § 17200, et seq. (collectively the "UCL") was in full force and effect and was binding on Defendants. Said sections require Defendants to refrain from unfair, unlawful, fraudulent and deceptive business practices.

167.     The UCL permits civil recovery for "any unlawful, unfair or fraudulent business act or practice and unfair, deceptive, untrue or misleading advertising...." (Bus. & Prof.Code, § 17200.) "'Because *Business and Professions Code* section 17200 is written in the disjunctive, it establishes three varieties of unfair competition—acts or practices which are unlawful, or unfair, or fraudulent....' " (*Cel–Tech Communications, Inc. v. Los Angeles Cellular Telephone Co.* (1999) 20 Cal.4th 163, 180, 83 Cal.Rptr.2d 548, 973 P.2d 527.)

168.     By defining "unfair competition" to include any unlawful act or practice, the UCL permits violations of other laws to be treated as independently actionable as unfair competition. (*Cel–Tech Communications, Inc. v. Los Angeles Cellular Telephone Co., supra*, 20 Cal.4th at p. 180, 83 Cal.Rptr.2d 548, 973 P.2d 527.) " '[A]n "unfair" business practice occurs when that practice "offends an established public policy or when the practice is immoral, unethical, oppressive, unscrupulous or substantially injurious to consumers." [Citation.]' [Citation.]" (*Smith v. State Farm Mutual Automobile Ins. Co.* (2001) 93 Cal.App.4th 700, 719, 113 Cal.Rptr.2d 399.)

169.     An unfair business practice also means "'the public policy which is a predicate to the action must be "tethered" to specific constitutional, statutory or regulatory provisions.' " (Scripps Clinic v. Superior Court (2003) 108 Cal.App.4th 917, 940, 134 Cal.Rptr.2d 101.) A fraudulent practice under the UCL "require [s] only a showing that members of the public are likely to be deceived" and "can be shown even without allegations of actual deception, reasonable reliance and damage." (*Daugherty v. American Honda Motor Co., Inc.* (2006) 144 Cal.App.4th 824, 838, 51 Cal.Rptr.3d 118.)

170.     Further, California recognizes the authority under the Consumers Financial

Protection Acts.

171.    Section 1036(a)(1)(B) of the CFPA (Consumer Financial Protection Act of 2010) prohibits "unfair, deceptive, or abusive" acts  12 U.S.C. § 5536(a)(1)(B). An act or practice is unfair if it causes or is likely to cause consumers substantial injury that is not reasonably avoidable and if the substantial injury is not outweighed by countervailing benefits to consumers or to competition.

172.    Plaintiff is informed and believes, and based upon such information and belief, herein alleges that each of the acts of Defendants, and each of them, as set forth hereinabove in this Complaint including the aforementioned statutory violations constitutes unlawful, unfair and fraudulent business acts or practices within the meaning of California *Business and Professions Code* Section 17200, et seq.

173.    In addition, Plaintiff is informed and believes, and based upon such information and belief, herein alleges that in numerous instances as described above, Defendants have made or disseminated untrue or misleading statements to Plaintiff and to other similarly situated consumers concerning the measures undertaken or used by them to protect Plaintiff's data and CPNI.

174.    Plaintiff is informed and believes, and based upon such information and belief, herein alleges that as a result of Defendants' and each of their unlawful, unfair and fraudulent practices and omissions, and given the unique quality and nature of the Subject Property, Plaintiffs are without an adequate remedy at law and is entitled to equitable relief enjoining Defendants' continuing unlawful acts against them and other consumers who are similarly situated.

175.    Plaintiff is informed and believes, and based upon such information and belief, herein alleges that as a result of Defendants' and each of their unlawful, unfair and fraudulent practices and omissions, Plaintiff is entitled to such orders or judgment, including the appointment of a receiver, as may be necessary to prevent the use or employment by the Defendants of any practice which unlawful, unfair and fraudulent practices.

176.    Plaintiff is informed and believes, and based upon such information and belief, herein allege that as a result of Defendants' and each of their actions, Plaintiff has suffered damages and is entitled to general, special, consequential and incidental damages in an amount to

be determined at trial.

## **PRAYER FOR RELIEF**

**WHEREFORE, Plaintiff prays for judgment against Defendants as follows:**

1.    For actual damages according to proof;

2.    For compensatory damages as permitted by law;

3.    For statutory damages as permitted by law;

4.    For equitable relief as permitted by law;

5.    For interest as permitted by law;

6.    For reasonable attorneys' fees and costs;

7.    For such other and further relief as this Court deems just and proper.

Dated: August 25, 2021          RESNIK HAYES MORADI LLP

By: _____
          Matthew Resnik, Esq.
          David M. Kritzer, Esq.
          Attorneys for Plaintiff
          ARMEN MARD

**COMPLAINT**

# EXHIBIT 1



October 16, 2019

ARMEN MARD
9689 VIA TORINO
BURBANK, CA 91504-1411

Dear ARMEN MARD:

*Re: INCD2019-01-4311223*

We recently detected unauthorized activity on your T-Mobile account, during which an unknown party would have had access to Customer Proprietary Network Information ("CPNI"). CPNI includes information about calls made and received on your line(s), and certain account information including your service plan and features you may subscribe to. We are sending this notice as required by Federal Communications Commission rules.

Specifically, an unknown party assigned your phone line(s) ending in 1535 to the SIM card in a device other than yours on 08/09/19 1:27:46 PM PST lasting until 08/23/19 10:31:46 AM PST. To the extent this may have resulted in service disruption or any unauthorized charges to your T-Mobile account, we have worked to ensure those were identified quickly and any issues should now be corrected. During the time of this re-assignment of your phone line(s), the unknown party would have had access to incoming calls and texts to that line.

If you have not done so already, we encourage you add or update your 6-15 digit Care Personal Identification Number (PIN) to your account to help protect against unauthorized access to your account. We also encourage you to update your My.T-Mobile.com password (used for online access to your T-Mobile account), and confirm you have appropriate security for your email, financial and other accounts that may send password resets or other credentials to your phone. Contact Customer Care at 611 from your T-Mobile phone, at 1-800-T-MOBILE from any phone, or visit a T-Mobile retail store for help updating your T-Mobile credentials.

Changing a SIM assignment (a type of account takeover fraud) is one way fraudsters may attempt identity theft. You may wish to place a fraud alert, which signals creditors to contact you before opening new accounts in your name. You can call any one of the three credit bureaus below to place a fraud alert on your credit file. You can also visit the credit bureau websites or write for additional information about fraud alerts.

| Experian | Equifax | TransUnion |
|---|---|---|
| www.experian.com/fraud | www.alerts.equifax.com | www.transunion.com/fraud |
| P.O. Box 9554 | Equifax Information Services LLC | Fraud Victim Assistance Department |
| Allen, TX 75013 | P.O. Box 740256 | P.O. Box 2000 |
| 1-888-397-3742 | Atlanta, GA 30374 | Chester, PA 19016 |
| | 1-800-525-6285 | 1-800-680-7289 |

We have a number of safeguards in place to protect your personal information from unauthorized access, use, or disclosure. For more information on how we protect your information, please review our PrivacyStatement at www.T-Mobile.com/privacy. We also provide security tips for you at: https://www.t-mobile.com/responsibility/privacy.

We apologize for any inconvenience this incident may have caused you. Should you have any questions, please contact the T-Mobile Privacy Office at 425-383-4000 or Privacy@T-Mobile.com.

Sincerely,
T-Mobile Privacy Office
T-Mobile US, Inc.

# EXHIBIT 2

**LEGAL CENTER**

# Terms and Conditions

Effective as of March 1, 2021

Thanks for choosing T-Mobile. Please read these Terms & Conditions ("T&Cs"), which contain important information about your relationship with T-Mobile, including mandatory arbitration of disputes between us, instead of class actions or jury trials. You will become bound by these provisions once you accept these T&Cs.

## WHO IS THIS AGREEMENT WITH?

These T&Cs are an agreement between you and us, T-Mobile USA, Inc., and our controlled subsidiaries, assignees, and agents.

## HOW DO I ACCEPT THESE T&Cs?

You accept these T&Cs by doing any of the following things:

- giving us a written or electronic signature or confirmation, or telling us orally that you accept;

- activating, using or paying for the Service or a Device; or

- opening the Device box.

If you don't want to accept these T&Cs, don't do any of these things.

When you accept, you're telling us that you are of legal age (which means you are either legally emancipated, or have reached the age of majority as defined in your jurisdiction) and that you are able to enter into a contract. If you accept for an organization, you're telling us that you are authorized to bind that organization, and references to "you" in these T&Cs may mean the organization.

# WHAT IS INCLUDED IN THESE TERMS AND CONDITIONS?

In these T&Cs, you'll find important information about:

- T-Mobile services provided to you ("Service");

- Any equipment for which we provide Service or which we provide to you to be used with our Service, such as a phone, handset, tablet, SIM card, or accessory (collectively, a "Device");

- Any charges, taxes, fees, and other amounts we bill you or that were accepted or processed through your Device ("Charges");

- Privacy information;

- Network management practices;

- Limitations of liability; and

- Resolution of disputes by arbitration and class action and jury trial waivers.

# ARE THERE ANY OTHER TERMS THAT APPLY TO ME?

On Demand Lease Yes. Your "Agreement" includes these T&Cs, the additional terms found in your Rate Plan, your Data Plan, your Service Agreement, and provisions linked to from these T&Cs. Sections marked "*" continue after termination of our Agreement with you.

You should be aware that our Privacy Notice, located at www.T-Mobile.com/privacy, and Open Internet Policy, located at www.T-Mobile.com/OpenInternet, apply to the use of our products and services. You might also have other agreements with us, such as an equipment installment plan or JUMP! Agreement.

# *HOW DO I RESOLVE DISPUTES WITH T-MOBILE?

By accepting these T&Cs, you are agreeing to resolve any dispute with us through binding arbitration or small claims dispute procedures (unless you opt out), and to waive your rights to a jury trial and to participate in any class action suit. For additional terms and conditions governing a dispute between us, including how to dispute Charges assessed to you on your bill, choice of law, disclaimers of certain warranties, limitations of liabilities, and your indemnification obligations, see "Other Terms Regarding Dispute Resolution" below.

**Dispute Resolution and Arbitration. YOU AND WE EACH AGREE THAT, EXCEPT AS PROVIDED BELOW, ANY AND ALL CLAIMS OR DISPUTES IN ANY WAY RELATED TO OR CONCERNING THE AGREEMENT, OUR PRIVACY NOTICE, OUR**

**SERVICES, DEVICES OR PRODUCTS, INCLUDING ANY BILLING DISPUTES, WILL BE RESOLVED BY BINDING ARBITRATION OR IN SMALL CLAIMS COURT**. This includes any claims against other parties relating to Services or Devices provided or billed to you (such as our suppliers, dealers, authorized retailers, or third-party vendors) whenever you also assert claims against us in the same proceeding. You and we each also agree that the Agreement affects interstate commerce so that the Federal Arbitration Act and federal arbitration law, not state law, apply and govern the enforceability of this dispute resolution provision (despite the general choice of law provision set forth below). THERE IS NO JUDGE OR JURY IN ARBITRATION, AND COURT REVIEW OF AN ARBITRATION AWARD IS LIMITED. THE ARBITRATOR MUST FOLLOW THIS AGREEMENT AND CAN AWARD THE SAME DAMAGES AND RELIEF AS A COURT (INCLUDING ATTORNEYS' FEES).

**For Puerto Rico customers**, references to "small claims court" should be understood to mean the Puerto Rico Telecommunications Regulatory Board ("**TRB**") for matters within the jurisdiction of said agency. See **OTHER TERMS REGARDING DISPUTE RESOLUTION** for details on the billing dispute process in Puerto Rico.

Notwithstanding the above, **YOU MAY CHOOSE TO PURSUE YOUR CLAIM IN COURT AND NOT BY ARBITRATION IF YOU OPT OUT OF THESE ARBITRATION PROCEDURES WITHIN 30 DAYS FROM THE EARLIER OF THE DATE YOU PURCHASED A DEVICE FROM US OR THE DATE YOU ACTIVATED A NEW LINE OF SERVICE (the "Opt Out Deadline")**. You must opt out by the Opt Out Deadline for each line of Service. You may opt out of these arbitration procedures by calling 1-866-323-4405 or online at www.T-Mobiledisputeresolution.com. **Any opt-out received after the Opt Out Deadline will not be valid and you will be required to pursue your claim in arbitration or small claims court.**

For any and all disputes or claims you have, you must first give us an opportunity to resolve your claim by sending a written description of your claim to the address provided in the "How Do We Notify Each Other" Section below. You and we each agree to negotiate your claim in good faith. You agree that you may not commence

any arbitration or court proceeding unless you and we are unable to resolve the claim within 60 days after we receive your claim description and you have made a good faith effort to resolve your claim directly with us during that time.

**If we are unable to resolve your claim within 60 days despite those good faith efforts, then either you or we may start arbitration or small claims court proceedings**. To begin arbitration, you must send a letter requesting arbitration and describing your claim to our registered agent (see the "How Do We Notify Each Other" section below) and to the American Arbitration Association ("AAA"). The arbitration of all disputes will be administered by the AAA under its Consumer Arbitration Rules in effect at the time the arbitration is commenced, except to the extent any of those rules conflicts with our agreement in these T&Cs, in which case these T&Cs will govern. The AAA rules are available at www.adr.org. If the claims asserted in any request or demand for arbitration could have been brought in small claims court, then either you or we may elect to have the claims heard in small claims court, rather than in arbitration, at any time before the arbitrator is appointed, by notifying the other party of that election in writing. The arbitration of all disputes will be conducted by a single arbitrator, who shall be selected using the following procedure: (a) the AAA will send the parties a list of five candidates; (b) if the parties cannot agree on an arbitrator from that list, each party shall return its list to the AAA within 10 days, striking up to two candidates, and ranking the remaining candidates in order of preference; (c) the AAA shall appoint as arbitrator the candidate with the highest aggregate ranking; and (d) if for any reason the appointment cannot be made according to this procedure, the AAA may exercise its discretion in appointing the arbitrator. Upon filing of the arbitration demand, we will pay or reimburse all filing, administration, and arbitrator fees. An arbitrator may award on an individual basis any relief that would be available in a court, including injunctive or declaratory relief and attorneys' fees. In addition, for claims under $75,000 as to which you provided notice and negotiated in good faith as required above before initiating arbitration, if the arbitrator finds that you are the prevailing party in the arbitration, you will be entitled to recover reasonable attorneys' fees and costs. Except for claims determined to be frivolous, we agree not to seek attorneys' fees in arbitration even if permitted under applicable law.

**Class Action Waiver**. **YOU AND WE EACH AGREE THAT ANY PROCEEDINGS, WHETHER IN ARBITRATION OR COURT, WILL BE CONDUCTED ONLY ON AN INDIVIDUAL BASIS AND NOT AS A CLASS, REPRESENTATIVE, MASS, OR CONSOLIDATED ACTION.** If we believe that any claim you have filed in arbitration or in court is inconsistent with this limitation, then you agree that we may seek an order from a court determining whether your claim is within the scope of this class action waiver. If a court or arbitrator determines in an action between you and us that any part of this Class Action Waiver is unenforceable with respect to any claim, the arbitration agreement and Class Action Waiver will not apply to that claim, but they will still apply to any and all other claims that you or we may assert in that or any other action. **If you opt out of the arbitration provision as specified above, this Class Action Waiver provision will not apply to you. Neither you, nor any other customer, can be a class representative, class member, or otherwise participate in a class, consolidated, or representative proceeding without having complied with the opt out requirements above.**

**Jury Trial Waiver**. If a claim proceeds in court rather than through arbitration, **YOU AND WE EACH WAIVE ANY RIGHT TO A JURY TRIAL.**

# WHAT IS A RATE PLAN?

Your "Rate Plan" includes your Service allotments, for example, for minutes, messages or data, rates and other terms. T-Mobile may introduce access to new technologies, features, or services that you can add for an additional charge. If any term in your Rate Plan conflicts with these T&Cs, the term in your Rate Plan governs.

# HOW WILL I BE CHARGED FOR DATA USAGE?

Data service may be included in your Rate Plan or data pass or you may be charged for data usage on a pay per use basis ("Data Plan"). Your Rate Plan and/or Data Plan will contain more information about how we calculate data usage. You can check your current usage by visiting my.T-mobile.com or by using a short code from your device (you can find more information about the short code at www.t-mobile.com). Sprint customers can check current usage by logging into your account at Sprint.com, or by using the My Sprint app. If you do not have a Data Plan, your Device may not be able to access data services.

# HOW DO I GIVE OTHER PEOPLE ACCESS TO MY ACCOUNT?

If you want someone else to be able to access and manage your account, you can establish them as an "Authorized User," so they can:

- Make changes to your account;

- Add or remove services or features to your account;

- Receive notices and disclosures on your behalf;

- Purchase Devices for use with our Service, including under an installment plan; and

- Incur Charges on your account.

The easiest way to designate an Authorized User is online through your my.T-mobile.com account. Keep in mind that you should not share your account validation information, which includes the last four digits of your social security number or your PIN/passcode. An Authorized User will need to verify identity before we provide access to account information. When calling us, this requires

presentation of the last four digits of the primary account holder's social security number or the account PIN/passcode. This information is sensitive so take steps to protect it. We will treat presentation of the proper account validation information as authorized access to an account.

# WHERE, HOW, AND WHEN DOES MY SERVICE WORK?

These T&Cs describe the experience you can expect on our networks, including information about our reasonable network management practices, and the experience on our roaming partners' networks. Please check our coverage maps, which approximate our anticipated coverage area outdoors. Your experience on our networks may vary and change without notice depending on a variety of factors. You agree that we are not liable for problems relating to Service availability or quality. To provide the best possible experience for the most possible customers on T-Mobile or Sprint branded rate plans, for many Rate Plans, we prioritize the data usage of a small percentage of our heavy data users, below that of other customers. This threshold number is specified in your Rate Plan and is also periodically evaluated and may change over time. We also prioritize the data of customers who choose certain Rate Plans after the data for other T-Mobile or Sprint branded rate plans, but before customers who are prioritized as heavy data users. Customers whose data is prioritized lower may notice speeds lower than customers with higher priority in times and locations where there are competing customer demands for network resources. See your selected service or visit our Open Internet page at the link below for details. We prioritize smartphone and mobile internet (tablet) over Smartphone Mobile HotSpot (tethering) traffic on our network. We utilize streaming video optimization technology in our networks to help minimize data consumption while also improving the service experience for all customers. For example, a small number of Rate Plans experience video optimization via the Binge On feature. Some qualifying video providers may choose to opt-out of the Binge On program.

For a list of opt-out providers visit http://www.t-mobile.com/offer/binge-on-streaming-video.html#. The Binge On optimization technology is not applied to the video services of these providers, and high-speed data consumption will continue as if Binge On were not enabled. Additionally, we may implement other network practices, to ensure optimized network performance as technologies evolve. For example, some plans may offer gaming or audio streaming at standard or at high definition. Our Open Internet Policy, located at www.T-Mobile.com/OpenInternet, includes important information on these topics as well as information on commercial terms and performance characteristics (such as expected speed, latency and network practices.)

## Using Our Networks

### WILL MY SERVICE VARY? WHAT FACTORS MAY AFFECT MY SERVICE?

As our customer, your actual Service area, network availability, coverage and quality may vary based on a number of factors, including your selected service, network capacity, terrain, weather, if you are on a private or public Wi-Fi network, using a non-T-Mobile device, or if your Device no longer supports network technologies compatible with or available on T-Mobile's network. Outages and interruptions in Service may occur, and speed of Service varies. Devices also have varying speed capabilities and may connect to different networks depending on technology. Even within coverage areas and with broadband-capable devices, network changes, traffic volume, outages, technical limitations, signal strength, obstructions, weather, public safety needs, and other conditions may impact speeds and service availability.

We engineer our network to provide consistent high-speed data service, but at times and at locations where the number of customers using the network exceeds available network resources, customers will experience reduced data speeds. In those cases, customers who choose certain rate plans may notice speeds lower than customers on other T-Mobile or Sprint branded rate plans, which are prioritized higher on our networks. Further, to provide the best possible on-device

experience for the most possible customers on T-Mobile or Sprint branded plans and minimize capacity issues and degradation in network performance, we may, without advance notice, take any actions necessary to manage our network on a content-agnostic basis, including prioritizing all on-device data over Smartphone Mobile HotSpot (tethering) data and, for the vast majority of Rate Plans, further prioritizing the data usage of a small percentage of heavy data users (as defined in their Rate Plans), below that of all other customers in times and locations where there are competing customer demands for network resources, for the remainder of the billing cycle. This threshold number is periodically evaluated and may change over time.

Where the network is lightly loaded in relation to available capacity, a customer whose data is prioritized below other data traffic will notice little, if any, effect from having lower priority. This will be the case in the vast majority of times and locations. At times and locations where the network is heavily loaded in relation to available capacity, however, these customers will likely see significant reductions in data speeds, especially if they are engaged in data-intensive activities. Customers should be aware that these practices may occasionally result in speeds below those typically experienced on our 5G or LTE networks. We constantly work to improve network performance and capacity, but there are physical and technical limits on how much capacity is available, and in constrained locations the frequency of heavy loading in relation to available capacity may be greater than in other locations. When network loading goes down or the customer moves to a location that is less heavily loaded in relation to available capacity, the customer's speeds will likely improve. Visit www.T-Mobile.com/OpenInternet for details and for current data amount subject to this practice.

## *CAN I ROAM ON MY DEVICE?

**Domestic Roaming.** Your Device may connect to another provider's network ("Off-Net"). This may happen even when you are within the T-Mobile coverage area. Check your Device to determine if you are Off-Net. Please do not abuse this; we may limit or terminate your Service if you do. Your device may also connect to

another provider's secured Wi-Fi network. See **WHAT ARE THE PERMITTED AND PROHIBITED USES FOR MY DEVICE AND THE SERVICE?** section for additional info.

**International Roaming & Dialing.** Availability and features offered for international roaming and dialing vary depending on your Rate Plan and Device. All countries may not be available for roaming, and available countries may change from time to time; visit http://www.t-mobile.com/optional-services/roaming.html for more information about which countries are currently available for roaming. Whether roaming internationally or making and sending international calls and messages while in the U.S. (or Puerto Rico), you may be charged international rates (including for voicemails left for you and for data usage). This includes per-minute rates for calls, and per-minute rates for calls transferred to your voicemail, and the relevant data rates for data usage. You may be charged for more than one call for unanswered calls that are forwarded to voicemail regardless of whether the calls result in actual voicemail messages being left for you and regardless of whether your Device is on or off. Different rates and rounding increments apply in different countries. For information on international access, rates, services, and coverage, visit http://www.t-mobile.com/optional-services/roaming.html. While roaming internationally, your data throughput may be reduced, and your Service may be otherwise limited or terminated at any time without notice. You are responsible for complying with U.S. Export Control laws and regulations, and the import laws and regulations of foreign countries when traveling internationally with your Device. The availability of, and access to, emergency calling services (e.g., 911 in the U.S.), may vary by country. You should familiarize yourself with how to access these services before using your handset for international roaming. See **WHAT ARE THE PERMITTED AND PROHIBITED USES FOR MY DEVICE AND THE SERVICE?** section for additional information about international roaming.

**Streaming Video**

We deploy streaming video optimization technology in our network, which also helps to ensure that available network capacity can be utilized to provide a good service experience for the maximum number of customers. The optimization technology is intended to manage data usage on the network, reduce the risk of streaming video stalling and buffering on mobile devices, and reduce the amount of data consumed for streaming video, making room for other users to enjoy higher speeds and a better network experience overall. Video optimization occurs only to data streams that are identified by our packet-core network as video or where the video provider has chosen to establish protocols to self-optimize their video. While many changes to streaming video files are likely to be indiscernible, the optimization process may impact the appearance of the streaming video as displayed on a user's Device. In some instances, video optimization may also identify and treat downloads of video files as if they were real-time video streams. However, the T-Mobile network offers content providers a way to opt-in to a protocol to help identify video downloads and ensure they are not treated as streaming video. Customers may have Rate Plans where video optimization is delivered at DVD quality (typically 480p), with the ability to add a feature where video streams at speeds that provide HD video capability (typically 1080p). Alternatively, customers may have Rate Plans that offer video optimization as a customer-controlled feature (e.g., "Binge On") to toggle on or off DVD-quality video optimization. Some qualifying video providers may choose to opt-out of the Binge On program, see listing at http://www.t-mobile.com/offer/binge-on-streaming-video.html#. The Binge On optimization technology is not applied to the video services of these providers, and high-speed data consumption will continue as if Binge On were not enabled. For more information about video optimization, visit our Open Internet Policy located at www.T-Mobile.com/OpenInternet.

# *HOW WILL I BE BILLED FOR USE OF THE SERVICES?

You agree to pay all Charges we assess and bill you or that were accepted or processed through all Devices on your account. You agree to provide us with accurate and complete billing and tax related information and to report all changes within 30 days of the change. You will receive an electronic (paperless) bill unless you tell us you want a paper bill. You have the option of switching to a paper bill at no cost to you by changing your billing preferences at www.my.T-Mobile.comor by contacting Customer Care. For more information about paperless billing, please visit www.t-mobile.com/billterms.

Your Device can be used to purchase services and products from third parties, and Charges for these purchases may be included on your T-Mobile bill. For no additional cost you can block third party charges from being included on your T-Mobile bill by logging into your account at www.my.T-Mobile.com or calling Customer Care.

**Off-Rate Plan Charges.** You may have to pay extra for calls to some numbers (e.g. conference & chat lines, broadcast, calling card, international, 900 or 976 calls, etc.).

Here is more information about how we bill for calls, data usage and messaging, Wi-Fi usage, third party charges, taxes, and surcharges.

**Usage**. Airtime usage is measured from the time the network begins to process a call (before the phone rings or the call is answered) through its termination of the call (after you hang up). For voice calls, we round up any fraction of a minute to the next full minute. Depending upon your Rate Plan, data usage may be rounded at the end of each data session, at the end of your billing cycle, and/or at the time you switch data plans. You may be charged for more than one call/message when you use certain features resulting in multiple inbound or outbound calls/messages (such as call forwarding, call waiting, voicemail, conference calling, and multi-party messaging). You will be charged for text, instant or picture messages, and email whether read or unread, sent or received, solicited or unsolicited. We use filters to block spam messages, but we do not guarantee that you will not receive spam or other unsolicited messages. Additional blocking options are available at

www.my.T-Mobile.com. Most usage and Charges incurred during a billing cycle will be included in your bill for that cycle. Some usage and Charges may be delayed to a later billing cycle, which may cause you to exceed Rate Plan allotments in a later billing cycle. Unused Rate Plan allotments expire at the end of your billing cycle. You may be billed additional Charges for certain features and services. Charges for Wi-Fi usage may vary; see your Rate Plan for more details.

**Taxes.** You agree to pay all taxes and fees imposed by governments or governmental entities. We may not give advance notice of changes to these charges. To determine taxes & fees, we use the street address you identified as your Place of Primary Use ("PPU"), unless the tax laws require use of a different address in which case we utilize the best information available to us to determine the correct address. The PPU for **Puerto Rico customers** must be in Puerto Rico. If you did not identify the correct PPU, or if you provided an address, such as a PO Box, that is not a recognized street address, does not allow us to identify the applicable taxing jurisdiction(s), or does not reflect the Service area associated with your telephone number, you may be assigned a default location for tax purposes. Except as may be otherwise required by law, in the event you dispute your PPU or the location we assigned you and the resulting taxes or fees applied on your bill, you must request a refund of the disputed tax or fee within 60 days of the date of our bill containing such tax or fee. Regardless of any Rate Plan guarantee, taxes and fees may change from time to time without notice.

**Surcharges.** You agree to pay all surcharges applicable to your Rate Plan. Surcharges are not mandated or imposed on you by law, they are T-Mobile Charges that are determined, collected, and retained by us. The components and component amounts of the Surcharges are subject to change without notice. Surcharges include charges, costs, fees, and certain taxes that we incur to provide Services (and are not government taxes or fees imposed directly on our customers). Examples include general and administrative fees (such as certain costs we incur to provide Service), as well as governmental-related assessments (such as Federal or State Universal Service fees, regulatory or public safety charges, environmental fees, and gross receipts taxes). Surcharges assessed to you will vary depending on

the type of Service and the Rate Plan you have. Surcharges may change from time to time without notice regardless of any Rate Plan guarantee (and subject to our 14-day notice policy if changes to your Service or Rate Plan will have a material adverse effect on you). Surcharges will apply whether or not you benefit from the programs, activities, or services included in the Surcharge. When Surcharges are assessed in connection with your Service, you can find the Surcharges detailed in either the "Taxes, Fees & Surcharges", "T-Mobile Fees and Charges" or the "Other Charges" sections of your bill or at www.myT-Mobile.com.

Other Fees. We may charge activation, prepayment, reactivation, program, or other fees to establish, change, or maintain Services, Certain transactions may also be subject to a charge (for example, convenience payment, changing phone numbers, handset upgrades, etc.). We will tell you if any of these fees apply to your requested transaction.

# WHAT IF I DON'T PAY ON TIME?

We may charge a late fee of up to the highest amount allowed by law. We may also charge a returned payment fee at the highest amount permissible by law. We may restrict your payment methods to cashier's check, money order, or other similar secure forms of payment at any time for good reason. If you fail to pay on time and we refer your account to a third party for collection, a collection fee will be assessed by T-Mobile and will be due at the time of the referral to the third party. The fee will be calculated as a percentage of the amount due to the extent permitted, or not otherwise prohibited, by applicable law. If we accept late or partial payments, you still must pay us the full amount you owe, including late fees. We will not honor limiting notations you make on or with your checks. Late payment, non-payment and/or collection fees are intended to be a reasonable advance estimate of our actual costs resulting from late payments and non-payments by our customers; these costs are not readily ascertainable and are difficult to predict or calculate at the time that these fees are set. You and we each agree that if you fail to

timely pay amounts due, we may assign your account for collection, and the collection agency may pursue, in small claims court, claims limited strictly to the collection of the past due amounts and any interest or costs of collection permitted by law or this Agreement. If your account is unpaid or otherwise not in good standing, your service may be reduced, suspended, or terminated.

# *DOES T-MOBILE CHECK MY CREDIT?

Yes, for many of our products and services. We may get information about your credit history from credit-reporting agencies, which may affect your credit rating. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. We may place a temporary or permanent account spending limit (ASL) on your account to limit the amount you can charge, regardless of when payment on those charges is due, and we may suspend your Services without prior notice if your account balance reached the ASL, even if your account is not past due.

# AM I REQUIRED TO MAKE A DEPOSIT?

We may require you to make a deposit or prepayment for Services. We can apply deposits, payments, or prepayments in any order to any amounts you owe us on any account. This deposit is refundable, and will be applied as a credit to your account along with interest as may be required by law.

# CAN T-MOBILE ACCESS MY DEVICE?

We may remotely change software, systems, applications, features or programming on your Device without notice. These changes will modify your Device and may affect or erase data you have stored on your Device, the way you have programmed your Device, or the way you use your Device. You will not be able to use your Device during the installation of the changes, even for emergencies.

# CAN I DOWNLOAD AND USE THIRD PARTY CONTENT AND APPS ON MY DEVICE?

Yes. You are free to download and use content or applications ("Content & Apps") on your Device that are not provided by T-Mobile, at your own risk. Third party Content & Apps may require your agreement to a license or other terms with the third party. Some Devices or Content & Apps may contact our network without your knowledge, which may result in additional Charges (e.g., while roaming internationally).

# *LICENSE

Your Device's Software is licensed, not sold, to you by T-Mobile and/or other licensors for your personal, lawful, non-commercial use on your Device only. You may only use the Software as authorized by its license. Your Device's "Software" includes its software, interfaces, documentation, data, and Content & Apps, as each may be updated or replaced by feature enhancements or other updates.

Terms and Conditions

Except as permitted by applicable law, you may not assign, transfer, sublicense, copy, reproduce, redistribute, resell, modify, decompile, attempt to derive the source code of, or reverse engineer all or any part of the Software, or alter, disable or circumvent any digital rights management security features embedded in the Software. The Software may not be transferable from one Device to another Device. You may not create derivative works of all or any part of the Software. You agree the Software contains proprietary content and information owned by T-Mobile, its licensors, and/or other third parties. T-Mobile, its licensors, and such other third parties reserve the right to change, suspend, terminate, remove, impose limits on the use or access to, or disable access to, the Software at any time without notice and will have no liability for doing so. You agree that your violation of the Software license harms T-Mobile, its licensors, and/or other third parties, that this harm cannot be fully redressed by money damages, and that T-Mobile, its licensors, and such other third parties shall be entitled to immediate injunctive relief in addition to all other remedies available.

# *WHAT IS THE TERM OF THESE T&Cs?

As the Un-Carrier, we did away with annual service contracts. You are free to go, although we'd be sad to see you leave. You are responsible for all Charges incurred through the end of your Service term. If you port your number to another carrier, your Service will be deactivated. In addition, cancellation of Service may affect other agreements that you have with us, including equipment installment plans or lease agreements where some of your payments may be accelerated upon cancellation.

# CAN T-MOBILE CHANGE OR TERMINATE MY SERVICES OR THIS AGREEMENT?

Yes. Except as described below for Rate Plans with the price-lock guarantee (including the "Un-Contract Promise"), we may change, limit, suspend or terminate your Service or this Agreement at any time, including if you engage in any of the prohibited uses described below under "What are the permitted and prohibited uses for my Device and the Service?" or no longer reside in a T-Mobile-owned network coverage area. Under certain limited circumstances, we may also block your device from working on our network. If the change to your Service or Rate Plan will have a material adverse effect on you, we will provide 14 days' notice of the change. You'll agree to any change by using your Service after the effective date of the change. We may exclude certain types of calls, messages or sessions (e.g. conference and chat lines, broadcast, international, 900 or 976 calls, etc.), in our sole discretion, without further notice.

If you are on a price-lock guaranteed Rate Plan, we will not increase your monthly recurring Service charge ("Recurring Charge") for the period that applies to your Rate Plan, or, if no specific period applies, for as long as you continuously remain a customer in good standing on a qualifying Rate Plan. If you switch plans, the price-lock guarantee for your new Rate Plan will apply (if there is one). The price-lock guarantee is limited to your Recurring Charge and does not include, for example, add-on features, taxes, surcharges, fees, or charges for extra features or Devices. If your Service or account is limited, suspended or terminated and then reinstated, you may be charged a reactivation fee. For information about our unlocking policy, visit www.t-mobile.com/responsibility/consumer-info/policies/sim-unlock-policy.

# *YOUR CONSENT TO BE CONTACTED

We may contact you without charge, on any wireless telephone number assigned to your account for any purpose, including marketing, and in any manner permitted by law. You also expressly consent to be contacted by T-Mobile or our agents for any purpose, including billing and, collection, at any mailing address, telephone number, or any other electronic address where you may be reached. You agree that T-Mobile or our agents may contact you in any manner, including pre-recorded artificial voice or an automatic telephone dialing system. You agree to notify us promptly if you can no longer be reached at a contact number you provided us. You represent that you have received the consent of any Authorized Users and other users on your account to be contacted by us as described in this Section. You agree that all consents provided in this Section will survive cancellation of your Service and account.

# HOW DO WE NOTIFY EACH OTHER?

You may contact us at www.T-Mobile.com, by calling 1-800-937-8997or 611 from your Device, or by writing to: T-Mobile Customer Relations, P.O. Box 37380, Albuquerque, NM 87176-7380. **Puerto Rico customers** you may contact us at www.T-Mobile.com, by calling 1-800-937-8997 or 611 from your Device, or by writing to: T-Mobile Customer Relations, B7 Tabonuco Street, Suite 700, Guaynabo, Puerto Rico 00968-3349, Attn.: Customer Care Manager. T-Mobile may deliver notices to you by mail, phone, or electronic means using your account information in our records. Electronic notices are considered delivered when sent. Mail notices are considered delivered 3 days after mailing. For multi-line accounts, we may assign a "Primary Telephone Number" to your account for the purpose of receiving notices, as well as for other purposes. If you would like to change it, contact us.

To begin arbitration or any other legal proceeding, you must serve our registered agent. Our registered agent is Corporation Service Company and can be contacted at 1-866-403-5272. For **Puerto Rico customers**, our registered agent is Fast

Solutions, LLC and can be contacted at Citi Tower, 252 Ponce de Leon Avenue, Floor 20, San Juan, Puerto Rico, 00918, phone: 1-787-688-5881.

# EMERGENCY ALERTS

T-Mobile participates in the wireless emergency alert program administered by the federal government within portions of its network. This allows federal, state, and local government agencies to send alerts about local emergencies to T-Mobile customers in specifically defined geographic areas. Wireless alert capable handsets with appropriate notification settings are required for the service There is no additional charge for these wireless emergency alerts. For details visit www.t-mobile.com/responsibility/consumer-info/safety/wireless-emergency-alerts.

# 911 ACCESS

**PLEASE CAREFULLY READ THE INFORMATION BELOW. IT CONTAINS IMPORTANT INFORMATION REGARDING LIMITATIONS OF 911 FUNCTIONALITY. YOU ACKNOWLEDGE THESE LIMITATIONS AND AGREE TO SHARE THESE LIMITATIONS WITH ANYONE WHO MAY USE YOUR SERVICE TO PLACE CALLS OR SEND TEXTS.**

911 services are provided by your state and local government. T-Mobile handsets are capable of making calls to 911 in the United States, and 911 access is available to customers regardless of your Rate Plan. The handset must have battery power and network connectivity to complete a 911 call. Although T-Mobile is often capable of communicating your phone number and/or current location to a public safety answering point ("911 Communications Center"), in some cases, 911 Communications Center operators may not know your phone number or have information about your current location. As a result, when making 911 calls, you

should provide your contact information and current location. Other third-party entities are involved in connecting a 911 call and T-Mobile is not solely responsible for determining which 911 Communications Center your 911 call may be routed to. If you are porting a phone number to or from us, we may not be able to provide you with some Services, such as 911 location services while the port is in process. If you are outside the U.S., you may have to dial a different number than 911 to call emergency services.

**Wi-Fi Calling.** Wi-Fi Calling services use a broadband internet connection to make calls, including calls to 911. Calls to 911 using Wi-Fi Calling operate differently than 911 calls made over a cellular network or a landline phone. If possible, use a cellular connection or a landline phone to place any 911 calls. If a cellular connection is available when you a place a 911 call, your handset will make the 911 call using the handset's native dialer over the cellular connection to improve call quality and location accuracy even if you have Wi-Fi Calling services enabled.

When you first enable Wi-Fi Calling on T-Mobile, you must provide us with the primary street address at which the Wi-Fi Calling service will be used ("Your E911 Registered Address"). If you call 911 over Wi-Fi, we may transmit Your E911 Registered Address to the 911 Communications Center that answers the call, and it may be used to help emergency responders locate you. However, because of the limitations associated with Wi-Fi 911 calling, including the fact that the broadband internet connection utilized may be supplied by a third-party unaffiliated with T-Mobile, you should provide the 911 Communications Center with your contact information and current location. **You agree to update Your E911 Registered Address before you use the Wi-Fi Calling service at a location different from Your E911 Registered Address**. You can update Your E911 Registered Address by accessing your MyT-Mobile.com account or by contacting T-Mobile Customer Care.

**Text-to-911.** Text-to-911 service may be available in some locations where T-Mobile service is provided. This is dependent on your local 911 Communication Center's ability to receive text messages.

**TTY Calls to 911.** Calls to 911 from a TTY will not work when using Wi-Fi Calling or Voice-over-LTE ("VoLTE"). If you cannot make a voice call to 911, T-Mobile recommends that you use an internet-based Telecommunications Relay Service such as Video Relay Service, IP Relay Service, or IP Captioned Telephone Service. T-Mobile Real-Time Text ("RTT") technology is also available on T-Mobile's network and can be used on select devices to contact 911. For more information, see www.t-mobile.com/responsibility/consumer-info/accessibility-policy.

## VoIP Services

Some T-Mobile voice services, including Wi-Fi Calling services, utilize Voice over Internet Protocol ("VoIP") technology. VoIP telephony is fundamentally different from traditional telephone service and has inherent limitations. VoIP services, including 911 calling, may be unavailable or limited in some circumstances. If possible, use a cellular connection to place any 911 calls.

911 functionality for T-Mobile VoIP services may be impaired or unavailable:

- If you use the VoIP Service in a location other than at Your E911 Registered Address;

- If there is a problem with the broadband network utilized, including network congestion, network, equipment, power failure, another technical problem, or during system updates or upgrades; and

- If you have lost electrical power.

Before using any T-Mobile VoIP service, you must provide us with Your E911 Registered Address. If you call 911 using a T-Mobile VoIP service, we may transmit Your E911 Registered Address to the 911 Communications Center that answers the call, and it may be used to help emergency responders locate you. **You agree to update Your E911 Registered Address before you use your T-Mobile VoIP service at a different location**. You can update your E911 Registered Address by accessing your MyT-Mobile.com account or by contacting T-Mobile Customer Care.

In some circumstances when using a T-Mobile VoIP service, we may not be able to provide 911 Communications Centers with your correct current location. If you make a 911 call using a T-Mobile VoIP service, you should always provide the 911 Communications Center your contact information and current location.

In some limited circumstances, such as when a user makes a call from an area not covered by the 911 network, users may have limited access, or no access, to either basic 911 or E911. If the user does not have access to either basic 911 or E911, calls to 911 using T-Mobile VoIP services will be sent to a national emergency call center. A trained agent at the national emergency call center should ask for the name, telephone number and location of the user calling 911, and then contact the local 911 Communications Center to request help for the user.

### PARENTAL CONTROLS

We offer services that help you to monitor and filter, or restrict, internet access to minors. See T-Mobile.com for details.

# *WHAT ARE THE PERMITTED AND PROHIBITED USES FOR MY DEVICE AND THE SERVICES?

Our wireless network is a shared resource, which we manage for the benefit of all of our customers. Your Data Plan is intended for Web browsing, messaging, and similar activities. Certain activities and uses of our Services and your Device are permitted and others are not. If you buy, lease, or finance a Device manufactured for use on our network, you agree, and we rely on your agreement, that you intend it to be activated on our Service and will not resell or modify the Device, or assist anyone doing so. Here are examples of permitted and prohibited uses.

Permitted uses include:

- Voice calls;

- Web browsing;

- Messaging;

- Email;

- Streaming music;

- Uploading and downloading applications and content to and from the Internet or third party stores;

- Using applications and content without excessively contributing to network congestion; and

- Tethering your Device to other non-harmful devices pursuant to the terms and conditions and allotments of your Data Plan.

Unless explicitly permitted by your Rate Plan or Data Plan, you are not permitted to use your Device or the Services in a way that we determine:

- Uses a repeater or signal booster other than one we provide to you;

- Compromises network security or capacity, degrades network performance, uses malicious software or "malware", hinders other customers' access to the network, or otherwise adversely impacts network service levels or legitimate data flows;

- Uses applications which automatically consume unreasonable amounts of available network capacity;

- Uses applications which are designed for unattended use, automatic data feeds, automated machine-to-machine connections, or applications that are used in a way that degrades network capacity or functionality;

- Misuses the Service, including "spamming" or sending abusive, unsolicited, or other mass automated communications;

- Accesses the accounts of others without authority;

- Results in more than 50% of your voice and/or data usage being Off-Net (i.e., connected to another provider's network) for any 2 billing cycles within any 12-month period;

- Results in unusually high usage (meeting the definition of a heavy data user for your Rate Plan) and the majority of your data usage being Smartphone Mobile HotSpot (tethering) usage for any 3 billing cycles within any 6-month period;

- Uses a fixed wireless device (provided for use in a fixed location) at a location or address other than the one provided at activation;

- Resells the Service, either alone or as part of any other good or service;

- Tampers with, reprograms, alters, or otherwise modifies your Device to circumvent any of our policies or violate anyone's intellectual property rights;

- Causes harm or adversely affects us, the network, our customers, employees, business, or any other person;

- Conflicts with applicable law;

- Is not in accordance with these T&Cs; or

- Attempts or assists or facilitates anyone else in any of the above activities.

# *WHAT HAPPENS IF MY DEVICE IS LOST OR STOLEN?

Call us immediately if your Device is lost or stolen because you may be responsible for additional usage charges incurred in excess of your Rate Plan Charges, applicable taxes, fees, and surcharges before you notify us. If Charges are incurred before you notify us, you are not liable for Charges you did not authorize, however, the fact that your Device or account was used is some evidence of authorization. You agree to cooperate with us and provide information if we investigate the Charges you believe were unauthorized. If we determine the Charges were unauthorized, we will credit your account. If we determine the Charges were authorized, we will inform you within 30 days, and you will remain responsible for

the Charges. If you request that we not suspend your Service, you will remain responsible for all Charges incurred. We may prevent a lost or stolen Device from registering on our and other networks.

To learn about additional anti-theft measures that may apply to you, visit https://www.ctia.org/the-wireless-industry/industry-commitments/smartphonea-anti-theft-voluntary-commitment.

# ARE THERE SEPARATE TERMS FOR PREPAID CUSTOMERS?

The terms of these T&Cs apply to prepaid customers. Your T-Mobile prepaid Service account balance, if sufficient, or your active prepaid plan, gives you access to our prepaid Service for a limited amount of time; you must use your prepaid Service during the designated period of availability. To use our prepaid Service you must have a T-Mobile prepaid Service account balance for pay as you go service or be on an active prepaid plan. Service automatically activates 90 days after purchasing service unless you activate earlier. Service will be suspended when your account balance reaches zero and/or you are at the end of the time period associated with your prepaid plan. Monthly plan features are available for one calendar month; we will notify you if the dates of your monthly service cycle and other dates related to your account change. Your monthly plan will automatically renew at the end of your monthly service cycle if you have a sufficient T-Mobile prepaid Service account balance to cover your prepaid Service plan before the first day after your Service cycle. If you do not have a sufficient T-Mobile prepaid Service account balance, your prepaid Service will be suspended unless you move to a pay as you go plan. If you do not reinstate prepaid Service within the required period based upon your service plan, your phone number will be reallocated. The Charges for Service and the amount of time that Service is available following activation of your prepaid Service account balance may vary; see your Rate Plan for more information. Prepaid Service is non-refundable (even if returned during the Cancellation Period), and no refunds or other compensation will be given for

unused airtime balances, lost or stolen prepaid cards, or coupons. You will not have access to detailed usage records or receive monthly bills. Coverage specific to our prepaid Service may be found at https://prepaid.t-mobile.com/prepaid/coverage-map and differs from coverage related to our postpaid Service.

# Other Terms Regarding Dispute Resolution

### *HOW CAN I DISPUTE MY CHARGES?

If you have any questions about your bill or want to dispute any Charges, please contact us by visiting www.T-Mobile.com, by calling 800-937-8997 or 611 from your Device, or by writing to T-Mobile Customer Relations, P.O. Box 37380, Albuquerque, NM 87176-7380. **Puerto Rico customers:** You may contact us at www.T-Mobile.com, by calling 1-800-937-8997 or 611 from your Device, or by writing to us at: T-Mobile Customer Relations, B7 Tabonuco Street, Suite 700, Guaynabo, Puerto Rico 00968-3349, Attn.: Customer Care Manager. If this does not fix things, please notify us in writing. Unless otherwise provided by law, you must notify us in writing of any dispute regarding your bill or Charges to your account within 60 days after the date you first receive the disputed bill or Charge. If you don't, you may not pursue a claim in arbitration or in court. If you accept a credit, refund, or other compensation or benefit to resolve a disputed bill or Charge, you agree that the issue is fully and finally resolved, and T-Mobile shall be released from any and all liability regarding said dispute. Unless otherwise provided by law, you must pay disputed Charges until the dispute is resolved.

**Puerto Rico customers:** Unless otherwise provided by law or these T&Cs, for billing disputes, you must notify us not later than 20 days from the date the disputed bill was sent to you. If you don't, you may not pursue a claim in arbitration or with the

TRB. We will provide you with a determination regarding the billing dispute you present to us within 20 days after we receive it. You will have 20 days from the mailing date of the notification to request a reconsideration of our determination. You may appeal our determination to the TRB by filing a petition for review up to 30 days after the date of our determination. Your petition for review shall be made through the filing of a document containing the following information: (a) your name and address; (b) our company name; (c) the pertinent facts; (d) any applicable legal provisions that you are aware of; and (e) the remedy you are requesting. The document may be filed handwritten or typewritten and must be signed by you. You must send us a copy of your document to the following address: B-7 Calle Tabonuco Suite 7000, Guaynabo, Puerto Rico 00969, Attn: Customer Care Manager. You must send your petition for review to the Puerto Rico Telecommunications Regulatory Board at the following address: 500 Ave. Roberto H. Todd (Pda. 18 – Santurce), San Juan, Puerto Rico 00907-3941. The TRB will review our determination only on appeal. You are advised of the provisions regarding suspension of Service that appear in Law 33 of July 7, 1985, Law 213 of September 12, 1996 and Regulations 8065 promulgated on August 31, 2011 by the TRB regarding the procedures for customer's dispute resolution and suspension of Services.

## *CHOICE OF LAW

This Agreement is governed by the Federal Arbitration Act, applicable federal law, and the laws of the state or jurisdiction in which your billing address in our records is located, without regard to the conflicts of laws rules of that state or jurisdiction. Foreign laws do not apply. Arbitration or court proceedings must be in the county and state or jurisdiction in which your billing address in our records is located, but not outside the U.S.; or Puerto Rico.

**\*Disclaimer Of Warranties. Except for any written warranty that may be provided with a T-Mobile Device you purchase from us, and to the extent permitted by law, the Services and Devices are provided on an "as is" and "with all faults" basis and without warranties of any kind. We make no representations or warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose, including security or authentication purposes, concerning your Service or your Device. While T-Mobile strives to protect customer accounts, T-Mobile does not guarantee security. You accept responsibility if you use your Service as a means of security or authentication for other accounts. For more information, please review our Privacy Notice at <ins>https://www.t-mobile.com/privacy-center/our-practices/privacy-policy</ins>. We can't and don't promise uninterrupted or error-free Service and don't authorize anyone to make any warranties on our behalf. This doesn't deprive you of any warranty rights you may have against anyone else. We do not guarantee that your communications will be private or secure; it is illegal for unauthorized people to intercept your communications, but such interceptions can occur.**

**Services or Software provided by third parties (including voice applications), 911 or E911, text to 911, or other calling or messaging functionality, may work differently than services offered by us, or may not work at all. Please review all terms and conditions of such third-party products. When using these products, we are not responsible for the availability or reliability of 911 calls or text to 911 messages, or if inaccurate location information is provided to the 911 Communications Center. We cannot assure you that if you place a 911 call or text you will be found.**

**We are not responsible for any download, installation, use, transmission failure, interruption, or delay related to Content & Apps, or any third party content, services, advertisements, or websites you may be able to access by using your Device or the Services, even if charges for Content & Apps appear on your T-Mobile bill. You are responsible for maintaining virus and other Internet security protections when accessing third party Content & Apps or other services.**

**\*Limitation of Liability. To the extent permitted by law, you and we each agree to limit claims for damages, or other monetary relief against each other to direct and actual damages regardless of the theory of liability. This means that neither of us will seek any indirect, special, consequential, treble, or punitive damages from the other. These disallowed damages include, but are not limited to, damages arising out of unauthorized access or changes to your Account, Service, or Device, or the use of your Account, Service, or Device by you or by others to authenticate, access, use or make changes to third party accounts, including financial, cryptocurrency, or social media accounts. This limitation and waiver also applies to any claims you may bring against any other party to the extent that we would be required to indemnify that party for such claim. You agree we are not liable for problems caused by you or a third party, by any act of nature, or by any criminal activity by someone unrelated to T-Mobile. You also agree we aren't liable for missed or deleted voicemails or other messages, for any information (like pictures) that gets lost or deleted if we work on your Device, or for failure or delay in connecting a call or text to 911 or any other emergency service. To the extent permitted by law, you and we each also agree that all claims must be brought within 2 years of the date the claim arises.**

**\*Indemnification.** You agree to defend, indemnify, and hold us and our directors, officers, and employees harmless from any claims arising out of use of the Services or Devices, breach of the Agreement, or violation of any laws or regulations or the rights of any third party by you, any person on your account, or any person you allow to use the Services or your Device.

# \*WHAT ELSE DO I NEED TO KNOW?

Here are additional terms that apply to you.

If we don't enforce our rights under this Agreement in one instance, that doesn't mean we won't or can't enforce those rights in any other instance. If any part of the Agreement is held invalid that part may be severed from the Agreement.

8/12/2021
Terms and Conditions

You can't assign or transfer the Agreement or any of your rights or duties under it without our written consent. We may assign or transfer all or part of the Agreement, or your debts to us, without notice. You understand that the assignment or transfer of all or any part of this Agreement or your debt will not change or relieve your obligations under this Agreement.

The Agreement is the entire agreement between you and us regarding the rights you have with respect to your Service, except as provided by law, and you cannot rely on any other documents or statements by any sales or service representatives or other agents.

The original version of the Agreement is in English. To the extent there are conflicts between the English version and any other language version, the English version will control.

If you believe that any material residing on our system or network infringes your copyright, notify our Designated Agent by using the Digital Millennium Copyright Act (DMCA) notice procedure described at www.t-mobile.com/responsibility/legal/copyright (http://es.t-Mobile.com/responsibility/legal/copyright for our Spanish website).Our Designated Agent is Copyright Agent, 12920 S.E. 38th Street, Bellevue, WA 98006; copyrightagent@t-mobile.com; phone: 425-383-4000. There are substantial penalties for sending false notices. It is our policy, in appropriate circumstances and in our sole judgment, to limit, suspend or terminate the Service of any subscriber, account holder, or user who is deemed to be a repeat infringer of copyrights.

## Connect with T-Mobile



English    Español

**Contact us**    ⌄

**Support** ⌄

**T-Mobile for Business** ⌄

© 2002–2021 T-Mobile USA, Inc.

About    Investor relations    Press    Careers    Deutsche Telekom    Puerto Rico

Privacy notice    Interest-based ads    Privacy Center    Consumer information    Public safety/911

Terms & conditions    Terms of use    Accessibility    Open Internet    Do Not Sell My Personal Information





# T-Mobile Privacy Notice

Effective: 5/05/2021

**You trust T-Mobile to connect you to the world every day, and we're working hard to earn a place in your heart. A big part of that is maintaining your privacy. We believe you deserve transparency, education, choice, protection, and simplicity. Our goal is to help you take action to protect your privacy.**

## What's New

As we bring T-Mobile and Sprint together, and consistent with our core privacy principles, we are changing some of the choices we offer you about the use and sharing of data for targeted advertising.

**What's changing** – For most of how we use your data, nothing's changed. However, starting April 26, 2021, T-Mobile will begin using some data we have about you, including information we learn from your web and device usage data (like the apps installed on your device) and interactions with our products and services, for our own and 3rd party advertising, unless you tell us not to. When we share this information with third parties, it is not tied to your name or information that directly identifies you. Instead, we tie it to your mobile advertising identifier or another unique identifier and share it in an "audience segment." This segment might indicate for example that you, along with a pool of many other consumers, have been identified as a sports enthusiast. Please visit our Advertising Choice section below for more information.

## Here's What You Can Do:

- Tell us how you want us to communicate with you for T-Mobile marketing.
- Opt out of advertising and analytics here:
    - T-Mobile
    - Sprint
    - Metro by T-Mobile

- Submit a Personal Data Request. Anyone in the US including Puerto Rico can submit a personal data request to access or delete certain data T-Mobile has about you.
- Tell T-Mobile "Do Not Sell My Personal Information." T-Mobile will not sell personal data to

Case 2:21-cv-06904-MWF-PD Document 3 Filed 08/27/21 Page 69 of 130 Page ID #:74

third parties when you tell us not to. Whether you opt out of the sale of your personal

information or opt out using our advertising settings here, your info is not used in our ad program. Note that Assurance Wireless is not included in our ad program.

**A few things to note:**

- This program changes the way Sprint offered choices for sharing in the past, as this data was previously used only if you indicated that it was OK with you first.
- If you opted-out of a previous T-Mobile or Sprint advertising program, that setting will not apply. You must opt-out again.
- T-Mobile's new advertising toggle will not change your Do Not Sell preferences. If you've made changes to this setting while logged in with your T-Mobile ID in the past, these settings will remain the same.
- We may occasionally ask you to confirm your choices. Please see our Advertising Choice section below for more information..
  .

**A couple of things that are not changing** –

- We do not use or share Customer Proprietary Network Information ("CPNI") or precise location data for advertising unless you give us your express permission.
- We also do not use information from company liable T-Mobile for Business, T-Mobile for Government, T-Mobile prepaid, or Assurance Wireless accounts for advertising. Most importantly, if we know information belongs to a child, we do not use it for advertising.

For more information about data we use and share for advertising, visit Advertising and Analytics. To learn about how to opt-out, please visit our privacy tools.

Click any subject below to be taken directly to that section of this privacy notice.

**Scope** ›

**How We Collect Your Data** ›

**What Personal Data We Collect** ›

**How We Use Your Data** ›

**How We Share Your Data  >**

**How We Protect Your Data  >**

**Your Personal Data Choices  >**

**Your California Privacy Rights  >**

**Your Maine Privacy Rights  >**

**Children's Data  >**

**Other Important Information  >**

**Future Changes  >**

**How to Contact Us  >**

# Scope

This privacy notice ("notice") explains how T-Mobile and our subsidiaries and representatives ("T-Mobile, "we" or "us"), collect, use, share, and protect your personal data. Importantly, it provides you with information about your personal data choices.

This notice applies to the personal data we have about you. This is data that identifies, relates to, describes, can be associated with, or could reasonably identify you as an individual. Personal data includes data like your name, address, or email address, as well as less obvious data like demographic data, device data, call records, advertising ID and location data.

This notice applies to all personal data we collect and use when you access or use our cell and data services, websites, apps, and other services (our "services"), purchase and use our devices and products ("products"), visit our retail stores, or communicate or interact with us in any way—like by mail, email, phone, chat, social media, or in-person.

Some products and services have their own privacy notices. For a list, click here. If this notice

Case 2:21-cv-06904-MWF-PD   Document 3   Filed 08/27/21   Page 71 of 130   Page ID #:76

conflicts with a privacy notice for a specific product or service, the product or service notice applies.

This notice does not apply to data that is not personal, like anonymous, de-identified, or aggregated data (for example, summary statistics), even if it comes from personal data.

**Back to top** ›

# How We Collect Personal Data About You

We collect personal data about you in 4 primary ways:

- **directly from you**, like when you create an account with T-Mobile
- **automatically** from your use of our products and services, like data associated with using our network
- **from other sources**, like information from financial institutions and credit agencies, and
- by using or combining data to **infer** insights about you, like using what apps are on your phone to determine you like sports.

**Back to top** ›

# What Data We Collect

## Personal Data You Provide Directly to Us

- Contact and account information, like your name, usernames, passwords, address, telephone number, email address, and household members.
- Authentication and security information like your government identification, Social Security number, security codes, and signature.
- Demographic information, like your age, gender, veteran status, and date of birth;
- Payment information, like your credit card, debit card, and bank account number (see the T-Mobile Financial Privacy Notice and Sprint Financial Privacy Notice for more information);
- Preference information, including preferences related to marketing, advertising and communications and participation in T-Mobile programs; and
- Other information you choose to provide, like when you submit a survey response, enter a contest or promotion, or contact us.

## Personal Data We Collect Automatically

- **Customer Proprietary Network Information ("CPNI")** generated by your use of our wireless voice communications services. See the CPNI article for more information;
- **Unique identifiers** like cookie IDs, device IDs including mobile advertising IDs, IP address, and media access control ("MAC") address collected though tracking technologies like web beacons, pixels, and other tracking technologies. See our article on Cookies and Tracking Technology

Technology.

- **Information from your use of our products, services, and network (and other carriers' networks when roaming domestically or internationally)** like your usage of

  connecting carriers and Internet service providers, the Internet Protocol ("IP") address, text messages, and data use history, websites and URLs visited, content interactions (e.g., how long you use an app), viewing info from our streaming services (e.g., videos you watch on TVision), mobile apps installed or used or that interact with your device, language settings, and other network and device analytics and Wi-Fi connection and usage data;
- **Device and service performance and diagnostic information,** including reports from your device about signal strength, speeds, app and service performance, dropped calls, call and data failures, geolocation information, and device data like battery strength and serial number and similar device identifiers, settings, language preferences, and software versions, including your browser type and operating system version, the website that referred you to one of our websites, or that you visit upon leaving our websites.
- **Back-up information,** including data stored in back-ups and cloud services if your device uploads information to T-Mobile network servers (e.g., some devices may back-up your address book, photo album, or diagnostic data);
- **Commercial information,** including records of your purchases from us and purchase tendencies;
- **Geolocation data,** specifically data that identifies the approximate or precise location of your mobile device. We may also use location technologies to collect data about the presence of your device;
- **Biometric data**, including biometric signatures for authentication and fraud prevention. For more information, see the Biometric Information Notice.
- **Video data,** including images from video monitoring and recordings of people in our retail stores;
- **Audio information,** including voice commands you provide to our apps (for example, for accessibility or hands-free use), and audio recordings of calls between you and our customer service representatives.

## Personal Data We Collect from Other Sources

We may collect personal data about you from other sources. For example, we may obtain updated address information from our shippers like the United States Postal Service, and we may collect information from financial institutions and credit agencies. We may also buy or get personal data from other third parties, like social media platforms, analytics providers, and consumer data resellers. This information could include contact information, demographic information, geolocation information, and information about your interests, preferences, or behaviors. We use this data for things like product and service improvement, marketing, and advertising. For more information see the What Data We Collect section.

## Personal Data We Infer

We may learn about your preferences or characteristics based on other personal data we collect. For example, we may infer that you are looking to purchase a new device based on your browsing activity while using our services, and we may use your IP address to estimate your general location We may also use this information for advertising purposes.

**Back to top** ›

# How We Use Personal Data About You

We use your personal data for a lot of reasons, including to provide you with products and services. We use your personal data to do things like:

- Create and administer your accounts, complete transactions, payments, billing, and requests related to our products and services and third-party products and services that you charge to your accounts.
- Provide, develop, customize, and personalize products and services, respond to your inquiries conduct surveys, and perform our contractual obligations.
- Advertise and market products and services from T-Mobile and other companies to you, including through targeted advertising and communications about promotions and events, contents, and sweepstakes.
- To conduct research and create reports from analysis of things like usage patterns and trends and deidentify or aggregate personal data to create business and market analysis and reports.
- Detect and help protect against security incidents, and illegal, fraudulent, or unauthorized activities; investigate suspicious traffic, cybersecurity threats or vulnerabilities, complaints, and claims; authenticate your credentials for account access and information and provide other security protections.
- Protect you and others from fraudulent, malicious, deceptive, abusive, or unlawful activities.
- Debug and repair errors and take action to maintain and improve the quality and safety of our products and services.
- Verify your identity and determine your eligibility for accounts, discounts, and specific rate plans, as well as the validity of your payment information.
- Facilitate or verify the appropriate calculation of taxes, fees, or other obligations due to local, state, or federal government requirements.
- Cooperate with law enforcement and protect the rights, interests, safety, or property of T-Mobile and others.
- Comply with and enforce applicable legal and regulatory obligations and respond to governmental requests.
- Enforce our policies, terms and conditions, or other agreements.
- Defend against or pursue claims, disputes, or litigation.

Back to top  >

# When We Share Personal Data About You

We may disclose personal data to others as follows:

## With Your Consent or at Your Direction

We may disclose personal data about you to third parties with your consent, which we may get in

writing, online, or orally. We may also share your personal data with third parties when you tell us to

or when you use our products or services to interact with third parties, whose separate privacy notices may apply to that data.

## With the Account Holder

We may disclose personal data about an account user to the account holder (the party financially responsible for the account). The primary account holder may also authorize other users to access account information. If a business, governmental agency, or other individual obtains Service for you, that entity or individual is our customer, and we may provide personal data about you or your use of our products and services to them or, if they tell us to, others.

## Between T-Mobile Brands and Companies

T-Mobile shares personal data between its subsidiaries for things like providing you products and services, marketing and advertising and other uses as described in this notice.

## To Provide Benefits

When you receive discounted pricing or other benefits through someone else's agreement with us (for example, an employee discount), we may provide personal data to that entity to verify your eligibility for benefits, to calculate any discounts, and to deliver the discount or benefit to you.

## To Our Service Providers

We use service providers who may need access to your personal data to do work for us. They are contractually required to treat the personal data we provide as confidential and to use it only to provide the services we requested. Examples of the service providers we engage include print, mail, or email vendors, web hosting vendors, and cloud service providers.

## To Other Third Parties

We share data with 3rd parties for uses described in this notice or for purposes you have requested. For example, we may share data with credit bureaus and similar regulated entities, banks for device financing, and payment processors to help us provide you with the services you have requested. If you interact with third parties, like content providers who operate video channels or apps through our products and services, we may facilitate transfer of personal data. We may also share mobile device identifiers, device and service usage data, and demographics information with third-party advertising partners who may use data to serve ads for T-Mobile and others as described in the Advertising section. For more information about these activities visit the Advertising and Analytics article. These third parties have their own privacy notices that apply to their use of the information we share.

## To Identity Verification and Fraud Prevention Services

To help protect our customers and others from fraud, we may share personal data (like name, address, account status, SIM change history) with entities that provide fraud prevention services to T-Mobile, banks and other entities.

## Caller ID Providers

We may share your mobile number and name with third parties to enable Caller ID and similar services across multiple carriers when you make a call. We do not publish directories of our customers' wireless numbers or make numbers available to third parties for listing in their public directories without your permission. You can ask us to exclude your name from Caller ID by calling customer service. See How to Contact Us . You can also block your number from being displayed temporarily on non-emergency calls by following the instructions here.

## In a Business Transfer or Transaction

We may disclose or transfer personal data about you as part of a corporate business transaction, like a merger or acquisition, divestiture, sale of company assets, or in the unlikely event of insolvency, bankruptcy, or receivership. In these cases, personal data could be transferred to third parties as a business asset. We may also share information with banks and similar entities for purposes of transferring loans in connection with your device financing.

## For Legal Process and Protection

We may disclose personal data to third parties, including government authorities, for legal processes or protection of life and safety where we believe that access, use, preservation, or disclosure of the information is reasonably necessary, including:

- To comply with laws, regulations, legal process or to respond to lawful requests.
- To enforce or apply agreements, or initiate, render, bill, and collect for products and services (including disclosure to collection agencies to obtain payment).
- To protect the rights, interests, property, or safety of T-Mobile , our customers, and others.
- In connection with claims, disputes, or litigation.
- To protect you and others from fraudulent, abusive, or unlawful use of these services, and other fraudulent activity.
- In an emergency.

**Back to top  ›**


# How We Protect Your Data

We use administrative, technical, contractual, and physical safeguards designed to protect your data while it is under our control. For example, when you contact us by phone or visit us in our stores, we have procedures in place to make sure that only the primary account holder or authorized users have access.

Despite our efforts, we cannot guarantee that our safeguards will prevent every unauthorized attempt to access, use, or disclose personal data. Be sure to use a strong password to access your information and not one you use for other services. You should also use multi-factor authentication where possible.

**Back to top  ›**

# Your Personal Data Choices

We offer everyone in the U.S. including Puerto Rico choices about their personal data. If you have questions, please contact us. Choices and contact methods may differ for enterprise accounts (T-Mobile for Business/T-Mobile for Government). Your options include:

## Access and Delete

**Access** your personal data by submitting a request here. You may ask us to see specific pieces of personal data we have collected about you as well as:

- the categories of personal data we have collected;
- our business or commercial purposes for collecting or selling personal data;
- the sources from which we collect personal data;
- the types of third parties we share personal data with;
- the types of personal data we disclose for business purposes; and
- details about personal data we have sold and to whom.

For multi-line accounts, the primary account holder may access information for all lines on the account and designate permissions to other users. Account permissions impact who sees what information. All users without account permissions will only be able to access information related to their line, including CPNI.

**Delete** your personal data by submitting a request here. You may ask us to delete the personal data we have collected about you. If you do, we may not delete all your data. For example, we may keep personal data that is necessary to bill you for services, detect security problems, or to comply with laws. If you request that we delete your personal data, we might not be able to offer some services to you or they might not work the way they're supposed to or that you're used to.

**Verification of Your Identity** We have to verify your identity before we can give you access to or delete your personal data. If we can't verify your identity, we'll unfortunately have to deny your request. This is to protect you. To learn more about our verification process, please read our FAQs. Enterprise customer accounts (T-Mobile for Business/ T-Mobile for Government) are protected through authentication and access methods that are different than those used by individual consumers.

## Do Not Sell

Tell T-Mobile **"Do Not Sell My Personal Information"** by submitting a request here. An example of a sale is when we share information about you (like when you've visited our sites or the apps you have on your phone) tied to unique identifiers, like device IDs, with third parties for targeting advertising. When you tell us not to sell your personal information, we won't share your information for these purposes. Of course, not all sharing of personal data is a sale, like when T-Mobile shares your data with service providers to provide our products and services. You can learn more about our advertising and analytics here or the "Do Not Sell" setting here.

Whether you opt out of the sale of your personal information or opt out using our advertising settings here, your info is not used in our ad program.  Note that Assurance Wireless is not included in our ad program.

## Marketing Communications

We want to tell you about products and services we or our partners offer, but if that's not your thing, you can tell us here. Not all of our communications are for marketing and you will continue to receive service messages for your products and services (like bills, transactional notices, customer service, etc.). Learn more in our Marketing Choice article.

## Advertising Choice

**T-Mobile data use for advertising** Under T-Mobile's personalized ads program, T-Mobile will use and analyze data from your device and usage data generated by your use of T-Mobile products and services to create inferences for our own and 3rd party advertising until you tell us not to use it. This data helps us understand more about user interests (e.g., sports enthusiast, loves cooking, etc.). To build these inferences, we will use information like broadband information, network diagnostic data (Android users only), IP address, device and advertising IDs, mobile apps installed or used with your device, content interactions, like video and content viewing info, and web browsing data, device activity and attributes.

When we share information like inferences with third parties, it is not tied to your name or information that directly identifies you. Instead, we tie it to your mobile advertising identifier or another unique identifier.

We do not use or share Customer Proprietary Network Information ("CPNI") or precise location data for advertising unless you give us your express permission. We also do not use information from company liable T-Mobile for Business or T-Mobile for Government, T-Mobile prepaid, or Assurance Wireless accounts for advertising. Most importantly, if we know information belongs to a child we do not use it for advertising.

For more information about data we use and share for advertising, visit Advertising and Analytics. To learn about how to opt-out, visit our privacy tools.

Whether you opt out of the sale of your personal information or opt out using our advertising settings here, your info is not used in our ad program.  Note that Assurance Wireless is not included in our ad program.

**Ads on Your Mobile Device, Computer or Other Devices** You can get instructions on how to opt-out of targeted ads served by most advertising networks that use cookies, Ad IDs and similar technology to serve you personal ads on your mobile device or web browser, by:

- Clicking on the AdChoices icon on any interest-based ad.
- Visiting https://youradchoices.com/control.
- Visiting our Advertising and Analytics article.

You can also partially manage targeted ads through your system settings. Resetting your device advertising ID does not opt-out your device from targeted ads, but data associated with your prior advertising ID will not be linked to your new identifier through the device. Also, if you reset your device advertising ID your prior opt-out choices will not apply to the new ID. To maintain your opt-out choices, you will need to opt-out again. These opt-outs will not impact "contextual" advertisements (e.g., a sporting goods advertisement on a sports-themed website) or ads we place on our own websites and apps based on your activity on those sites and apps.

**Cookies Choice** Most web browsers can be set to detect or reject cookies. Each browser is different, so check the "Help" menu of your browser settings to learn how to change your cookie preferences. If you reject cookies, some things on our websites may not work properly.

**Ads on Social Media** We may work with certain social media websites or platforms (such as Facebook or Twitter) to serve targeted ads to you as part of a customized social media campaign. You can opt-out of receiving customized ads on your social media platforms by changing your ad preferences on those platforms. We do not control those platforms or your ad preference settings on them and recommend regularly visiting your ad preference settings to ensure that they remain accurate.

Some Ad Choices opt-out mechanisms described in the Advertising Choice section and the "Do Not Sell My Personal Information" mechanism for T-Mobile websites described in the Do Not Sell section rely on cookies to retain your opt-out preferences. If you reject or erase cookies, your Ad Choices and Do Not Sell requests may not work right and you may need to perform the opt-out or make the request again.

You can also go to Ad Choices to set your preferences for use of cookies for advertising. To learn more about cookies visit our Cookies and Tracking Technologies article.

**Location Data Choice** We request your permission before collecting and using precise location data associated with your identifying information for certain non-essential activities. For more information see our Cookies and Tracking Technology article. If you have previously consented to these uses, you may revoke that permission at any time through the device's operating system location preference controls or, in some cases, the app settings. You may also follow the standard uninstall process to remove the app from your device.

Back to top  ›

## CA Customers

**California Customers Have Personal Data Rights**, including the right to access, delete, and stop the sale of personal data. If you are a California customer, you also have the right to know about how we use and disclose your data. Of course, if you do exercise any of these rights, T-Mobile will not treat you any differently. Californians can exercise their personal data rights here.

As a part of T-Mobile's ongoing commitment to transparency about our privacy practices—and in compliance with California Consumer Protection Act (CCPA)—we share information annually on how many consumer data requests we receive. The data below is for the year 2020.

|  | REQUESTS TO ACCESS | REQUESTS TO DELETE | DO NOT SELL REQUESTS |
|---|---|---|---|
| Number received (total) | 1297 | 446 | 861,160 |
| Number received | 306 | 131 | Included in Total |

| (CA) | REQUESTS TO ACCESS | REQUESTS TO DELETE | DO NOT SELL REQUESTS |
|---|---|---|---|
| Number complied with in whole or in part | 712 | 285 | 861,160 |
| Number denied | 488 | 143 | 0 |
| Median number of days to respond to access request | 27 | 30 | 0 |

**Categories of Personal Data Collected and Disclosed** for business purposes in the preceding 12 months is described in Personal Data We Collect and When We Share Personal Data About You.

**Business or Commercial Purpose for Collecting Personal Data** is described in How We Use Personal Data About You.

**Categories of Sources of Personal Data** includes information you provide us, that we collect and infer when you use our products and services and provided or purchased from other sources. For more information see How We Collect Information About You.

**Categories of Third Parties with Whom We Share Personal Data** is described in the When We Share Personal Data About You.

**Sales of Personal Data**

California law requires us to tell you that in the past 12 months, T-Mobile- (which also includes Sprint) sold (as "sale" is defined in that law ) the following categories of personal data for the reasons listed below: We shared device identifiers and internet and electronic network activity to facilitate online advertising. This means that a unique, resettable number that identifies your device was linked to online activity and shared with others who use that data for advertising and analytics purposes (like advertising networks, data analytics providers, and social media platforms). For Sprint customers, we used to share location and usage information with other companies in a way that does not directly identify you for their use in creating aggregate reports. For more information, check out the Advertising and Analytics article. T-Mobile does not knowingly sell the personal data of kids under 16. If you do not want your data sold click here.

Whether you opt out of the sale of your personal information or opt out using our advertising settings here, your info is not used in our ad program.  Note that Assurance Wireless is not included in our ad program.

**Shine the Light**

Under the Shine the Light law, California customers may request information about whether a business has disclosed personal data (as defined in that law) to any third parties for their direct

marketing purposes. We do not do that without your permission.

**Back to top** ›

## Maine Customers

We will not use, disclose, sell, or permit access to your personal broadband data unless it's allowed in Maine. Maine customers have rights that they can exercise here.

**Back to top** ›

## Children's Data

We believe it is important to protect the privacy and safety of children. To learn more about T-Mobile's privacy practices for children, please refer to the Children's Privacy Notice. Generally, if you allow a child to use our products or services by providing them a device or other access associated with your account, any personal data associated with their use will be treated as your personal data. If you are the primary account holder, you can set marketing and other preferences for other lines on your account, including those for any children on your account.

This privacy notice and the Children's Privacy Notice do not apply to data collected by third party apps and we encourage parents to review the terms and policies of apps before allowing children to download them. For more info, see the Family Controls article.

T-Mobile's Project 10 Million provides free wireless Internet to eligible households. For Project 10 Million's privacy practices, please refer to the Children's Privacy Notice.

**Back to top** ›

# Other Important Info

## Advertising and Analytics

You may see T-Mobile and other advertisements on your devices - whether you are connected to our network or not. These ads may be targeted to your device based on information that we, the advertiser, and other third parties have about your behavior or interests to make them more useful to you. These ads are called interest-based or targeted ads.

Like most companies, T-Mobile works with third parties, including advertising networks, which collect information about you through devices, websites, and apps, serve ads for us and others, and measure their effectiveness. The advertisers and third parties that provide these ads may use cookies, code, and web beacons or use mobile device identifiers and similar technologies for these activities. For example, third parties like Google Ad Manager and Nielsen may use technology to

collect data to deliver, personalize, and measure ads for some of our Products and Services. This technology allows tracking of device activity over time across online properties. The advertisers and advertising networks' use of these technologies and of the information collected is covered by their own privacy notices and those of the sites where they operate. T-Mobile may also use its own online advertising services in connection with these ad activities.

We may also partner with analytic service providers like Google Analytics to help track your use of our products and services. To learn more about how Google collects and processes personal data, visit https://policies.google.com/technologies/partner-sites. For additional details, see the Cookies and Tracking Technology article. We follow the Digital Advertising Alliance's ("DAA") Self-Regulatory Principles for Online Behavioral Advertising. To learn more see our Advertising and Analytics article. For more information on our ad program and your choices, go to the Advertising Choices section.

Do Not Track signals are a web browser setting or mechanism used to indicate that you do not want your online activity tracked. Because there is no universal standard of how to apply the that setting, we currently do not honor them. However, we honor Do Not Sell settings.

## Geolocation Data

If your mobile device is turned on, our network is collecting data about where it is. We may use, provide access to, or disclose this network location data without your permission to provide and support our services. Examples include to:

- route wireless communications;
- operate and improve our network and business;
- detect and prevent fraud;
- provide information to emergency responders about where to find you when you call public safety agencies, including through 911 or similar emergency services numbers; or
- as required by law.

Subject to your settings, we and others may also use location data to provide location-based services (like SyncUP PETS), or to personalize your experience and ads. To learn more, see our Cookies and Tracking Technology article and our Advertising and Analytics page.

## Internet of Things

We provide connectivity to Internet of Things devices and services offered by other companies. We collect basic information about the information flowing over our network. However, if you are a customer of a T-Mobile IoT service, we, and our apps providers, also collect information from the IoT device and any related app to support the service. The information varies depending on the service but may include personal data like contact information and location, audio, and device activity and measurement data.

## Data Retention

We retain your personal data for business or tax needs, or legal reasons.

## Technologies in Retail Stores

In some of our retail stores, beacons have been deployed and we receive aggregate reports (none of which identify any individual or device) from these stores regarding store traffic that uses information collected from beacons through mobile apps. We may also use technology that tracks

aggregate traffic patterns and wait times in our stores using Wi-Fi and Bluetooth identifiers (e.g., a MAC address). We will provide a notice at each location where we use this technology. If you don't

want your device used this way, opt out at any time by entering your MAC address at https://optout.smart-places.org.

## Unaffiliated Third Parties

Our products and services provide links and access to others' websites, content services, and apps, and allow you to share personal data with others and to use products and services that T-Mobile does not control. These third parties may collect your personal data. For example, we may offer social sharing features and other integrated tools (such as the Facebook "Like" button), which let you share actions you take on our products and services with other media, and vice versa. Your use of such features may enable the sharing of information with your friends or the public, depending on the settings you establish with the entity that provides the social sharing feature. Look for their privacy notices to see what personal data they collect, share, and use, as we of course do not have any control over those practices.

For additional details, check out our article on Device Apps.

## US-Based Organization

T-Mobile is headquartered in the United States and our data processing mostly happens in the United States. Your personal data may be transferred to, processed, and stored in the United States or in other countries where our affiliates or service providers process data.

## International Data Privacy

T-Mobile's international services, previously provided by Sprint and now part of T-Mobile for Business, are directed to business customers. Users of T-Mobile's international services are typically employees of those business customers, or prospective business customers, and personal data that we collect will generally be limited to information collected or generated in a business context. T-Mobile's International Data Privacy Notice describes the collection, use, disclosure, transfer, storage, and processing of personal data we collect outside the United States.

**Back to top  ›**

# Future Changes

We keep this privacy notice up to date. When we make changes, we will let you know by updating the date at the top of the page. If we're making a big change (one that is considered material), we'll also reach out to you (e.g., by text or email or with your bill). If you keep using our products and services after we notify you of a big change, we'll take that to mean you're fine with it.

**Back to top  ›**

# How to Contact Us

If you have questions or comments contact us:

- Email us at privacy@T-Mobile.com
- Call customer service toll-free by dialing:
  - T-Mobile: 1-800-937-8997 or 611
  - Metro by T-Mobile: 1-888-8metro8 (1-888-863-8768) or 611
  - Sprint: 1-866-429-1055 or 611
  - Assurance Wireless: 1-866-482-2003

**Back to top** ＞

## Connect with T-Mobile



English    Español

Contact us                                                                          ⌄

Support                                                                             ⌄

T-Mobile for Business                                                               ⌄

 

© 2002–2021 T-Mobile USA, Inc.

About    Investor relations    Press    Careers    Deutsche Telekom    Puerto Rico

Privacy notice    Interest-based ads    Privacy Center    Consumer information    Public safety/911

Terms & conditions    Terms of use    Accessibility    Open Internet    Do Not Sell My Personal Information

# EXHIBIT 3

# Deposit Agreement and Disclosures

*Effective May 14, 2021*



**BANK OF AMERICA**

bankofamerica.com

Applies in all states.

Bank of America, N.A. Member FDIC. ©2021 Bank of America Corporation.
91-11-2000B (05/21)



29507

# Table of Contents

Welcome to Bank of America.............................................................................1
How to Get Started ...............................................................................................1
How to Access Your Account.................................................................................1
The Agreement for Your Account ..................................................................2
Binding Contract ..................................................................................................2
Changes to This Agreement ..................................................................................2
Account Closures, Transaction Delays and Conversions/Changes to Account Settings..................2
Governing Law ....................................................................................................3
Explanation of Some Terms ...........................................................................4
Information About You and Your Account ......................................................5
Information You Give Us ........................................................................................5
Identification.........................................................................................................5
Bank of America's Privacy Policy for Consumers....................................................5
Sharing Information with Affiliates .........................................................................5
Consumer Reports and Other Inquiries ..................................................................5
Disclosing Information About You and Your Account ...............................................6
Telephone Calls: Calling, Monitoring and Recording..............................................6
Release of Information ..........................................................................................7
Account Ownership.........................................................................................7
Some General Terms ............................................................................................7
Some Basic Terms for Joint Accounts.....................................................................7
Some Basic Terms for "Payable on Death" Accounts ..............................................8
Some Basic Terms for Business and Other Non-Personal Accounts .........................9
Transferring Ownership.........................................................................................9
Special Provisions for Pass-Through Accounts .......................................................9
Checking and Savings Accounts ..................................................................10
Types of Accounts...............................................................................................10
Eligibility for NOW Accounts ...............................................................................10
Demand Deposit Accounts..................................................................................10
How We Calculate Interest on Interest Bearing Checking and Savings Accounts.....10
Combined Balance Service ..................................................................................11
Limits on Linking Accounts ..................................................................................12
Limits on Withdrawals and Transfers from Savings Accounts .................................12
Uniform Transfers/Gifts to Minors Act (UTMA/UGMA) Accounts...........................13
Time Deposit or CD Account ........................................................................13
Types of CDs ......................................................................................................13
How We Calculate Interest on CDs ......................................................................14
Disbursing Interest.............................................................................................15
CDs That Automatically Renew............................................................................15
CDs That Do Not Automatically Renew.................................................................15
Grace Period ......................................................................................................15
Deposits to a CD ................................................................................................15
Early Withdrawals...............................................................................................15
Closing or Redeeming a CD ................................................................................16
Information About Fees and Charging Your Account.......................................17

Insufficient Funds – Overdrafts and Returned Items.......................................18
Overdrafts and Declined or Returned Items .........................................................18
Impact of Holds ..................................................................................................18
Personal Accounts – Overdraft Practices and Settings ...........................................20
Business Accounts – Overdraft Practices and Settings............................................20
Posting Orders ...................................................................................................21
Occurrences .......................................................................................................21
Overdraft Protection Plans ..................................................................................21
Processing and Posting Orders.....................................................................24
Processing Transactions and Posting Orders.........................................................24
Posting Orders ...................................................................................................24
Changing Posting Orders....................................................................................25
Posting Orders Determined at End of Day ............................................................25
Overdraft Fees ...................................................................................................25
Certain Transactions Made After Business Day Ends .............................................26
Processing Deposits and Cashed Items.........................................................27
Cashing Items or Accepting Items for Deposit.......................................................27
Checks Lost in the Collection Process...................................................................28
Collection Items..................................................................................................28
Demand Drafts and Remotely Created Checks ......................................................28
Deposit Preparation and Acceptance ...................................................................28
Deposit Error Correction .....................................................................................29
Encoding Deposits .............................................................................................29
Endorsing Checks ..............................................................................................29
Identifying the Account for Your Deposit ...............................................................30
Overpayments and Reversals...............................................................................30
Returned Items ...................................................................................................30
Substitute Checks................................................................................................31
Third-Party Endorsements ...................................................................................31
Registered Warrants............................................................................................31
When Funds are Available for Withdrawal and Deposit Holds...........................33
Your Ability to Withdraw Funds ...........................................................................33
Longer Delays May Apply ...................................................................................33
Special Rules for New Accounts...........................................................................34
Government Checks, Cashier's Checks and Other Special Types of Checks.............34
Holds on Other Funds.........................................................................................35
Processing Withdrawals................................................................................36
Cashing Checks for You.......................................................................................36
Cashing or Accepting Your Checks for Others.......................................................36
Checks with Legends or Restrictions ....................................................................36
Collection Items..................................................................................................36
Check Stock and Ink ...........................................................................................36
Converting Checks to Electronic Debits.................................................................37
Examining Checks...............................................................................................37
Items Resulting from Voluntary Disclosure ............................................................38
Large Cash Withdrawals .....................................................................................38
Paying Checks and Other Items............................................................................38

Stale-Dated and Postdated Checks.................................................38
Substitute Checks, Indemnified Copies, Images and Image Replacement Copies.............38
Unpaid Items ..................................................38
**Substitute Checks and Your Rights** .........................................**39**
**Notices, Statements and Other Communications** .........................**40**
General Terms for Notices, Statements and Other Communications .......................40
Notices...................................................40
Statements.................................................41
Check Image and Safekeeping...........................................41
Your Address and Change of Address.....................................42
**Actions You Can Take to Help Protect Your Account** .........................**43**
**Reporting Problems** .........................................**45**
Your Responsibility.................................................45
What Are Problems and Unauthorized Transactions ...............................45
Reviewing Your Account Statements.......................................45
We Are Not Liable If You Fail To Report Promptly................................46
Written Confirmation and Other Assistance ...................................46
Our Investigation and Maximum Liability ......................................46
Business Insurance.................................................47
Opening a New Account...............................................47
**Foreign Items and Foreign Currency** .........................................**47**
What is a Foreign Item ...............................................47
Be Cautious About Accepting Foreign Items ...................................47
Currency Exchange Rates ............................................47
Wires Sent to a Foreign Currency Account......................................48
You May Not Write Foreign Currency Checks..................................48
Processing and Collecting Foreign Items.....................................48
**Other Terms and Services** ...............................................**50**
Account Changes.................................................50
Automatic Transfer Service ............................................50
Check and Deposit Slip Forms .........................................50
Check Copies...................................................51
Compliance.....................................................51
Conflicting Demands and Disputes.........................................51
Converting an Account...............................................52
Cutoff Time for Receipt of Orders .........................................52
Death or Incompetence ..............................................52
Facsimile Signature................................................53
Deposit Bank Assessment..........................................53
Fingerprint.....................................................53
"Freezing" Your Account and Delayed Transactions ...............................53
Indemnification and Limitation of Liability .....................................54
Legal Process – Subpoena and Levy.......................................54
Multiple Signatures Not Required.........................................55
Notice of Withdrawal ................................................55
Powers of Attorney/Appointment and Payment to Agents .............................55
Records...................................................56

Right of Setoff .................................................56
Sample of Your Signature ............................................57
Stop Payment Orders ...............................................57
Subaccounts...................................................59
Unclaimed Property – Accounts Presumed Abandoned or Inactive.......................59
Verification of Transactions and Right to Reverse Transactions ........................59
Waiver, Severability, and Change of Law by Agreement .............................60
**Electronic Banking Services** .............................................**61**
Types of Electronic Banking Services.......................................61
Access ID ....................................................62
Electronic Banking Disclosures ..........................................63
**ATM Safety Tips** .................................................**66**
Protect Your ATM Card and Personal Identification Number (PIN)........................66
Be Aware of Your Surroundings at ATMs.....................................66
Protect Your Privacy..................................................66
Request Emergency Assistance..........................................66
**Funds Transfer Services** ...............................................**67**
Remittance Transfers ...............................................67
Sending Funds Transfers .............................................68
Receiving Funds Transfers ............................................69
ACH Debits and Credits ..............................................69
**Tax Information** ...................................................**70**
**Resolving Claims** .................................................**71**
What does "Claim" Mean?.............................................71
How Claims on Personal Accounts will be Resolved...............................71
How Claims on Business Accounts will be Resolved...............................71
Judicial Reference .................................................71
Arbitration.....................................................72
Limitation and Non-Severability .........................................73
Rules of Interpretation...............................................73
Jurisdiction and Venue ..............................................73

# Welcome to Bank of America

Thank you for opening and keeping an account with us.

Please read this entire agreement carefully so you understand your rights and obligations for your deposit account and deposit relationship with us and keep it in a convenient place for future reference.

In this agreement, "Bank of America", "Bank", "we", "us" and "our" means Bank of America, N.A. "You" and "Your" means each and every owner of the account and each and every other person with authority to withdraw funds from the account or otherwise operate the account.

Our accounts, which may include account settings and services are generally available through all of our channels - in our financial centers, through telephone banking and online. However, some accounts, account settings, and services may not be available at all times, in all locations, or through all channels.

## How to Get Started

After you open your account, please consider these optional services. They can help you manage your account.

- **Debit card** – use your debit card to pay for purchases at merchants that accept debit cards, to make deposits at Bank of America ATMs, and to withdraw cash from ATMs.
- **Direct Deposit** – have your paycheck, retirement benefits, or other source of income deposited electronically into your checking or savings account.
- **Online Banking** – helps you manage and keep better track of your finances. Here are some of the things you can do using Online Banking:
  - Check your account balances and review transaction history.
  - Transfer funds between your accounts or to other Bank of America customers' accounts.
  - Receive your statements and posted checks online, then review or print them at your convenience.
  - Reorder checks and change your address.
- **Online Bill Pay service** – pay your bills electronically.
- **Online Alerts** – provide an electronic notice through email or text message about account activity, such as when a direct deposit posts or when your balance drops below an amount you set.
- **Scheduled Savings Transfers** – helps make saving easier by automatically transferring money from your checking account to your savings account.
- **Keep the Change®** – helps you grow your savings by automatically transferring money from your personal checking to your savings with each eligible debit card purchase.
- **Overdraft Protection Service** from another linked account, such as your savings or credit card account – helps you avoid overdrafts and declined or returned checks and other items by automatically transferring available funds from your linked account to your checking account.

## How to Access Your Account

You can access your account and get information about our accounts and services:

- At our **financial centers** and at **Bank of America ATMs**
- Through **Online and Mobile Banking**
- By calling **customer service** at the number on your account statement
- You can locate our nearest financial center or ATM on our website at bankofamerica.com

# The Agreement for Your Account

## Binding Contract

This *Deposit Agreement and Disclosures*, the applicable *Schedule of Fees*, the signature card and other account opening documents for your account are part of the binding contract between you and us (this "Agreement") for your deposit account and your deposit relationship with us. They contain the terms of our agreement with you. Please read all of these documents carefully.

This *Deposit Agreement and Disclosures* also summarizes certain laws and regulations that apply to common transactions, provides some disclosures for deposit accounts required by federal law, and establishes terms that cover some transactions or situations that the law either does not cover or allows us to change by this contract. The *Schedule of Fees* lists our accounts and account fees.

When you complete our account opening documents (as an example, you sign our signature card), request an account, or keep your account open, you acknowledge that you have reviewed and understand the terms of this Agreement and you agree to be governed by these terms. You understand that these terms, as we may change or supplement them periodically, are a binding contract between you and us for your deposit account and your deposit relationship.

We give this Agreement to you when we open your account. You may obtain additional copies of this Agreement at a financial center or by calling the number on your statement. Our deposit relationship with you is that of debtor and creditor. This Agreement and the deposit relationship do not create a fiduciary, quasi-fiduciary or special relationship between us regardless of how you title your account, or whether you yourself act in a fiduciary or similar capacity with respect to funds deposited with us. We owe you only a duty of ordinary care. Our internal policies and procedures are solely for our own purposes and do not impose on us a higher standard of care than otherwise would apply by law without such policies or procedures.

## Changes to This Agreement

We may change this Agreement at any time. We may add new terms. We may delete or amend existing terms. We may add new accounts and services and discontinue existing accounts or services. We may convert existing accounts and services into new accounts and services.

We ordinarily send you advance notice of an adverse change to this Agreement. However, we may make changes without prior notice unless otherwise required by law. We may, but do not have to, notify you of changes that we make for security reasons or that we believe are either beneficial or not adverse to you.

When we change this Agreement, the then-current version of this Agreement supersedes all prior versions and governs your account.

If you continue to use your account or keep it open, you are deemed to accept and agree to the change and are bound by the change. If you do not agree with a change, you may close your account as provided in this Agreement.

See the *Notices, Statements and Other Communications* section for information about how we provide notice.

## Account Closures, Transaction Delays and Conversions/Changes to Account Settings

You or we may close your checking or savings account at any time without advance notice, except that we may require you to give us seven days advance notice when you intend to close your savings or interest bearing checking account by withdrawing your funds. See *Notice of Withdrawal* in the *Other Terms and Services* section. You or we may close your time deposit account at maturity without advance notice. Bank of America may close your account, convert your account to

another account type or change your account's overdraft setting at its discretion due to excessive overdrafts.

The Bank may in its sole discretion and without notice to you, to the extent permissible under applicable law and other governing documents applicable to your account, decline, delay, cancel and/or reverse your orders, transactions or instructions, and/or place disbursement and other restrictions on any of your accounts.

If an account was closed and then we reopen it, the account is subject to our standard terms and fees for that type of account. Any waiver that applied before the account was closed does not apply when we reopen the account.

If your account reaches a zero balance, or you apply for an account but never deposit funds into it, we may either keep the account open or close the account without notice.

Sometimes after an account is closed, we receive a deposit for credit to the account or a check or other item for payment from the account. If this happens, we may at our option and without any liability to you: either return the deposit, check or other item; or we may reopen the account and accept the deposit, check or other item for you, even if this overdraws your account.

Sometimes after an account which had funds in it is closed, and while we are still holding the funds from the account, we receive a withdrawal request, check or other item for payment from the account. We may refuse the withdrawal request and return the check or other item. We are not liable for any losses or damage that may result from refusing the withdrawal or dishonoring the check or other item, even if we are still holding funds that would cover the withdrawal, check or other item.

When you ask us to close your account, we may continue to pay transactions as we receive them while we process your closure request. When we complete our closure process, we may close your account, even if your account has a balance and transactions you've told us about are still pending.

If your account is overdrawn when closed, you agree to pay immediately all amounts you owe us. If your account had funds in it when closed, we may:

- hold the funds for your pick up or to pay outstanding or expected items or claims;
- deposit the funds in another of your accounts with us; or
- mail the funds to any of you by check at the address in our records for the account.

If your account earned interest before it closed, your funds stop earning interest when you ask us to close your account, even if we continue to hold the funds. As an example, if we mail funds from an interest bearing account to you by check, then your funds do not earn interest, even if the check is returned to us or is not cashed.

This Agreement continues to govern matters related to your account even after your account closes.

### Governing Law

This Agreement, and your and our rights and obligations under this Agreement, are governed by and interpreted according to federal law and the law of the state where your account is located. However, your rights and obligations for Remittance Transfers shall be governed by and interpreted as described in the *Funds Transfer Services* section. We ordinarily maintain your account at the financial center where we open your account. However, we may transfer your account to another financial center in the same state or in a different state. If state and federal law are inconsistent, or if state law is preempted by federal law, federal law governs.

## Explanation of Some Terms

### Definitions

Please keep in mind the following definitions as you review the Agreement.

**Annual Percentage Yield (APY)** is a percentage rate reflecting the total amount of interest paid on the account, based on the interest rate and frequency of compounding.

**Average daily balance** for a statement cycle – we take the balance that we determine is in the account for each day in the statement cycle, add those balances together, and then divide that sum by the number of days in the statement cycle.

**Bank of America, Bank, we, us** and **our** mean Bank of America, N.A.

**Financial Center** means a branch of Bank of America.

**Business days** – our business days are Monday through Friday, excluding bank holidays. Hours of the business day for a financial center are available at that financial center.

**Collected balance** is the ledger balance for the account minus that portion of funds deposited for which we have not received credit based on the availability schedule we apply to the account. We ordinarily apply the availability schedule provided to us by the Federal Reserve Bank to determine the time that we receive credit for deposited funds.

**Item** includes all orders and instructions for the payment, transfer or withdrawal of funds from an account. As examples, item includes: a check, substitute check, purported substitute check, electronic transaction (including an ACH transaction, ATM withdrawal or transfer, or point of sale transaction), draft, demand draft, remotely created check, remotely created consumer check, image replacement document, indemnified copy, preauthorized draft, preauthorized payment, automatic transfer, telephone-initiated transfer, Online Banking transfer or bill payment instruction, withdrawal slip, in-person transfer or withdrawal, cash ticket, deposit adjustment, or other order of instruction for the payment, transfer, or withdrawal of funds, or an image, digital image or a photocopy of any of the foregoing. *Item* also includes any written document created or authorized in your name that would be a check or draft but for the fact that it has not been signed. *Item* may also include a cash-in ticket and a deposit adjustment. *Item* may also include a check, draft, warrant, or other item deposited to your account, including a deposited item that was returned unpaid.

**Minimum daily balance** – the lowest balance that we determine is in the account during a statement cycle.

**You** and **your** means each and every owner of the account and anyone else with the authority to deposit, withdraw, or exercise control over the funds in the account.

### Headings and Interpretation

We include section and paragraph headings in this Agreement to help you find terms and provisions. The headings are for convenience or reference only. They do not limit the term or provision.

Unless it would be inconsistent to do so, words and phrases used in this document should be construed so the singular includes the plural and the plural includes the singular.

In some sections we give examples. The examples cover some, but not all, of the situations or items that are covered by the section.

# Information About You and Your Account

## Information You Give Us

When you open a deposit account with us, you give us information about yourself and confirm that it is correct. We enter the information into our records. We may rely on that information until you notify us of a change and we have had a reasonable time to act on the new information.

## Identification

Federal law, including the USA PATRIOT Act, requires all financial institutions to obtain, verify and record information that identifies each customer who opens an account with that financial institution.

When you apply for an account, we will ask for your legal name, address, date of birth and your Tax Identification Number (TIN). For business accounts, we may require identification information related to a controlling manager and/or equity owners of your business. We may require one or more forms of unexpired photo identification. We may validate the information you provide to us to ensure we have a reasonable assurance of your identity. We may contact you for additional information. If your account is funded before we verify your information, you may not have access to your funds. If we are not able to verify your identity to our satisfaction, we will not open your account or we may close the account if it was previously funded.

## Bank of America's Privacy Policy for Consumers

Our privacy policy for consumers is described in our publication, *U.S. Consumer Privacy Notice*. We provide our privacy policy to consumers who open a personal account with us. The privacy policy describes our policy on handling customer information and describes the situations when we may disclose information, including some examples.

You can also review our privacy practices on our website at bankofamerica.com/privacy.

## Sharing Information with Affiliates

**Accounts Held by Consumers** We may share information that we have about you and your accounts among the Bank of America family of companies. Please refer to our publication, *U.S. Consumer Privacy Notice*, for information about the categories of information we may share among the Bank of America family of companies and how you may tell us not to share certain types of information among our family of companies.

**Accounts Held by Businesses** We may share information about our experiences with you with Bank of America Corporation and its subsidiaries and affiliated companies ("Bank of America Affiliates") and selected third parties. We may also share information that you have provided to us on applications or that we receive from outside sources among the Bank of America Affiliates. However, individuals may tell us not to share information about them from applications or outside sources compiled for purposes of determining eligibility for credit, insurance or other services by either calling us at 1.888.341.5000 or by notifying us at bankofamerica.com/privacy.

## Consumer Reports and Other Inquiries

We may make any inquiries that we consider appropriate to help us verify your identity and determine if we should open, maintain, collect or close your account. This may include verification of employment and consumer reports or other reports from account information services and other consumer reporting agencies.

If you ask, we will tell you whether we requested such a report and, if we did request a report, we will tell you the name, address and telephone number of the reporting agency.

## Disclosing Information About You and Your Account

This section applies to both business and personal accounts. We may disclose information about your accounts to consumer reporting agencies and to other persons or agencies who, in our judgment, have a legitimate purpose for obtaining information.

For example, subject to any applicable financial privacy laws or other laws or regulations, we may provide information on you and your accounts:

- to consumer reporting agencies, such as Early Warning Services, LLC;
- to anyone who we reasonably believe is conducting a legitimate credit inquiry, including inquiries to verify the existence or condition of an account for a third party such as a lender, merchant or consumer reporting agency;
- in response to any subpoena, summons, court or administrative order, or other legal process which we believe requires our compliance;
- in connection with collection of indebtedness or to report losses incurred by us;
- in compliance with any agreement between us and a professional, regulatory or disciplinary body;
- in connection with potential sales of businesses;
- to service providers who help us meet your needs by assisting us in providing or offering our products or services; and
- to other third parties as is described in our publication *U.S. Consumer Privacy Notice* or as required under applicable law or regulation.

For personal accounts, the terms of our *U.S. Consumer Privacy Notice* governs in the event of a conflict between the terms of this section and the terms of our U.S. Consumer Privacy Notice.

**Account Information Services/Consumer Reporting Agencies** If we close your account because of your unsatisfactory handling, we generally report to consumer reporting agencies such as Early Warning Services, LLC your name, address, Taxpayer Identification Number (TIN), driver's license number and the date and reason we closed the account. The consumer reporting agency may supply this information to others. This may adversely impact your ability to establish an account at any financial institution for up to five years from the date of the report.

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## Telephone Calls: Calling, Monitoring and Recording

When you give a telephone number directly to us, or place a telephone call to us, you authorize us to place calls to you at that number. You understand that a "telephone number" includes a cell phone number and "calls" include both telephone calls and text messages to or from your phone or cell phone. As examples, we may place calls to you about fraud alerts, deposit holds, and amounts you owe us (collection calls) on your account. When we place calls to you, we may use automatic dialers and artificial, text, or prerecorded messages.

You authorize us to monitor, and to record, telephone conversations and other electronic communications you have with us and with our representatives for reasonable business purposes, including security and quality assurance. We will not remind you that we may be monitoring or recording a call at the outset of the call unless required by law to do so.

You consent and agree in advance to these terms and conditions.

### Release of Information

You can obtain information about your account by many methods, including at a financial center, by telephone, by mail and through Online Banking. We believe we have adopted reasonable security measures for each method, but we cannot ensure against unauthorized inquiries or intrusions. You agree that we are not responsible for the release of information to anyone who has gained possession of your ATM card, debit card or other code or access device or who has learned your identifying characteristics such as personal identification number (PIN), account number or social security number, even if you have not authorized them to obtain the information.

# Account Ownership

## Some General Terms

When you open an account, we may rely on information you give us and we maintain in our records. We determine the type and ownership of the account from this information. When you ask us to make a change to this information or your account, and we agree to the change, the change is not effective until we have had a reasonable time to act on the new information. As an example, if you ask us to change the signers on your account, your requested change is not effective until we have a reasonable time to act on it. If we ask you to give us additional documents or information, and you do not do so promptly, we may close your account.

When we accept a deposit to an account or permit a withdrawal or payment from an account, we may rely upon the form of the account and the terms of this Agreement at the time we process the transaction. We do not have to inquire about the source or ownership of any funds we receive for deposit or about the application of any withdrawal or payment from an account. When we permit a withdrawal or payment from an account at the request of any signer, or the agent of any signer, in accordance with the terms of this Agreement, the withdrawal or payment is a complete release and discharge of the Bank from all claims regarding the withdrawal or payment.

If you instruct us to open an account in the names of two or more people, and we do so, but later determine that one or more of them have not completed our account opening documents or other requirements, you agree to hold us harmless for reliance on your instruction. We may in our discretion for all purposes and circumstances (including determining ownership of the account following the death of any person in whose name the account was opened) either treat the account as being owned by all persons in whose names the account was opened or treat the account as being owned solely by the persons who have signed or completed our account opening documents or other requirements. If we treat the account as owned by all persons in whose names the account was opened, we may permit the non-signing person to withdraw funds or take other action on the account without any liability to you.

We may open an account without regard to whether you are married and without regard to whether the funds on deposit are your community or separate property. We may require you to close the account in order to remove a co-owner, terminate a joint ownership or change a payable on death or trust designation.

## Some Basic Terms for Joint Accounts

If more than one person's name appears in the title of an account without a fiduciary, beneficiary or other designation, then the account is a joint account. All persons whose names appear on the account are co-owners of the account, regardless of whose money is deposited in the account.

Each co-owner acts as the agent of each other co-owner. Each co-owner authorizes each other co-owner to operate the account without the consent or approval of any other co-owner. We may

act and rely on the instructions of one co-owner without liability to any other co-owner. So as examples, one co-owner may without the consent or approval of the others:

- add additional persons as co-owners;
- deposit funds and withdraw or transfer part or all of the funds in the account;
- endorse for deposit to the joint account on behalf of any other co-owner an item payable to another co-owner;
- instruct us to stop payment on a check or other item that another co-owner wrote on the account;
- obtain an ATM card or a debit card;
- draw upon an overdraft or other line of credit connected to the account;
- obtain information about the account, including transactions conducted by other co-owners;
- pledge the account as security for any debts; and
- close the account.

Each co-owner is jointly and severally liable to us for all fees, charges and other amounts owed to us on, and all costs, losses and liabilities related to, this Agreement or the account. Note that our right of setoff described in the *Right of Setoff* section of this Agreement applies to joint accounts.

All joint accounts are presumed to be joint accounts with the right of survivorship, unless the applicable state law does not permit this presumption or we have agreed with you in writing that the account is owned in another capacity. **Right of survivorship means that when a co-owner dies, the funds in the account belongs to the surviving co-owner(s),** subject to our right to charge the account for any amount the deceased co-owner or a surviving co-owner owes us. The rights of survivorship continue between surviving co-owners and we may pay the funds in the account to any surviving co-owner. The applicable state law may impose requirements that must be met to create a joint account with right of survivorship. You are solely responsible for meeting these requirements.

## Some Basic Terms for "Payable on Death" Accounts

For an individual or joint account, you may choose to make your account payable on your death to one or more payable on death ("POD") beneficiaries. You can make your account a POD account by instructing us to list each POD beneficiary on the account and complying with the applicable state law. The applicable state law usually imposes requirements that must be met to create a POD account. As an example, you may have to include certain words or letters in the account title to create a POD account, such as: "payable on death," "POD," "in trust for," "ITF," "as trustee for," "ATF," "transfer on death," "TOD," or "Totten Trust." You are solely responsible for meeting these requirements. We may treat an account which names a POD beneficiary as a POD account. However, if the applicable requirements are not met, we may treat your account as though there is no POD beneficiary.

During your lifetime, a POD account belongs to you. You may close the account, remove or add one or more POD beneficiaries, change the account type or ownership, and withdraw all or part of the funds in the account. When the account owner or last co-owner dies, we may pay any funds remaining in the account to the then surviving (if any) POD beneficiary(ies), subject to our right to charge the account for any amount a deceased owner, co-owner or POD beneficiary owes us. We may distribute the account balance, subject to any bank claims, to such beneficiaries payable to one or all surviving beneficiaries jointly, or payable individually, in equal shares, to each surviving beneficiary. A POD beneficiary does not acquire an interest in the account until after the death of the account owner or the last co-owner. A POD beneficiary may acquire an interest in the account at that time but only if the POD beneficiary is alive.

## Some Basic Terms for Business and Other Non-Personal Accounts

If the account owner is a corporation, unincorporated association, limited liability company, limited liability partnership, fiduciary, partnership, sole proprietorship or other entity holding an account in any capacity other than an individual capacity, each person signing the signature card or completing other account opening requirements represents and agrees that they:

- are fully authorized to execute all documents or otherwise complete our requirements in their stated capacity;
- have furnished all documents or other information necessary to demonstrate that authority; and
- will furnish other documents and complete other requirements as we may request from time to time.

We may refuse to recognize any resolution affecting the account that is not on our form or that appears to us to be incomplete or improperly executed.

## Transferring Ownership

Your account is for your use only. It is non-transferable and non-negotiable. Ownership of your account is transferable only on our records with our consent.

- You may not grant, transfer or assign any of your rights to your account without our written consent.
- Even if we consent, we may require that you close the account and that the new account owner open a new account in their name.
- We may refuse to acknowledge or accept your attempted pledge or assignment of your account or any interest in it, including a notice of security interest.

## Special Provisions for Pass-Through Accounts

If you have opened a deposit account on behalf of the beneficial owner(s) of the funds in the account (for example as a trustee, agent, nominee, guardian, executor, conservator, custodian, or in some other capacity for the benefit of others) those beneficial owners may be eligible for "pass-through" insurance coverage from the FDIC in the event of Bank failure. FDIC "pass-through" deposit insurance is federal deposit insurance coverage that applies to the interests of owners or beneficiaries. This means the account could qualify for more than the standard maximum deposit insurance amount ($250,000 per depositor in the same ownership right and capacity).

**In the event of Bank failure, you agree to:**

- Cooperate fully with us and the FDIC in connection with determining the insured status of funds in such accounts at any time;
- Provide the FDIC with the information described below in the required format promptly; and
- Submit claims for pass-through insurance to the FDIC through an alternative recordkeeping process.

The FDIC has published a guide and an Addendum to the guide, Section VIII, explaining the requirements for following this process, including the type of information you, as the account holder, must keep regarding the beneficial owners of the funds, as well as the format and process you must follow for submitting those records to the FDIC in the event of Bank failure. The guide and the Addendum can be accessed on the FDIC's website at https://www.fdic.gov/deposit/deposits/brokers/part-370-appendix.html. You have an opportunity to validate your capability to deliver the required information in the appropriate format so that a timely calculation of deposit insurance coverage can be made.

In the event that the bank fails, the FDIC would be appointed as receiver and a hold would be placed on your account so that the FDIC can conduct the deposit insurance determination; that hold will not be released until the FDIC obtains the necessary data to enable the FDIC to calculate the deposit insurance. You understand and agree if you do not provide the necessary data to the FDIC in a timely manner, it may result in a delay in receipt of insured funds and legal claims against you from the beneficial owner(s) of the funds in the account. Notwithstanding other provisions in this Agreement, this section survives after the FDIC is appointed as our receiver and the FDIC is considered a third party beneficiary of this section.

# Checking and Savings Accounts

## Types of Accounts

We offer several different types of checking and savings accounts for personal and business customers.

- The *Personal Schedule of Fees* describes our personal accounts and lists applicable fees.
- The *Business Schedule of Fees* describes our business accounts (other than Commercial accounts) and lists applicable fees.

## Eligibility for NOW Accounts

NOW accounts are commonly called interest checking accounts. Federal law provides that NOW accounts may only be opened and used by the following customers:

- individuals (including sole proprietors),
- certain nonprofit organizations,
- federal, state or local governmental entities, and
- fiduciaries (such as a bank trust department) where one or more individuals hold the entire beneficial interest in the funds.

If we believe that you are not eligible to own a NOW account, we may either close the account or convert it to another type of account. When we refer in this agreement to checking accounts, the reference includes NOW accounts.

## Demand Deposit Accounts

Demand deposit accounts are commonly called checking accounts. All types of customers can open a demand deposit account. Most demand deposit accounts do not earn interest.

When we refer in this agreement to checking accounts, the reference includes demand deposit accounts.

## How We Calculate Interest on Interest Bearing Checking and Savings Accounts

If you have an interest bearing checking or savings account, then please note the following.

- Your funds earn a variable rate. Your interest rate and annual percentage yield ("APY") may change. At our discretion, we may change the interest rate for your account at any time without notice or limit.
- We compound and credit interest to your account monthly.
- We use the daily balance method to calculate the interest on your account. The daily rate is 1/365 — or in a leap year we may use 1/366 — of the interest rate.

- For personal checking accounts and personal and business savings accounts, the daily balance method applies a daily periodic rate to the collected balance in the account each day.

- For business checking accounts, the daily balance method applies a daily periodic rate to the collected balance in the account each day (less an amount that we determine applies for reserves applicable generally to transaction accounts under the rules of the Federal Reserve).

- For Public Service Trust Accounts, the daily balance method applies a daily periodic rate to the collected balance in the account each day (less an amount that we determine is required to offset service charges).

- When you deposit a non-cash item (such as a check), interest begins to accrue on the non-cash item no later than the business day on which we receive credit for the non-cash item.

Some checking and savings accounts do not earn interest. The checking and savings accounts that earn interest are described in the *Schedule of Fees* as interest bearing accounts. Other checking and savings accounts do not earn interest. We pay interest only in whole cents.

We set interest rates at our discretion. We may set the interest rate based on a specific account, customer, customer relationship, or based on the location or channel through which we open the account.  This means that the interest rate and APY we offer on the same type of account may be higher or lower based on these factors. For example, an account opened through our Online Banking channel may earn a different rate (either higher or lower) than the same type of account opened in a financial center or by mail.

We may also offer interest rate bonuses and other special promotions based on these factors. Interest rate bonuses and other special promotional offers may not apply to all accounts, customers, customer relationships, locations or methods of account opening.

When we consider your customer relationship with us, that may include whether you have other accounts with us, your balances with us in your other accounts and how you use services that we offer with accounts.

You may obtain current interest rates for your account by calling us at the number for customer service on your statement or by asking a financial center associate.

**Balance Tiers** The daily interest rate we pay on some accounts depends on the tier into which the balance in the account falls. A tier is a range of account balances. If you have one of these accounts, your balance earns the interest rate and APY in effect that day for the balance tier associated with your end-of-day balance. We may set the rate for each tier in any amount. The interest rate for one tier may be the same rate, or a higher or lower rate, than the rate for a lower tier. We may change the tiers that apply to an account at any time without notice. Different tiers apply to different types of accounts.

## Combined Balance Service

With some checking accounts you can designate your checking account as your primary checking account and then link many of your other accounts to it for pricing. When you link another account for pricing, you can use the balances in the other account to help you meet the combined balance required to avoid the monthly maintenance fee on your primary checking account. The *Schedule of Fees* lists the required combined balance for each checking account to which the service applies and the types of accounts that can be linked for pricing.

You must tell us what other accounts you want us to link to your checking account for pricing. We do not link your other accounts for pricing unless you tell us to do so. To determine what accounts are linked for pricing, please call us.

When an existing account is closed and a new account is opened to replace the existing account, we do not automatically link the new account to your checking account for pricing, even if the existing account was linked. You must tell us to link the new account for pricing.

When we calculate a balance or combined balance, we may ignore accrued interest, funds subject to a hold of any type, and each loan or line of credit that is in default. For each linked account, the period of time that we use as the basis for calculating the balance, and the day that we use to determine the balance, in the linked account may be different from the statement cycle for the primary checking account.

You still need to meet the balance requirements, if applicable, in each linked account to avoid the monthly maintenance fees on those accounts.

You understand that the statement for your primary checking account may include information about each linked account, including the account name, number and balance. We may make this information available to each owner and signer of any linked account. We may also send you a single combined statement that reports activity for your checking account and each deposit account linked to that account, instead of separate statements for each account. See *Combined Statements* in the *Statements and Notices* section.

## Limits on Linking Accounts

Some restrictions apply to what accounts can be linked to checking for pricing, including the following. You may only link an account to one checking account at a time. At least one of the owners of the linked account must also be an owner of the checking account. You may not link personal and business accounts together. You may not link a loan or line of credit that is in default.

We may in our discretion place other restrictions on what accounts can be linked.

## Limits on Withdrawals and Transfers from Savings Accounts

This Agreement imposes limits on the number of certain types of withdrawals and transfers you can make each month from a savings account. Please note that these limits do not apply to withdrawals and transfers you make at one of our financial centers, by mail or at an ATM.

You can make no more than a total of six transactions each monthly statement cycle (or each month if you have a quarterly statement cycle) from among the following:

- Preauthorized transfers from your savings account (including transfers for overdraft protection).

- Telephone transfers or other electronic transmissions from your savings account.

- Online Banking and Mobile Banking transfers or bill payment transfers from your savings account.

- Transfers by check, draft or debit card, if allowed on your savings account.

We count a transaction on the date that we post it to your savings account. This date may be different from the date you authorize, transfer or write the transaction, which means a transaction made during one statement cycle may not be counted until a later statement cycle.

If you exceed the transaction limits on more than an occasional basis, we may revoke your privileges on that account or we may convert your savings account to another type of account, such as a checking account. Your funds may no longer earn interest after we convert your account.

When you use our Online Banking bill payment service, we recommend that you do not use a savings account as your bill payment account because of these limits on transfers.

Note: Even if you make no more than 6 transactions, a fee may still apply to some withdrawals or transfers. Please see the *Schedule of Fees* for your account.

## Uniform Transfers/Gifts to Minors Act (UTMA/UGMA) Accounts

If you are the custodian of an account opened under the Uniform Transfers to Minors Act (UTMA) or the Uniform Gifts to Minors Act (UGMA), you agree to comply with all requirements of the applicable UTMA or UGMA law, including but not limited to your requirement to (i) expend the UTMA or UGMA assets only for the use and benefit of the minor named on the account (the "Minor") and (ii) upon the earlier of the Minor reaching the applicable termination age or the Minor's death, transfer the account assets to the Minor or to the Minor's estate as appropriate.

The Bank shall have no responsibility to ensure that you properly perform your duties as custodian. All funds deposited in the UTMA or UGMA account irrevocably become the property of the Minor, but the custodian is to manage these funds for the Minor's benefit until the Minor reaches the termination age, under applicable state law.  At that time, the custodian is responsible for distributing the funds to the Minor.

Only one custodian and one minor are allowed per account. Applicable law imposes certain fiduciary and record-keeping obligations on the custodian and further requires that interest earnings are reported to the IRS under the Minor's Social Security number.

As the custodian, you agree that once the Bank has reason to believe that the Minor has reached the termination age under applicable law, the Bank may, but is not obligated to, take any or all of the following actions with respect to the UTMA or UGMA account without further consent or direction from you:

- Limit access to the UTMA or UGMA account;
- Prohibit further deposits into the UTMA or UGMA account;
- Restrict withdrawals or transfers from the UTMA or UGMA account other than by or to the Minor;
- Communicate with the Minor or the Minor's legal representative regarding the account including, but not limited to, providing periodic account statements and tax statements to the Minor or Minor's legal representative;
- Accept direction from the Minor with respect to the UTMA or UGMA account; and
- Deliver UTMA or UGMA account assets to the Minor.

# Time Deposit or CD Account

When you open a time deposit account, you agree to leave your funds in the account until the maturity date of the account. We often refer to a time deposit account as a "CD" or a "Certificate of Deposit", even though we do not issue a "certificate".

This Agreement applies to CDs you open under your Individual Retirement Account (IRA) plan. Please see the *Traditional/Roth Individual Retirement Custodial Accounts and Disclosure Statements* for additional terms of this plan.

A time deposit account is neither transferable nor negotiable.

## Types of CDs

We offer several different types of CDs for personal and business customers.

The *Personal Schedule of Fees* describes our personal CDs.

The *Business Schedule of Fees* describes our business CDs.

## How we Calculate Interest on CDs

Your funds earn interest during the term of the time deposit account. We calculate interest as follows:

- Time deposits earn interest at a fixed rate except for Opt-Up® CDs and Variable Rate IRAs. Fixed rate means that the interest rate that we apply to your account on the day we open it will not change for the term of the account.
- For an Opt-Up CD, your interest rate and annual percentage yield may change. The interest rate that we apply to it on the day that we open your Opt-Up CD remains fixed throughout the term of your Opt-Up CD unless you exercise your one time option to reset the interest rate. This reset option is described in the *Schedule of Fees*.
- For a Variable Rate IRA, your funds earn a variable rate. Your interest rate and annual percentage yield may change. At our discretion, we may change the interest rate for your account at any time without notice or limit.
- For terms of 27 days or less, we credit interest to your account at maturity. For terms of 28 days or more, we compound interest monthly and we credit interest to your account monthly and at maturity or disburse it to you according to the interest disbursement option you select.
- We use the daily balance method to calculate the interest on your account. This method applies a daily periodic rate to the ledger balance that we determine is in the account each day. The daily rate is 1/365 — or in a leap year we may use 1/366 — of the interest rate.
- When you deposit a non-cash item (such as a check), interest begins to accrue on the non-cash item on the business day the deposit is received. Deposits you give us on a weekend or bank holiday are treated as received the next business day.
- The annual percentage yield for your account assumes that interest will remain on deposit until maturity. A withdrawal will reduce earnings.

We generally set interest rates for new time deposit accounts based on the type of CD, the amount you deposit, and the term you select. We set interest rates at our discretion. Rates for new accounts may change daily. We pay interest only in whole cents.

We may also set interest rates based on a specific account, customer, customer relationship or based on the location or channel through which we open the account. This means that the interest rate and APY we offer on the same type of CD may be higher or lower based on these factors. For example, a CD opened through our Online Banking channel may earn a different rate (either higher or lower) than the same type of CD opened in a financial center. We may also offer interest rate bonuses and other special promotions based on these factors. Interest rate bonuses and other special promotional offers may not apply to all accounts, customers, customer relationships, locations or methods of account opening.

When we consider your customer relationship with us, that may include whether you have other accounts with us, your balances with us in your other accounts and how you use services that we offer with accounts.

You may obtain current rates by calling us at the number for customer service on your statement or by asking a financial center associate.

## Disbursing Interest

You may choose to have us credit your interest to your account. With this option, we reinvest the interest in your account monthly and at maturity.

Alternatively, you may have us regularly disburse the interest from your account by having us credit the interest to a Bank of America checking or savings account or by having us mail a check for the interest.

Depending on the term of your account, disbursement options include monthly, quarterly, semi-annually, annually on the anniversary date, and at maturity.

## CDs That Automatically Renew

Unless your account information states that your time deposit does not automatically renew, we automatically renew your account by reinvesting your funds. For business CDs, you must notify us of any change in controlling manager and/or equity ownership of your business. We reinvest both principal and interest, unless you elected to have your interest disbursed. (See *Disbursing Interest* in this chapter.)

When we automatically renew your CD, the term for the reinvested CD is the same length as the previous term of your account unless we notify you that we are changing the term of the CD. For time deposits with a fixed interest rate, the interest rate and APY for any renewal term is based on the rate we offer on the first day of the new term for the type of CD, amount and term of the reinvested deposit. Unless specifically stated otherwise, any bonus or special promotion we are offering will not apply to automatically renewing accounts.

If at any maturity date we no longer offer time deposit accounts of the same term and type, we may reinvest your funds in a time deposit that we believe offers similar features.

## CDs That Do Not Automatically Renew

Some time deposit accounts do not automatically renew. If your account information states that your time deposit does not automatically renew, then your account does not earn interest after its maturity date.

## Grace Period

The grace period begins on the first day after the maturity date. The grace period is one calendar day for terms of seven through 27 days and seven calendar days for terms of 28 days or more. You may make a deposit or withdrawal, or change the length of the term, once during the grace period and, if you take one of these actions, the grace period ends on that day. If the last day of the grace period is a non-business day (a weekend or bank holiday), then the grace period ends on the last business day before that non-business day. We may pay interest during the grace period based on the rate we offer on the first day of the new term for the type of CD, amount, and term of the deposit.

## Deposits to a CD

You may make an additional deposit to your account during its grace period. Otherwise, for all CDs except Variable Rate IRAs you may not make deposits during the term of the CD.

You may not make a deposit to a time deposit account by wire or automated clearinghouse (ACH) transfer.

## Early Withdrawals

You have contracted to keep your funds on deposit for the stated term. You may not withdraw all or part of a time deposit account except as provided in this Agreement.

At our discretion, we may allow you to withdraw all or part of your funds at times other than the grace period. We generally withdraw interest before principal. Each time we permit you to make an early withdrawal of principal, we may charge you an early withdrawal penalty. If your account has not earned enough interest to cover an early withdrawal penalty, we deduct any interest first and take the remainder of the penalty from your principal.

We calculate all early withdrawal penalties on the principal amount withdrawn at the interest rate in effect on the account on the withdrawal date. The early withdrawal penalty is:

- For CDs with terms of less than 90 days, the greater of all interest earned on the amount withdrawn or an amount equal to seven days interest on the amount withdrawn;
- For CDs with terms of 90 days up to 12 months, the penalty is an amount equal to 90 days interest on the amount withdrawn;
- For CDs with terms of 12 months up to 60 months, the penalty is an amount equal to 180 days interest on the amount withdrawn; and
- For CDs with terms of 60 months or longer, the penalty is an amount equal to 365 days interest on the amount withdrawn.

Please note that the term of a CD is the specified period of time you agreed to leave your funds on deposit – not the time remaining until maturity of your CD.

We add to the early withdrawal penalty the amount of any cash bonuses we paid you when you opened or reinvested the account.

If we are required to pay an amount from your CD (e.g. levy or garnishment), we may charge you an early withdrawal penalty, calculated on the amount withdrawn from the CD.

An early withdrawal from an IRA may also be subject to additional federal tax (and possibly additional state and local taxes) if you are under age 59 1/2.

## Closing or Redeeming a CD

We may close or redeem an automatically renewable account at the end of the term. You may close or redeem your account during its grace period.

# Information About Fees and Charging Your Account

## Fees

You agree to pay for our services in accordance with the fees that apply to your account and your deposit relationship with us.

**Account Fees** Your account is subject to the fees described in the *Schedule of Fees* that applies to your account.

- The *Personal Schedule of Fees* lists account fees that apply to our personal deposit accounts.
- The *Business Schedule of Fees* lists account fees that apply to our business deposit accounts (other than Commercial accounts).
- The schedule that applies to your account is part of the binding contract between you and us.

The fees for many of our products and services may vary from state to state or between regions within a state. We charge account fees to you based on the state or region in which the financial center where we maintain your account is located. Account fees are not based on your state of residence or the state where you use or purchase the service. Your account fees and terms may differ from those of other customers with the same type of account, based on our assessment of your overall relationship with us.

**Fees for Other Services** In addition to checking, savings and CD accounts we also offer many other services, such as wire transfers, cashier's checks and bond redemption. You can get current information about these services and the fees that apply to them at a financial center or by calling us at the customer service number shown on your account statement. We may occasionally list fees for some of these services in the *Schedule of Fees*. Fees for these services may vary from state to state. The fees you pay for these services are those charged by us in the state where we sell you the service. We may change these fees at any time without notice.

**How We Set Fees** We set our fees based on many factors, including the value we offer, our competitive position, deterrence of misuse of an account by our customers, consideration of profit and the safety and soundness of the Bank. We may also consider costs in setting fees, but we do not set our fees based only or primarily on the direct or overall costs and expenses associated with providing the particular account or service involved.

**Calculating Balances** When we calculate an account balance or combined balance to determine whether a fee applies to your account, we may use the balance that we determine is in each account. We may ignore accrued interest and funds subject to a hold of any type. For a balance in an account linked to a checking account, the period of time that we use as the basis for calculating the balance, and the day that we use to determine the balance, in the linked account may be different from the statement cycle for the primary checking account. If a loan or line of credit is linked, we may ignore each loan or line of credit that we determine is in default.

## Charging an Account

We may deduct fees, overdrafts and other amounts you owe us under this Agreement from your accounts with us or our affiliates, except that this provision does not apply to any consumer credit covered by the federal Truth in Lending law. We may make these deductions at any time without prior notice to you or request from you. If there are not enough funds in your account to cover the amounts you owe us, we may overdraw your account, without being liable to you. You agree to pay immediately all fees, overdrafts and other amounts you owe us.

We may use deposits you or others make to your account (including deposits of payroll and government benefits) to pay fees, overdrafts and other amounts you owe us.

Some government payments (such as Social Security, Supplemental Security Income, Veterans and other federal or state benefits) may be protected from attachment, levy, garnishment or other legal process under federal or state law. If such protections would otherwise apply to deductions we make for amounts you owe us, to the extent that you may do so by contract, you waive these protections and agree that we may use these funds to pay fees, overdrafts and other amounts you owe us under this Agreement.

Please see the *Right to Setoff* section of the Agreement for more information.

# Insufficient Funds — Overdrafts and Returned Items

You can avoid fees for overdrafts and declined or returned items by making sure that your account always contains sufficient available funds to cover all of your transactions. We offer services that you can use to help you manage your account and help you avoid overdrafts, such as our Online Banking service and Online Alerts. Please see *How to Get Started* section in the *Introduction*.

We recommend that you enroll in one of the optional Overdraft Protection plans described below. These plans can help you avoid overdrafts and declined or returned items. While fees apply when you use an Overdraft Protection plan, the fees under the plan may be less expensive than the fees for overdrafts and declined or returned items.

## Overdrafts and Declined or Returned Items

When we determine that you do not have enough available funds in your account to cover a check or other item, then we consider the check or other item an insufficient funds item. If you have enrolled in one of the optional Overdraft Protection plans and have enough available funds in the linked account under the Overdraft Protection plan, we transfer funds to cover the item. Otherwise, without notice to you, we either authorize or pay the insufficient funds item and overdraw your account (an overdraft item) or we decline or return the insufficient funds item without payment (a returned item).

We pay overdrafts at our discretion, which means we do not guarantee that we will always, or ever, authorize and pay them. If we overdraw your account to pay items on one or more occasions, we are not obligated to continue paying future insufficient items. We may pay all, some, or none of your overdrafts, without notice to you. If we do not authorize and pay an overdraft, then we decline or return the transaction unpaid.

The *Schedule of Fees* for your account explains when we charge you fees for overdrafts and for declined or returned items and the dollar amount of the fees. Please review the *Schedule of Fees* for your account carefully.

If we overdraw your account, you agree to repay us immediately, without notice or demand from us. We ordinarily use deposits you or others make to your account to pay overdrafts, fees and other amounts you owe us.

## Impact of Holds

Sometimes funds in your account are not available to cover your checks and other items. When we determine that funds in your account are subject to a hold, dispute, or legal process, then these funds are not available to cover your checks and other items. We usually make this determination once at the end of the day when we process items. As examples of holds, holds include deposit holds, holds related to cash withdrawals, and authorization holds we place on the account for debit card transactions.

Debit card transactions and related authorization holds may impact your available balance. It is important to know that your available funds may change between the time you authorize a transaction and when the transaction is paid. When you use your debit card you authorize the merchant with whom you use your card or to whom you previously provided your information to ask Bank of America to approve the transaction you want to make. At this time, in order for the transaction to go through, we must promise the merchant to pay for the purchase upon the merchant's request.

A hold immediately reduces the amount of available funds in your account by the amount of the authorization request. If, while the hold is in place, you do not have enough available funds in your account to cover other transactions you may have conducted (such as a check you previously wrote), those items may overdraw your account or be returned unpaid. This may result in an overdraft fee on the debit card transaction if this happens. In most cases, the hold expires when the transaction is paid.

The amount being held is not applied to the debit card transaction or to any specific transaction. If the hold expires and the transaction has not been paid, the amount being held is returned to your available funds. After the hold expires, we determine whether you have sufficient funds available to pay the debit card transaction. If you do not have sufficient funds, the debit transaction will cause you to overdraw and, if it is a recurring transaction, may incur an overdraft fee. This can occur even if your account did have sufficient available funds when the merchant requested authorization.

Your debit card transaction is paid when the merchant presents it to Bank of America for payment – that is, when the merchant asks us to transfer the funds from your account to the merchant. It is important to note that authorization and payment of debit card transactions do not occur simultaneously – there can be days between.

If other account activity has caused the funds available in your account to drop below zero before the debit card transaction is paid, you may no longer have sufficient funds to pay the merchant. If that occurs the debit card transaction will overdraw your account because we must honor the promise to pay the merchant. You may incur an overdraft fee when this happens.

Here is an example of how that may happen: On Monday we authorize a debit card transaction because you have enough available funds at the time. A hold is then placed on your funds until the merchant presents the transaction for payment. On Tuesday we process and post another transaction (such as a check you wrote) that reduces your available funds below zero. If the merchant presents the original debit card transaction for payment on Wednesday, and your available funds are now below the amount needed to pay the transaction, the debit card transaction will overdraw your account and you may incur an overdraft fee.

We may also treat as an insufficient funds item each fee that creates an overdraft and each deposited item returned to us unpaid that creates an overdraft.

For some business accounts, when your account is overdrawn, we also charge you interest on the overdraft amount. Please see the *Schedule of Fees* for your account.

*What are "items"?* Items include all orders and instructions for the payment, transfer, or withdrawal of funds from your account. As examples, item includes a check, draft, image, substitute check, everyday non-recurring debit card transaction, recurring debit card transaction, ACH transaction, ATM transaction, preauthorized payment, automatic transfer, telephone-initiated transfer, Online Banking transfer or bill payment instruction, withdrawal slip, and in-person payment, transfer or withdrawal instruction. For more examples, please review the definition of items in the *Explanation of Some Terms* section.

*What are everyday non-recurring debit card transactions and what are recurring debit card transactions?* Everyday non-recurring debit card transactions are usually purchases made with your debit card or debit card number on a one-time or day-to-day basis. As examples, you use your debit card for purchases of groceries, gas, or coffee in the morning. Recurring debit card transactions are usually transactions that you set up to occur automatically, such as automatic bill payments. As examples, you give merchants your debit card number to use for rent, mortgage, car, or utility payments. We rely on the merchant that processes the transaction to determine if it is a recurring transaction or an everyday non-recurring transaction.

## Personal Accounts - Overdraft Practices and Settings

We automatically apply our standard overdraft practices to personal checking accounts, unless otherwise disclosed. We refer to this as our Standard Overdraft Setting. For some personal checking accounts, we offer an optional Decline All Overdraft Setting. The Decline All Overdraft Setting is automatically applied to personal savings accounts and may not be changed to the Standard Overdraft Setting.

*With our Standard Overdraft Setting*, we do not authorize overdrafts for everyday non-recurring debit card transactions and ATM transactions. This means that we decline everyday non-recurring debit card transactions and ATM transactions when we determine that at the time of the transaction you may not have enough available funds in your account (or in any applicable Overdraft Protection plan) to cover the transaction. There is an exception for some ATM withdrawals. We may occasionally give you the opportunity at our ATMs to agree to our overdraft practices for a specific ATM withdrawal and, if you agree, we authorize and pay that ATM withdrawal. Please note that overdraft fees can apply to these withdrawals. We tell you at our ATM when this is available. With this overdraft setting, we may authorize and pay overdrafts for other types of transactions. Other types of transactions include checks and other transactions made using your checking account number, recurring debit card transactions, ACH transactions, preauthorized payments, and automatic and online bill payments. For more examples of other transactions, please review the definition of items.

*Optional Decline All Overdraft Setting.* This is an optional overdraft setting offered on some personal checking accounts that you can ask us to apply. With the Decline All Overdraft Setting we decline everyday non-recurring debit card transactions and ATM transactions when we determine that at the time of the transaction you may not have enough available funds in your account (or in any applicable Overdraft Protection plan) to cover the transaction. In addition we do not authorize or pay any transaction, including recurring debit card transactions, checks and ACH transactions unless we determine that at the time of the transaction you appear to have enough available funds in your account (or in any applicable Overdraft Protection plan) to cover the transaction. This means that if you ask us to apply the Decline All Overdraft Setting to your account, you are telling us to decline or return these transactions unpaid. Please note that returned item fees can apply to declined or returned transactions. You may also incur fees from third parties when these transactions are declined or returned.

We may also apply the Decline All Overdraft Setting to accounts at our discretion and to accounts with excessive overdrafts.

*With either overdraft setting*, your account might still become overdrawn. Please see the *Impact of Holds* section for an example of how this could occur.

*With either overdraft setting*, you may still incur fees for overdrafts and declined or returned items. Please review the *Schedule of Fees* for your account carefully.

## Business Accounts - Overdraft Practices and Settings

We automatically apply our standard business overdraft setting to business checking accounts. With our standard business overdraft setting, we may occasionally authorize and pay overdrafts for all types of transactions. For some business checking accounts, we offer an optional Decline All Overdraft Setting that you can ask us to apply to your account. The Decline All Overdraft Setting is

automatically applied to all business savings accounts and may not be changed to the standard business overdraft setting. With the Decline All Overdraft Setting, we decline everyday non-recurring debit card transactions and ATM transactions when we determine that at the time of the transaction you may not have enough available funds in your account (or in any applicable Overdraft Protection plan) to cover the transaction. In addition we do not authorize or pay any transaction, including recurring debit card transactions, checks and ACH transactions, unless we determine that at the time the transaction is presented to us you appear to have enough available funds in your account (or in any applicable Overdraft Protection plan) to cover the transaction. This means that if you ask us to apply the Decline All Overdraft Setting to your account, you are telling us to decline or return these transactions unpaid. Please note that returned item fees can apply to declined or returned transactions. You may also incur fees from third parties when these transactions are declined or returned.

We may also apply the Decline All Overdraft Setting to accounts at our discretion and to accounts with excessive overdrafts.

*With either overdraft setting*, your account might still become overdrawn. Please see the *Impact of Holds* section for an example of how this could occur.

*With either overdraft setting*, you may still incur overdrafts and fees for overdrafts and declined or returned items. Please review the *Business Schedule of Fees* for your account carefully.

## Posting Orders

We determine the order in which we process and post deposits and other credits and checks and other items to your account. We may pay or authorize some items, and decline or return others, in any order we deem appropriate. When you do not have enough available funds to cover all of the items presented that day, some processing and posting orders can result in more insufficient funds items and more overdraft and returned item fees than other orders. We may choose our processing and posting orders regardless of whether additional fees result.

Please see the *Processing and Posting Orders* section for more information.

## Occurrences

An "occurrence" is a day during which your account has at least one overdraft item or returned item. If we transfer your account to another financial center or convert it to a different type of account, your record of overdraft items and returned items continues to apply.

## Overdraft Protection Plans

Beginning on June 18, 2021, eligible deposit accounts opened in certain states may have the ability to enroll in multiple Overdraft Protection plans and link multiple accounts for overdraft protection. This functionality is not available for all accounts.

We recommend that you enroll in one of the optional Overdraft Protection plans described below to help protect your account from overdrafts and declined or returned items. You can enroll most checking accounts and money market savings accounts in these plans. Effective Aug. 20, 2021, money market savings accounts will not be eligible to be enrolled in these plans to receive overdraft protection funds, but can still be linked to provide overdraft protection funds. The fees under these plans may be less expensive than the fees for overdrafts and returned items.

Please review the *Schedule of Fees* for your account carefully, which explains the fees and other charges that apply to Overdraft Protection plans.

Please note the following:

- Some of these Overdraft Protection plans are not available in all states.
- Some accounts are not eligible for these plans. Please ask us whether your account is eligible.
- Overdraft protection funds may not be transferred to your checking account on the same day as the covered item(s) is posted.
- Under some plans a minimum transfer amount is required. If the minimum transfer amount required is not available from the account linked for overdraft protection, the transfer might not take place.
- For an account to be linked to your account for overdraft protection, the linked account must share at least one owner with your account.  By linking a Bank of America deposit, credit card, or line of credit account to your account for overdraft protection through the plans described below, you authorize us to automatically transfer funds from the linked account(s) to cover an item or items and any applicable transfer fee(s). In addition, when you have us link an account solely owned by you to an account you own jointly, you authorize us to share information about your solely owned account with each joint-owner of the other linked account, such as type of account and account number.

Certain other restrictions apply. We reserve the right to cancel an Overdraft Protection plan at any time for any reason.

**Overdraft Protection from Another Deposit Account** This plan links your account (covered account) to another eligible Bank of America deposit account (linked deposit account) for overdraft protection. The linked deposit account can be another checking account or a savings account.

When you do not have enough available funds in the covered account to cover an item, we may automatically transfer funds from the available balance in your linked deposit account to the covered account. We generally charge a single overdraft protection transfer fee any day a transfer is made to a given covered account, regardless of the number of items covered or whether funds are transferred/advanced from multiple accounts. The amount of the transfer may include the amount of any applicable overdraft protection transfer fee charged to the covered account. If you use your savings account for this service, each transfer from that savings account counts as one of the six limited transactions you are allowed each month from your savings account. We will cancel this Overdraft Protection plan if your account or the linked deposit account is closed. Funds you deposit into your linked deposit account may not be available immediately for transfers.

Please see the *Schedule of Fees* for your account for more information about overdraft protection from another deposit account.

**Overdraft Protection from Your Credit Card** This plan links your account (covered account) to an eligible Bank of America credit card (linked credit card account) to your account for overdraft protection.

When you do not have enough available funds in the covered account to cover an item, we may automatically advance available funds from your linked credit card account and transfer the funds to the covered account. We generally charge a single overdraft protection transfer fee any day a transfer is made to a given covered account, regardless of the number of items covered or whether funds are transferred/advanced from multiple accounts. The amount advanced and transferred may include the amount of any applicable overdraft protection transfer fee charged to the covered account. An advance is made under, and is subject to, the terms and conditions described in the applicable credit card agreement. We ordinarily do not make an advance if you are in default under your credit card agreement or if the advance would cause you to exceed the amount of credit available for that type of transaction. As examples, we may decide not to advance funds from your credit card account if you fail to make a credit card payment by its due date or if you exceed any credit card limit on your credit card account. The funds advanced are subject to fees and finance charges under your credit card agreement.

Please see your credit card agreement for more information about overdraft protection from your credit card account.

**Overdraft Protection from Your Line of Credit** This plan links your account (covered account) to an eligible Bank of America line of credit (linked line of credit account) for overdraft protection.

When you do not have enough available funds in the covered account to cover an item, we may automatically advance funds from your linked line of credit account and transfer the funds to the covered account. We generally charge a single overdraft protection transfer fee any day a transfer is made to a given covered account, regardless of the number of items covered or whether funds are transferred/advanced from multiple accounts. The amount advanced and transferred may include the amount of any applicable overdraft protection transfer fee charged to the covered account. The advance is made under, and is subject to, the terms and conditions described in the line of credit agreement. We ordinarily make the advance as long as you are not in default under the line of credit agreement and as long as the advance does not cause you to exceed the amount of your available credit on your line of credit. The funds advanced are subject to fees and finance charges under the line of credit agreement.

Please see your line of credit agreement for more information about overdraft protection from your line of credit.

**Enrolling in Multiple Plans for Overdraft Protection** In some cases, you may be permitted to enroll in multiple Overdraft Protection plans and link up to five eligible accounts to an eligible Bank of America deposit account for overdraft protection.

When you link multiple accounts, you tell us the order in which you want accounts accessed for overdraft protection. When you link more than one account for overdraft protection and the available funds in your first linked account are not enough to cover the necessary amount including any applicable transfer fee, the next linked account(s) will transfer/advance available funds to cover the remaining amount needed to cover the necessary amount including any applicable transfer fee. Therefore, funds may be advanced/transferred from more than one linked account to cover the necessary amount including any applicable transfer fee. If your linked accounts do not have enough available funds to cover the necessary amount, we may decline to make the transfer.

# Processing and Posting Orders

## Processing Transactions and Posting Orders

Posting transactions to your account impacts your account balance. Posting a credit increases your balance. Posting a debit or hold reduces your balance. Credits include teller deposits, direct deposits and credits we make. Holds include deposit holds, debit card authorizations, and holds related to cash withdrawals and electronic transfers. Debits include withdrawals, transfers, payments, checks, one-time and recurring debit card transactions, and fees.

We use automated systems to process transactions and then to post transactions to accounts. When we process multiple transactions for your account on the same day, you agree that we may in our discretion determine our posting orders for the transactions and that we may credit, authorize, accept, pay, decline or return credits, debits and holds in any order at our option.

## Posting Orders

This section summarizes how we generally post some common transactions to your account.

We group the different types of transactions into categories. We use several different categories for holds, credits, and debits. Most categories include more than one transaction type.

After the end of the business day, our automated systems assign each transaction received for that day to a category. We generally post all transactions within a category, using the posting order or orders that apply to that category, before we post any transactions assigned to the next category.

We start with the balance in your account at the beginning of the business day, subtract holds from your balance, and make any adjustments from prior days. Next, we generally add credits to your balance and then subtract debits from your balance. Some, but not all, of our categories are shown below. For each debit category shown below, we list some common types of debits that we assign to the category and summarize how we generally post them within the category.

- We add deposits and other credits to your balance.
- Then, we subtract from your balance in date and time order the types of debits listed in this paragraph, when our systems receive date and time information. If our systems do not receive date and time information, then we subtract the remaining debits in this category from your balance in order from the highest to lowest dollar amount.

  Common debits in this category include:
    - one-time and recurring debit card transactions;
    - withdrawals made at our tellers and ATMs;
    - one-time transfers made at ATMs, through our tellers, by telephone, and through Online Banking and Mobile Banking;
    - checks you wrote that are cashed at our tellers; and
    - wire transfers.
- Then, for other checks you wrote, we subtract from your balance checks with check numbers sequentially in check number order when our systems can read the check number. Next, checks without a check number that our systems can read are subtracted in order from highest to lowest dollar amount.

  As an example, on the same business day we receive five checks that you wrote and were not cashed at a teller. Our systems can read three of the check numbers, which are #105, #112, and #115. The other two checks do not have check numbers that our systems can read. We subtract check #105 first, then #112, and then #115. Then, we subtract the two remaining checks in order from the highest to lowest dollar amount.

- Then, we subtract from your balance many other types of electronic debits in order from the highest to lowest dollar amount. These debits include: scheduled transfers, preauthorized or automatic payments that use your deposit account number (generally referred to as automated clearing house (ACH) debits), and Online Banking and Mobile Banking bill payments.
- Then, we subtract from your balance most fees (such as monthly maintenance fees, overdraft item fees, returned item fees, and ATM fees) in order from highest to lowest dollar amount. Some fees may show as "processing" until the next day.

### Changing Posting Orders

You agree that we may determine in our discretion the orders in which we post transactions to your account.

You agree that we may determine in our discretion the categories, the transactions within a category, the order among categories, and the posting orders within a category. We sometimes add or delete categories, change posting orders within categories and move transaction types among categories. You agree that we may in our discretion make these changes at any time without notice to you.

### Posting Orders Determined at End of Day

We receive credits, debits and holds throughout the day. Regardless of when during the day we receive transactions for your account, you agree that we may treat them as if we received all transactions at the same time at the end of the business day.

During the day, we show some transactions as processing. As an example, we show some transactions as processing on the Account Details screen in Online Banking. Please note that transactions shown as processing have not been posted yet. The posting order for these transactions is determined at the end of the day, with the other transactions we receive for that day.

You should note that often we do not receive debits on the same day that you conduct them. As an example, when you use your debit card to pay for a purchase at a merchant and sign for the transaction, we usually receive an authorization request from the merchant the same day, but we might not receive the final debit card transaction for payment and posting until several days later.

We generally post credits and debits to your account, and report them on your statement, in a different order than the order in which you conduct them or we receive them.

### Overdraft Fees

We generally determine at the time we post a debit to your account whether it creates an overdraft and whether an overdraft or returned item fee applies. You should note that sometimes we authorize a transaction at a time when you have enough available funds to cover it, but because other transactions post before it and reduce your balance, the transaction creates an overdraft when we post it to your account. You can avoid fees for overdrafts and returned items by making sure that your account always contains enough available funds to cover all of your transactions. When your account balance includes some funds that are subject to a hold, dispute or legal process, you should note that those funds are not available to cover your transactions.

We offer services to help you manage and keep track of your finances, such as Online Banking and Online Alerts. Please see "How to Get Started" at the beginning of this agreement.

Our posting orders can impact the number of overdraft fees we charge you when you do not have enough available funds to cover all of your transactions. When several debits arrive the same business day for payment from your account and you do not have enough available funds in your

account to cover all of the debits we receive for that day, you understand that some posting orders can result in more overdrafts, and more fees for overdraft items and returned items, than if we had used other posting orders. You agree that we may in our discretion choose our posting orders, and also change them from time to time, regardless of whether additional fees may result.

When your account balance includes some funds that are not available at the time that we post a debit, and you do not have enough available funds in your account to cover the debit, the debit results in an overdraft and we generally charge you an overdraft item fee or returned item fee for the debit. You should note that we do not show holds, or distinguish between available and unavailable funds in your account balance, on your statement so when you review your statement later, it might appear that you had enough available funds in your account to cover a debit for which we charged you a fee.

### Certain Transactions Made After Business Day Ends

During processing, we generally include in your account balance some transactions that you make after the business day cut-off, but before the end of the calendar day. These transactions are described below. This can impact fees that apply to your account. The credits can help you avoid overdrafts, returned items, and related fees. However, the debits can cause you to incur overdrafts, returned items, and related fees. You should note that we show these transactions on your statement as posting to your account on our next business day.

*Credits.* We generally add to your account balance the following credits, when the transaction occurs after the cutoff time for the business day, but during the same calendar day:

- Cash deposited at one of our ATMs or financial centers, and
- Transfers to your account from another deposit account with us made at one of our ATMs or financial centers, through Online Banking, Mobile Banking, or by calling customer service.

*Debits.* We generally subtract from your account balance the following debits, when the transaction occurs after the cutoff time for the business day, but during the same calendar day:

- Cash withdrawals made at one of our ATMs or financial centers, and
- Transfers from your account made at one of our ATMs or financial centers, through Online Banking, Mobile Banking, or by calling customer service.

# Processing Deposits and Cashed Items

We may forward deposits, cashed items and other transaction requests for an account to one of our processing centers. We may use the date that our processing center receives the transaction as the effective date of the transaction.

## Cashing Items or Accepting Items for Deposit

We may accept, accept for collection only, refuse, or return all or part of any deposit. If we accept checks or other items for deposit to your account or cash them, you are responsible for the checks and other items if there is a subsequent problem with them.

- If we cash a check or other item for you or credit it to your account and it is not paid for any reason, we may charge your account for the amount of the check or other item, even if this causes your account to become overdrawn.
- We may accept a check or other item for deposit to your account from anyone. We do not have to question the authority of the person making the deposit.
- If your account is overdrawn, we may use the deposit to pay the overdraft and any fees you owe us.
- We may adjust your account for any deposit errors, even if you have already withdrawn all or part of the deposit, though we reserve the right not to do so in every case.
- We may refuse to accept for deposit to your account items payable to another person.
- In receiving checks or other items for deposit or collection, we act only as your collecting agent and assume no responsibility beyond the exercise of ordinary care. We are not responsible for errors and delays made by others in the collection process.
- We may assess a charge for processing cash in a deposit.
- If you give us cash that we later determine to be counterfeit, we may charge your account for the amount we determine to be counterfeit.
- You will not knowingly deposit items into your account that do not have either a true original signature of the person on whose account it is drawn or an authorized mechanical reproduction of that person's signature.
- We may require ID or impose other conditions before accepting a deposit.
- An electronically created item (ECI) is an electronic image that has all the attributes of an electronic check but is not originally derived from a paper check. You agree not to deposit an ECI. You warrant that any item you deposit–including by means of mobile banking– has been created from a paper check, was authorized by the account holder, and will not be presented more than once. If you deposit or create for deposit an ECI, you agree to indemnify the Bank for any liability or loss resulting from a breach of any of these warranties and to fully reimburse the Bank for all losses incurred, including any loss due to the item not being derived from paper.

**Deposit Slips** You should always use our personalized deposit slips with your preprinted name and account number. If you use a blank deposit slip from one of our financial centers, rather than your personalized deposit slip, we are not liable to you for errors that may result from your or our hand encoding the account information.

**Checks, Cashier's Checks, and Similar Items** We cannot generally verify that checks, money orders, cashier's checks or similar items are authentic and valid at the time you ask us to cash them or accept them for deposit. If we cash, or accept for deposit, a check, money order, cashier's check or similar item and we later learn that the item is fraudulent, counterfeit or invalid for some

other reason, we may charge your account for the amount of the item. This may occur even if we previously made the funds available to you, or this causes your account to become overdrawn.

**Foreign Items** You should be especially cautious about accepting items drawn on banks located outside of the United States. See *Foreign Items and Foreign Currency.*

## Checks Lost in the Collection Process

When we cash a check for you or accept a check for deposit to your account, we are acting as your agent in collecting the check. We are not responsible if the check is lost or delayed in the collection process. We may charge your account for the amount of the check, even if this causes your account to become overdrawn, if a check is lost during the collection process or if the financial institution on which the check is drawn gives us a photocopy of the check or a debit slip representing the check.

A check that was lost may not be returned to us for some time. Despite any delay, we may charge your account when we receive either the returned check, a copy of the check, or a notice of return.

## Collection Items

We may accept certain items — such as certain securities and checks payable in foreign currencies or at foreign locations — on a collection basis only. We route and process collection items separately. We normally credit your account for collection items only after we receive payment for them. But if we do credit your account and then do not receive payment, we may debit your account for the amount of the item, even if this causes your account to become overdrawn.

We charge fees for processing collection items. Financial institutions in the collection process and the financial institution on which the collection item is drawn may also charge fees. If a financial institution requires payment of a fee before that institution will process the collection item, we may pay the fee and charge your account. A financial institution may subtract its fee from the amount of the payment we receive. You have to pay these fees even if the collection item is returned unpaid.

For our current collection fees, call us at the number for customer service shown on your statement, or ask a financial center associate.

## Demand Drafts and Remotely Created Checks

If you deposit a demand draft or remotely created check (an unsigned draft or a preauthorized draft) into your account, you warrant and guarantee that the draft or remotely created check is authorized according to the terms on its face by the person identified as drawer. You agree to indemnify us from all loss, expense and liability related to a claim that such draft or check was not authorized by the persons on whose accounts it was drawn.

## Deposit Preparation and Acceptance

Please note that we may refuse to accept deposits to consumer and business accounts by mail.

When you make deposits through our financial centers, including lobby boxes, ATMs, night depositories and other automated depositories, or by mail, we may use the method of delivery to our branch or processing center to determine when we accept the deposit, when you receive credit for the deposit, and whether deposit fees apply.

If we credit your account for a deposit and provide you with a receipt, we may use the amount shown on the deposit slip or otherwise specified by you. The amount of the credit is subject to subsequent verification by us and, after review, we may adjust your account for any errors, though we reserve the right not to do so in every case.

Any of our employees or authorized agents may open and count any deposit that a teller did not count in front of you, including coin deposits, cash deposits, and each deposit made through the mail, a lobby box, a night depository, or other automated depository. You agree not to dispute that

employee or agent's determination of the amount you delivered. The funds will be accepted for deposit after the counting has been completed and we have verified the amount, if we opt to do so. The funds will be made available to you in accordance with our funds availability schedule at that time.

If you make your deposit through a mechanical or automated depository such as an ATM or night depository, you agree to exercise due care in opening, closing and properly securing the depository.

If your deposit includes items that we do not accept for deposit, we may hold those items until claimed by you.

## Deposit Error Correction

When we accept your deposits, we may provisionally credit your account for the amount declared on the deposit slip. You must ensure that the amount declared on the deposit slip is correct even if you did not prepare the deposit slip. If later we determine that the amounts declared on the deposit slip are incorrect, we may adjust (debit or credit) your account, though we reserve the right not to do so if the error in completing the deposit slip was apparently inadvertent and is less than our standard adjustment amount. In that case, we may not adjust the deposit unless you notify us of the error within one year of the date of your periodic statement that shows the deposit. After this notice period has passed without your bringing an error to our attention, the deposit amount indicated on the statement will be considered finally settled. That is, if the actual amount deposited was less than the amount declared on the deposit slip, the difference will become your property and if the actual amount deposited was more than the amount declared on the deposit slip, the difference will become our property. We may change our standard adjustment amount from time to time without notice to you.

## Encoding Deposits

If you are a business client, you may ask us for permission to encode the MICR (Magnetic Ink Character Recognition) line of an item you deposit with us. If we permit this, you agree to follow the instructions we give you for preparing and encoding your deposits. If you make an encoding mistake that results in costs, losses or damages to us, you agree to reimburse us for our costs, losses and damages, including attorneys' fees. We may charge them to your account. We are not liable for any claims, costs, losses, or damages you may incur when you encode your own items.

If our equipment is unable to read what we consider a significant number of your encoded items, we may refuse to accept some or all of your items and we may charge you fees for each item we do accept.

You must provide us with a replacement or a copy of each original check if the deposit is lost or destroyed. We are not liable to you if you are unable to do so.

## Endorsing Checks

We may endorse and/or collect items deposited to your account without your endorsement but may, at our option, require your personal endorsement prior to accepting an item for deposit. If you deposit items which bear the endorsement of more than one person or of persons who are not signers on the account, we may refuse the item or may require you to have their endorsement guaranteed before we accept an item.

We may accept for deposit checks payable to any signer on your account when endorsed by any other signer.

When you endorse checks that you ask us to cash or deposit, you must endorse checks in the area that extends 1 1/2 inches from the trailing edge of the back of the check. You must also confine information that you place or have preprinted on the back of your checks to the same area. Otherwise, it may overlap into the area reserved for the banks' endorsements. The trailing edge is the left side of the check when you look at it from the front.

If you endorse a check outside of that area, mark or otherwise obscure the other area or a prior endorsement or make an endorsement that is illegible or incomplete, we may refuse the item or we may accept such nonconforming endorsement and you agree to hold us harmless from any loss, delay, liability, claim or damage which may arise as a result.

If it becomes necessary for us to return one of your checks, your endorsement or information placed on the back of the check may interfere with the bank endorsements and cause delays in returning the item. You are liable for and agree to reimburse us for all claims, costs, losses and damages that result from late return of a check due to material entered on the back of the check that obscured or interfered with the depository or another bank's endorsement.

## Identifying the Account for Your Deposit

You must correctly identify the account to which you want funds deposited. We may credit a deposit to an account based solely on the account number listed on the deposit slip or other instruction to credit an account, even if the name on the deposit slip or other instruction differs from the name on the account.

You are responsible for any claim, cost, loss or damage caused by your failure to properly identify the account to which a deposit is made or intended to be made.

## Overpayments and Reversals

If funds to which you are not entitled are deposited to your account by mistake or otherwise, we may deduct these funds from your account, even if this causes your account to become overdrawn. If the funds were transferred from your account, we may reverse the transfer. We can do this without giving you any prior notice or demand.

## Returned Items

This section applies to items that you deposit or that we cash for you (a "cashed or deposited item") and includes items drawn on us as well as items drawn on other financial institutions. You are responsible for returned items.

If a cashed or deposited item is returned to us at any time for any reason by the bank on which it is drawn or any collecting bank, we may accept that return, pay the claiming party, and charge the item to your account without regard to whether we or the other bank finally paid the item or returned the item in accordance with any applicable midnight deadline or clearinghouse rule. We may also deduct from your account any interest you may have provisionally earned on the item. We may charge you a fee for each returned item. Different fees may apply to domestic and foreign items. We may debit your account for a returned item at any time on or after the day it is returned to us by electronic, automated clearinghouse ("ACH") or other means or on the day we receive notice that the item is being returned to us - whichever is earlier.

As an example: if an item deposited in your account has been paid by the bank on which it is drawn (including on us) and that item is later returned to us with a claim that the item was altered, forged, unauthorized, bears a forged or missing endorsement or should not have been paid for any reason, we may at our discretion charge the item against your account or place a hold on the amount of that item against your account until the claim is finally resolved. We may take these actions without prior notice to you and regardless of whether settlement with respect to such item is considered final.

We are not obligated to question the truth of the facts that are asserted, to assess the timeliness of the claim, to take any action to recover payment of a returned item, or to assert any defense. We do not need to notify you in advance of our actions related to the claim. If you do not have sufficient available funds to cover a returned item, we may overdraw your account. We are not liable to you if there are insufficient funds to pay your items because we withdraw funds from your account or in any way restrict your access to funds due to a hold or debit to your account in

connection with a returned item. You agree to repay immediately an overdraft caused by a return of a cashed or deposited item.

In some cases, the financial institution on which the returned check or other item is drawn may send us an electronic notice of return, an indemnified copy of the original, an image replacement document ("IRD") or an image, instead of returning the item. We may act on, and you agree to be bound by, the electronic notice of return, or indemnified copy or IRD just as if the original item had been returned.

We may send the unpaid item back for collection a second time before notifying you, but we are not obligated to do so. You waive notice of dishonor and protest. You agree that we will have no obligation to notify you of any item that is being returned. However, if we receive advance notice from another financial institution that it is returning to us unpaid a check of $5,000 or more, we may send you a notice. We do not send a notice about returned checks of less than $5,000.

### Substitute Checks

You agree that you will not cash or deposit "substitute checks" as defined by federal law or image Replacement Documents ("IRD") that purport to be substitute checks and have not been previously endorsed by a bank. If you cash or deposit such an item, you give us the same warranties and indemnities that we, as a recovering bank, would give under applicable law or regulation and you agree to reimburse us for claims, losses, costs and damages we may incur. If you provide us with an electronic representation of a substitute check for deposit into your account instead of an original check, you agree to reimburse us for all claims, losses, costs and damages we incur because the substitute check resulting from the electronic representation does not meet applicable substitute check standards or causes duplicate payments.

### Third-Party Endorsements

We may require that checks and other items you want to deposit or cash be endorsed by all parties to whom the items are payable. We may require verification of any endorsement through either an endorsement guarantee or personal identification.

### Registered Warrants

Certain states, public agencies or other government entities may issue interest bearing warrants that may be payable or redeemable on a future date, generally referred to as "registered warrants." Registered warrants are essentially a state or other government entity's "promise to pay" or "IOU." Registered warrants are subject to special rules.

We have no obligation to accept registered warrants from you, whether for deposit, cash payment, or otherwise even if the registered warrant is redeemable.

We generally will not cash registered warrants. If we inadvertently or otherwise cash a registered warrant for you, as consideration for our providing cash to you for the registered warrant, you agree that we may keep any and all interest paid to us for such registered warrant upon redemption. We may also debit your account if a registered warrant is returned unpaid or we receive notice that the registered warrant will be returned unpaid.

We may, at our discretion, accept registered warrants for deposit from you subject to certain terms and conditions, including but not limited to the following examples.

- We may require that you be an existing customer, and we reserve the right to decide which customers may be eligible on a case-by-case basis.
- We may require that such deposits are made in certain ways or channels, such as in person and over the counter by the payee. We may restrict certain channels such as not accepting registered warrants for deposit through ATMs or by mobile deposit or remote capture.

- We may reject or not accept registered warrants payable to a third party.
- Because we may have to verify the authenticity of each registered warrant, if we accept a registered warrant for deposit prior to its maturity date or such earlier date as the registered warrant is called for payment by the issuer, we may place a hold on the deposited funds that may be longer than our standard hold or funds availability policies.
- We may refuse to accept any registered warrant you attempt to deposit, with or without cause or prior notice to you, even if we have accepted registered warrants from you in the past for deposit.
- We may not accept a registered warrant on or after its maturity date or such earlier date as the registered warrant is called for payment by the issuer.

When we accept a registered warrant from you for cash payment or deposit, you agree that you are assigning all rights that you have in the registered warrant, including the right to receive interest on the registered warrant. When you present a registered warrant to us for cash payment or deposit, you represent that the registered warrant is properly endorsed by you as the named payee, that you are eligible to receive interest on the registered warrant, and that the registered warrant is unaltered, valid, and free of liens and claims by others.

Regardless of the period of time you may have held the registered warrant prior to its transfer to us, as consideration for our agreeing to accept a registered warrant for deposit from you, you agree that we may at our option either keep any and all interest paid to us or we may credit interest to your account. At our option, should we choose to pay to you all or some of the amount of interest accrued on a registered warrant, we will credit the amount to the account into which you deposited the registered warrant, generally within 30 days of the date of deposit, provided that we have first received the interest, and provided such account is then open. If you have not provided a certified taxpayer identification number to us, this interest payment, if any, may be subject to backup withholding.

As a condition to accepting a registered warrant from you, you agree to execute and deliver to us any document we request to evidence the assignment and to ensure payment of the registered warrant, and all related accrued interest to us, if we keep the interest in accordance with this Agreement.

# When Funds are Available for Withdrawal and Deposit Holds

Our general policy is to make funds from your cash and check deposits available to you no later than the first business day after the day of your deposit. However, in some cases we place a hold on funds that you deposit by check. A hold results in a delay in the availability of these funds. When we place a hold, you will have to wait a few days before being able to use the funds. When we decide to place a hold at the time you make your deposit, the teller or ATM gives you a notice that lets you know funds are on hold. For ATM deposits, the hold notice is usually included on the ATM receipt. The hold notice will let you know the date and the time when the funds will be available for you to use. In some cases, you will not get the hold notice from the teller or ATM, but later by mail or in Online Banking. You can avoid holds by using direct deposit or wire transfer.

In many cases, we make funds from your deposited checks available to you sooner than we are able to collect the checks. If funds from a deposit become available and you can withdraw them, that does not mean the check or other item you've deposited is authorized, is "good," has "cleared," or has been paid by the paying bank. It's also possible that the check may be returned months after we've made the funds available to you and you've withdrawn them. No one, including our employees, can guarantee to you that a check will not be returned. Please keep in mind that even though we make funds from a deposited check available to you and you withdraw the funds, you are still responsible for problems with the deposit. If a check you deposited is returned to us unpaid for any reason, you will have to repay us and we may charge your account for the amount of the check, even if doing so overdraws your account.

While we generally apply our funds availability policy to deposits you make to savings accounts (including money market savings accounts), and to deposits you make remotely, such as deposits made using a mobile device or scanner, please note that our funds availability policy does not apply to these deposits, and we may delay availability of funds from these deposits.

## Your Ability to Withdraw Funds

Our general policy is to make funds from your cash and check deposits available to you no later than the first business day after the day we receive your deposit. Our policy is to make funds from electronic direct deposits made through the automated clearing house (ACH) or transfer systems that deliver payments in real time, and incoming wire transfers available to you on the day of the deposit. Once they are available, you can withdraw the funds in cash and we will use the funds to pay checks that you have written.

For determining the availability of your deposits, every day is a business day, except Saturdays, Sundays, and federal holidays.

If you make a deposit on a business day that we are open at one of our financial centers before 2:00 p.m. local time, or at one of our ATMs before 5:00 p.m. local time in the state where we maintain your account, we consider that day to be the day of your deposit. However, if you make a deposit after such times, or on a day when we are not open or that is not a business day, we consider that the deposit was made on the next business day we are open. Some locations have different cutoff times.

## Longer Delays May Apply

In some cases, we will not make all of the funds that you deposit by check available to you by the first business day after the day of your deposit. Depending on the type of check that you deposit, funds may not be available until the second business day after the day of your deposit. The first $225 of your deposits, however, may be available no later than the first business day after the day of your deposit.

If we are not going to make all of the funds from your deposit available by the first business day after the day of your deposit, we generally notify you at the time you make your deposit. We also tell you when the funds will be available. If your deposit is not made directly to one of our employees, or if we decide to take this action after your deposit is made, we mail or otherwise provide you the notice by the next business day. If you need the funds from a deposit right away, you should ask us when the funds will be available.

In addition, we may delay the availability of funds you deposit by check for a longer period under the following circumstances:

- We believe a check you deposit will not be paid.
- You deposit checks totaling more than $5,525 on any one day.
- You redeposit a check that has been returned unpaid.
- You have overdrawn your account repeatedly in the last six months.
- There is an emergency, such as failure of communications or computer equipment.

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. They will generally be available no later than the seventh business day after the day of your deposit.

## Special Rules for New Accounts

If you are a new customer, the following special rules may apply during the first 30 days the account is open. Funds from electronic direct deposits to your account are available on the day we receive the deposit. Funds from deposits of cash, wire transfers, and the first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state and local government checks are available no later than the first business day after the day of your deposit if the deposit meets certain conditions. For example, the checks must be payable to you and deposited in person to one of our employees. The excess over $5,525 is available by the fifth business day after the day of your deposit. If your deposit of these checks (other than a U.S. Treasury check) is not made in person to one of our employees, the first $5,525 will not be available until the second business day after the day of your deposit. Funds from all other check deposits are generally available by the fifth business day after the day of your deposit.

However, we may place longer holds on certain items for other reasons, such as large deposits (see *Longer Delays May Apply* above).

## Government Checks, Cashier's Checks and Other Special Types of Checks

Our policy is to make funds from U.S. Treasury checks that are payable to you available no later than the first business day after the day of the deposit.

If you make the deposit in person to one of our employees, and meet the other conditions noted below, our policy is to make funds from the following types of deposits available no later than the first business day after the day of your deposit:

- State and local government checks that are payable to you and are deposited in an account in the same jurisdiction that issued the check.
- Cashier's, certified and teller's checks that are payable to you.
- Federal Reserve Bank checks, Federal Home Loan Bank checks and U.S. Postal Service money orders that are payable to you.

If you do not make your deposit of these checks in person to one of our employees (for example, if you mail the deposit), our policy is to make funds from these deposits available no later than the second business day after the day of your deposit.

However, we may place longer holds on certain items for other reasons, such as large deposits (see *Longer Delays May Apply* above). For information about registered warrants issued by government entities, see "Processing Deposits and Cash Items - Registered Warrants" above.

### Holds on Other Funds

If we cash a check for you that is drawn on another financial institution, we may withhold the availability of a corresponding amount of funds that are already in your account. If we accept for deposit a check that is drawn on another financial institution, we may make funds from the deposit available for withdrawal immediately but delay your ability to withdraw a corresponding amount of funds that you have on deposit in another account with us. In either case, we make these funds available in accordance with our policy described above for the type of check that was cashed or deposited.

# Processing Withdrawals

We may forward withdrawals and other transaction requests for an account to one of our processing centers. We may use the date that the processing center receives the transaction as the effective date of the transaction.

### Cashing Checks for You

Check cashing services may not be available at some financial centers. We may refuse to cash a check written to you. If we do cash such a check and it is returned to us unpaid for any reason at any time, we may deduct the amount of the check from your account, even if this causes your account to become overdrawn, and we may charge you a fee.

We may cash checks payable to any signer on your account when endorsed by any other signer.

If you ask us to cash a check or other items for you, we may apply the proceeds of the check or other item to fees, overdrafts and other amounts you owe us.

### Cashing or Accepting Your Checks for Others

When a person with a check or other item drawn on your account asks us to cash it or deposit it, we may require identification satisfactory to us. This identification may include their fingerprint or other biometric marker. When a person who is not our loan or deposit customer asks us to cash a check or other item drawn on your account, we may impose additional requirements. These may include: a dollar limit above which we will not cash the check or a fee for cashing the check. We may also refuse to cash the check.

If the person with your check fails or refuses to satisfy our requirements, we may refuse to cash the check or accept it for deposit.

When we cash your check, or accept it for deposit, we may do so without reviewing your account at that time to see whether you have enough available funds to cover the check. We may charge that person cashing a check or other item a fee for cashing the check or other item if that person is not a customer of Bank of America.

We are not liable to you for refusing to cash or accept the check, or for charging a check cashing fee.

### Checks with Legends or Restrictions

Some customers print or write legends or restrictions on their checks. Sometimes the person to whom the check is payable prints or writes a legend or restriction on the check. Legends and restrictions include conditions, special or restrictive instructions, and other notations. Some examples are: "not valid after 60 days", "not valid over $1,000" or "paid in full". We may disregard legends and restrictions. We may pay the item even if the legend or restriction has not been met. We are not liable to you for any claims, costs, losses or damages that result from the placement of these legends or restrictions on your checks, or from our failure to abide by them.

### Collection Items

When another financial institution submits to us for collection an item drawn on your account, we may charge the other financial institution a fee. When you do not have enough funds in your account for us to process a collection item drawn on your account, we may charge you an overdraft or returned item fee.

### Check Stock and Ink

You agree to bear the risk of loss if you use check stock that contains defects, such as printing inaccuracies, faulty magnetic ink, faulty encoding, or duplicate serial numbers.

Checks you write may be converted into electronic images (truncated) during the check collection and return process. You also agree to bear the risk of loss if: you elect to have your checks printed by a vendor that has not been approved by us; you use check stock or features (such as security features) that cause critical data to disappear or be obscured upon truncation; or you make your check out in a way (such as, using a lightly colored ink) that causes critical data to disappear or be obscured upon truncation.

## Converting Checks to Electronic Debits

Some businesses convert checks that you give them into electronic debits (sometimes referred to as an electronic check) and then sends us an electronic debit for the transaction amount. When we receive the electronic debit, we charge it to your account. We may receive the electronic debit to your account immediately after the business enters the transaction, so you may have a reduced right to stop payment and you may incur an overdraft if you do not have sufficient funds in your account to cover the amount of the check at the time you write the check or authorize the transaction. Since the check is not sent to us, we do not have a copy of your check. We list these electronic debits on your account statement. If the business uses your check to initiate an electronic debit at the point of sale, the business should give you notice of the conversion and return the voided check to you. You should treat the voided check with care because someone else who obtains possession of it could use the information to initiate additional debits against your account. A business that receives your check by mail and converts it to an electronic debit may give you notice of the conversion and destroy the original check.

## Examining Checks

We receive checks in great volume. This and compliance with expedited funds availability laws require us to use automated check processing procedures. Although we may visually review a sample of checks and other items from time to time, reasonable commercial standards do not require us to do so.

We select some checks for review based on certain criteria that change from time to time. This means that most checks are processed on the basis of the MICR (Magnetic Ink Character Recognition) line printed along the bottom edge of the check, and are not individually examined for dates, maker signatures, legends or endorsements. You agree that we will have exercised ordinary care if we examine only those items that we have identified according to the criteria that we may establish in our discretion for inspection.

If we do visually review any check or other item, we may disregard any restrictive instructions or notations, such as an instruction to permit withdrawals only upon more than one signature. We may return the item unpaid if, in our opinion, it does not bear a signature matching any specimen signature we have on file for your account. You agree, however, that we will not be liable to you for honoring any check or other item bearing a signature that, in our sole opinion, resembles the specimen signature on file with us.

Since we do not individually examine most checks, it is critical for you to take care of your checks, promptly review your account statement, and immediately report any suspicious or unauthorized activity to us. You agree that automated processing of your checks is reasonable and that you accept responsibility for preventing and reporting forgeries, alterations, and other unauthorized uses of your checks or accounts. You agree that the exercise of ordinary care will not require us to detect forgeries or alterations that could not be detected by a person observing reasonable commercial standards.

Since some types of check fraud have become more difficult to detect, we may elect in some cases to make further inquiries about certain checks or other items that are presented for payment against your account. If we are unable to contact you, or take other steps, to determine with

reasonable certainty that you authorized these payments, we may either pay the checks and other items or return them unpaid without any liability to you.

## Items Resulting from Voluntary Disclosure

If you voluntarily disclose your account number to another person orally, electronically, in writing or by other means, you are deemed to authorize each item, including electronic debits, which result from your disclosure. We may pay these items and charge your account.

## Large Cash Withdrawals

We may require reasonable advance notice for large cash withdrawals. We may also refuse to honor a request to withdraw funds in cash from your account or to cash a check (including a cashier's check or other official item) at a financial center if we believe that the amount is unreasonably large or that honoring the request would cause us an undue hardship or security risk. We may require that such withdrawals be made at one of our cash vaults by an armored courier, acceptable to us and at your sole risk and expense. We are not responsible for providing for your security in such transactions.

## Paying Checks and Other Items

We may debit your account for a check or other item drawn on your account either on the day it is presented to us for payment, by electronic or other means, or on the day we receive notice that the item has been deposited for collection at another financial institution — whichever is earlier. If you do not have sufficient available funds to cover the item, we decide whether to return it or to pay it and overdraw your account.

We may determine your balance and make our decision on an insufficient funds item at any time between our receipt of the item or notice and the time we must return the item. We are required to determine your account balance only once during this time period.

When you deposit checks or other items that are drawn on another account with us, we may treat such items as presented to us for payment on the business day that they are received by our office that processes checks drawn on the other account.

## Stale-Dated and Postdated Checks

If a stale-dated check — that is, a check dated more than six months in the past — is presented for payment against your account, we may pay the check and charge it to your account. If a postdated check — a check dated in the future — is presented for payment, we may pay the check and charge it to your account even if it is presented for payment before the date stated on the check. If you do not want us to pay a stale-dated or postdated check, you must place a stop payment order on it.

## Substitute Checks, Indemnified Copies, Images and Image Replacement Copies

In some cases, we may be sent an indemnified copy of your original check, an image replacement document (IRD), a substitute check or an image of your check, instead of the original item. We may act upon presentment of an IRD, indemnified copy, substitute check, or image of your check and pay these items against your account, just as if the original item had been presented.

## Unpaid Items

If we decide not to pay a check or other item drawn on your account, we may return the original, an image or a copy of the item or we may send an electronic notice of return and keep either the original, an image or a copy of the item in our records. If we send an electronic notice of return, you agree that any person who receives that electronic notice may use it to make a claim against you to the same extent and with the same effect as if we had returned the original item.

# Substitute Checks and Your Rights

The following provisions help explain some of the rights a consumer has under a federal law commonly referred to as Check 21. Check 21 was enacted to increase the efficiency of the U.S. check clearing system. The clearing system relies heavily on the physical transport of checks between banks. Check 21 allows banks to create substitute checks and present them to other banks instead of the original check. This reduces the transport of checks among banks and helps enable the electronic collection of checks.

## What is a substitute check?

To make check processing faster, federal law permits banks to replace original checks with "substitute checks." These checks are similar in size to original checks with a slightly reduced image of the front and back of the original check. The front of a substitute check states: "This is a legal copy of your check. You can use it the same way you would use the original check." You may use a substitute check as proof of payment just like the original check.

Some or all of the checks that you receive back from us may be substitute checks. This notice describes rights you have when you receive substitute checks from us. The rights in this notice do not apply to original checks or to electronic debits to your account. However, you have rights under other law with respect to those transactions.

## What are my rights regarding substitute checks?

In certain cases, federal law provides a special procedure that allows you to request a refund for losses you suffer if a substitute check is posted to your account (for example, if you think that we withdrew the wrong amount from your account or that we withdrew money from your account more than once for the same check). The losses you may attempt to recover under this procedure may include the amount that was withdrawn from your account and fees that were charged as a result of the withdrawal (for example, bounced check fees).

The amount of your refund under this procedure is limited to the amount of your loss or the amount of the substitute check, whichever is less. You also are entitled to interest on the amount of your refund if your account is an interest bearing account. If your loss exceeds the amount of the substitute check, you may be able to recover additional amounts under other law.

If you use this procedure, you may receive up to $2,500 of your refund (plus interest if your account earns interest) within 10 business days after we received your claim and the remainder of your refund (plus interest if your account earns interest) not later than 45 calendar days after we received your claim.

We may reverse the refund (including any interest on the refund) if we later are able to demonstrate that the substitute check was correctly posted to your account.

## How do I make a claim for a refund?

If you believe that you have suffered a loss relating to a substitute check that you received and that was posted to your account, please contact us at the telephone number listed on your account statement, or write to us at:

Bank of America
Attn: Research and Adjustments
PO Box 655961
Dallas, TX 75265-5961

You must contact us within 40 calendar days of the date that we mailed (or otherwise delivered by a means to which you agreed) the substitute check in question or the account statement showing that the substitute check was posted to your account, whichever is later. We will extend this time period if you were not able to make a timely claim because of extraordinary circumstances.

Your claim must include—

- A description of why you have suffered a loss (for example, you think the amount withdrawn was incorrect);
- An estimate of the amount of your loss;
- An explanation of why the substitute check you received is insufficient to confirm that you suffered a loss; and
- A copy of the substitute check or the following information to help us identify the substitute check: your account number, the check number, the name of the person to whom you wrote the check, the amount of the check and the date of the check.

# Notices, Statements and Other Communications

## General Terms for Notices, Statements and Other Communications

Please review promptly all notices, statements and other communications we send you. In this section "communications" means all notices, statements and other communications we send you.

We may provide communications in English. Many communications will be notices of change affecting your rights and obligations. If you have questions about any of them or difficulty reading English, please call us at the number for customer service on your statement.

We may:

- address communications to one account owner;
- provide communications in English, even though we may have given you account opening documents and disclosures in a language other than English;
- destroy communications that are sent to you and returned to us as being undeliverable, along with any accompanying checks and other items;
- authorize the Post Office or an agent to destroy communications, along with accompanying checks and other items, that the Post Office informs us are undeliverable; and
- stop sending communications to you until a new address is provided to us if one or more communications that we mail to you are returned to us as being undeliverable.

We are not responsible for communications, or for any checks or other accompanying items, lost while not in our possession.

If we receive communications that we sent you at a financial center, they are deemed to have been delivered to you at the time that they are available to you at the financial center.

**Electronic delivery of communications** We recommend that you use our Online Banking service and receive your communications electronically. When you use electronic or paperless delivery, we deliver communications to you by placing them in Online Banking. You can find your account statements, notices, and other eligible documents in Online Banking within the statements and documents area of your account details page. Communications currently available for electronic delivery are listed in the statements and documents area of Online Banking.

## Notices

When we inform you of changes affecting your rights and obligations, we do so by delivering or otherwise making a notice available to you. In some cases, we may post a notice of a change in our banking offices or on our website. Otherwise, we mail the notice to you at the address we currently show for your statement or, if we have agreed to this method, we provide it to you electronically. We may provide a notice as a message on your statement or as an insert with your statement.

If a notice of a change to this Agreement is returned to us as being undeliverable or because notices or statements we previously sent you were returned to us as being undeliverable, you understand that the notices are available to you through our financial centers. You agree to that method of delivery and that changes covered in these notices are still effective and binding on you.

A notice sent to any one owner is deemed notice to all account owners and is effective for all account owners.

## Statements

We provide you with a single statement when there is activity on your checking or savings account. When there is no activity on your account, we may choose not to provide a statement. You may generally obtain an additional copy of your statement for a fee.

We recommend that you use our Online Banking service and receive your statements electronically.

If your statement is received at one of our offices, we may mail it to you or destroy it, along with any accompanying checks and other items.

**For checking, money market savings and business savings accounts,** we provide you with a monthly statement. Statement cycles generally vary from 28 to 33 days and may end on different days during the month. A statement cycle can be shorter than monthly. As examples, a statement cycle may only be a few days in length for the first statement cycle after an account is opened or when a statement date is changed to link accounts for combined statements. If you want to know the date your statement cycle ends, call us at the number for customer service on your statement.

**For Regular Savings accounts,** we provide you with a quarterly statement. If you have an electronic fund transfer (such as a direct deposit or an ATM withdrawal) to or from your account during any month, we provide a statement for that month.

**For analyzed business checking accounts,** you can elect to receive an additional monthly account analysis statement. This statement includes balance and float information, quantity of services used during the period, fees and charges for these services and the earnings allowance, if any.

For **IRAs,** we provide you with a quarterly statement.

**Combined Statements** With combined statement service we provide a single statement that reports activity for all accounts linked for this service, instead of separate statements for each linked account.

Accounts must contain identical ownership in order to be eligible to receive Combined Statements.

You must generally request combined statement service and tell us what accounts you want us to link and report on a combined statement. In some cases, however, we may automatically send you a combined statement. As an example: we may automatically link accounts that have the same owners and provide a combined statement for those accounts.

We may restrict what accounts can be linked for a combined statement. Please note that combining accounts on a single statement does not mean they are also linked for pricing. To determine which accounts can be linked, or to link accounts, for combined statements or for combined balances (pricing), please call us.

## Check Image and Safekeeping

For most accounts, we offer the following options regarding your canceled checks.

**Check Image Service** We provide with your statement an image of the front of each of your canceled checks that we post to your account during the statement cycle. We print images of your checks up to 10 images on a page. We do not return your canceled checks. In some states and for some business accounts we provide an image of the front and back of your canceled checks. When you use this service, checks are deemed to be made available to you at the same time your statement is made available.

We store copies of your canceled checks (usually on microfilm or as a digital image) and then destroy the checks. Copies of checks are generally available for seven years from the date the checks are paid. See *Check Copies* in *Other Terms and Services.*

**Check Safekeeping Service** We report on your statement information about canceled checks (check number, amount and date posted) that posted to your account during the statement cycle. You do not receive your canceled checks with your account statement. When you use this service, checks are deemed to be made available to you at the same time your statement is made available.

If your statements are returned to us, you automatically receive check safekeeping service. If you usually receive your checks with your statement but we are unable to return them because of circumstances beyond our reasonable control, we may convert your account to check safekeeping service.

We store copies of your canceled checks (usually on microfilm or as a digital image) and then destroy the checks. Copies of checks are generally available for seven years from the date the checks are paid. See *Check Copies* in *Other Terms and Services.*

If you use our check safekeeping service, we cannot provide a *copy* of a check that posted to your account, and you lose money as a result, we may cover the loss up to the amount of the check. However, we are not liable to you for consequential loss or damage of any kind.

## Your Address and Change of Address

We may send notices, statements and other communications regarding your account to you at the electronic or street address we have in our records for your account.

You agree to notify us if you change your address. If the United States Post Office or one of its agents tells us that your address has changed:

- we may change your address on our records to the address specified by the Post Office; and
- we may send notices, statements and other communications regarding your account to that new address.

# Actions You Can Take to Help Protect Your Account

Your role is extremely important in helping to prevent the wrongful use of your account. Please consider the measures below to help you protect your account.

**Stay Informed** We offer several services you can use to help you keep track of your account on a daily basis. You can use our Online Banking service to review your accounts and Online Alerts to receive notice of account balances and activity. Please see the information about these services in *How to Get Started*.

**Be Cautious about Giving Out Your Personal Information** We will not send you e-mails requesting personal information. If you receive an e-mail that seems to come from us and requests personal information, do not answer it. Instead, please contact us immediately at the number on your statement.

**Be Cautious about Accepting Checks, Money Orders and Cashier's Checks, especially from Strangers** You should be cautious about accepting checks, money orders and cashier's checks (especially, foreign checks) from strangers. Sometimes they are fraudulent or counterfeit. We cannot verify that a check, money order or cashier's check that purports to be issued by another company or financial institution is authentic, or has any value at all, when you give it to us and ask us to cash or deposit it.

We ordinarily make funds from a check you deposit (or we cash for you) available to you sooner than we are able to collect the check or determine whether the check is any good. If the check is returned to us unpaid for any reason, you are still responsible for the check. We charge your account for, and you will have to repay us, the full amount of the returned check. A check may be returned because it "bounces" or because the check is fraudulent, counterfeit or invalid for some other reason.

One way to help protect yourself is to take the check to the bank, company (such as Western Union) or service (such as the U.S. Postal Service) that issued it and redeem the check for cash. For more information on how to avoid being a victim of fraud, visit bankofamerica.com, or consult trusted organizations such as your local Better Business Bureau or the Federal Citizen Information Center.

**Review Statements and Report Suspected Problems Immediately** You must promptly review the notices, statements and other communications, along with any accompanying checks and other items, we send you. You must also report problems or unauthorized transactions to us immediately, by calling the number for customer service on your statement. See *Reporting Problems*.

**Identity Theft** Identity theft occurs when someone uses your personal information without your permission to take over your existing account or to open new accounts in your name. Identity theft often begins with the loss or theft of a wallet or purse. Criminals can also obtain your personal information by stealing records from your trash or sending fraudulent e-mails to you requesting your information.

You should destroy or shred account statements, checks, deposit slips and other documents with your personal information before you throw them away.

## Other Actions You Can Take

Here are some other actions you can take to help control your risk. This is by no means a complete list of preventive measures. You may want to take other or additional actions.

- Do not share your passwords, user numbers or Personal Identification Number (PIN) for Online Banking or your ATM or debit card.
- Call us if your new check order or debit card does not arrive within 14 business days.
- Be cautious about giving someone your account number. If you give your account number to a third person and authorize that third person to initiate one or more transactions on your account, you may be liable for all transactions initiated by the third person even if you did not intend to authorize a particular transaction.
- Do not give anyone a pre-signed blank check. Do not give anyone permission to sign your name on a check.
- Do not preprint your driver's license or Social Security Number on your checks.
- Write checks in a dark colored permanent ink and fill in all lines. Make sure the written and numeric amounts match, are readable and begin on the far left of the line so additional numbers or words cannot be added.
- Write and sign your checks clearly, because illegible checks are easier to forge.
- Use tamper resistant checks. If you do not order checks through us, ask your check vendor about tamper resistant checks.
- Store blank checks, deposit slips and statements in a safe place and audit your check stock frequently. When discarding, destroy them by shredding or other means so they cannot be copied or used. Call us immediately if any of these items are lost, stolen or missing.
- Use the same precautions that apply to your checks to your endorsement and signature stamps.
- Do not leave outgoing mail in an unlocked collection box or in your residence mailbox. Deposit outgoing mail in a locked Postal Service mail deposit box.
- Keep accurate records of your transactions and reconcile your statements as soon as they are made available to you. Pick up your mail every day. When reviewing your statements, watch for:
  – Checks cashed out of sequence or made payable to cash
  – Use of a check number from a previously cleared item
  – Balance discrepancies or unexpected fluctuations
- Reconcile your account yourself. If you have authorized someone else to transact on your account and you do not reconcile your account yourself, someone other than an authorized signer should reconcile your accounts.
- Business customers should assign to different individuals responsibilities for: opening mail, reconciling bank statements, endorsing incoming checks, making deposits, reconciling accounts payable checks with vendor invoices, reconciling incoming checks against outstanding receivables and issuing checks.

# Reporting Problems

If you find that your records and ours disagree, if you suspect any problem or unauthorized transaction on your account or you do not receive a statement when expected, call us immediately at the number for customer service on your statement. If you fail to notify us in a timely manner, your rights may be limited.

This section does not apply to electronic fund transfers that are subject to Regulation E. If we have a specific agreement with you for a service or this Agreement has specific provisions for a service (such as the *Funds Transfer Services* section), these provisions supplement the specific agreement and provisions to the extent they are not inconsistent.

## Your Responsibility

You must exercise reasonable control over your statements, checks, deposit slips, endorsement and signature stamps, debit and ATM cards, Personal Identification Numbers and other access devices. It is your responsibility to keep them safe and secure and to promptly discover and report if any of them are missing in time to prevent misuse. You assume full responsibility for monitoring and reviewing the activity of your account, the work of your employees, agents and accountants, and any use they make of your account.

We may deny a claim for losses due to forged, altered or unauthorized transactions, items or signatures if you do not guard against improper access to your checks, statements, deposit slips, endorsement and signature stamps, and account information. We may also deny your claim if you do not monitor your account and report problems as provided in this section. Please review this *Reporting Problems* section carefully.

In some states we offer certain fraud prevention and detection products and services to business customers. If we have offered you one or more of these services, and you decline to use them or fail to implement them, or you fail to follow the procedures necessary for proper use of these products or services, or you fail to follow other precautions reasonable for your particular circumstances, you are precluded from asserting any claims against us for paying any unauthorized, altered, counterfeit or other fraudulent item that such product, service, or precaution was designed to detect or deter, and we will not be required to re-credit your account or otherwise have any liability for paying such items.

## What Are Problems and Unauthorized Transactions

Problems and unauthorized transactions include suspected fraud; missing deposits; unauthorized electronic transfers; missing, stolen, or unauthorized checks or other withdrawal orders; checks or other withdrawal orders bearing an unauthorized signature, endorsement or alteration; illegible images; encoding errors made by you or us; and counterfeit checks. This is not a complete list.

## Reviewing Your Account Statements

Your review of your statements, checks and other items is one of the best ways to help prevent the wrongful use of your account. You agree:

- to review your statements, checks and other items and reconcile them as soon as they are made available to you;
- that our statements provide sufficient information to determine the identification and authenticity of any transaction including without limit, whether any are forged, altered or unauthorized if the statement includes the item number, amount and the date the item posted to your account;

- to report any problems or unauthorized transactions as soon as possible; and
- that 60 days after we send a statement and any accompanying items (or otherwise make them available) is the maximum reasonable amount of time for you to review your statement or items and report any problem or unauthorized transaction related to a matter shown on the statement or items. There are exceptions to this 60-day period. For forged, unauthorized or missing endorsements, you must notify us within the period specified by the state law applicable to your account. For substitute checks, you must notify us within 40 days to qualify for an expedited recredit. See section titled *Substitute Checks and Your Rights.*

## We Are Not Liable If You Fail To Report Promptly

Except as otherwise expressly provided elsewhere in this agreement, if you fail to notify us in writing of suspected problems or unauthorized transactions within 60 days after we make your statement or items available to you, you agree that:

- you may not make a claim against us relating to the unreported problems or unauthorized transactions, regardless of the care or lack of care we may have exercised in handling your account; and
- you may not bring any legal proceeding or action against us to recover any amount alleged to have been improperly paid out of your account.

Except as otherwise expressly provided elsewhere in this agreement, we are not liable to you for subsequent unauthorized transactions on your account by the same person if you fail to report an unauthorized transaction on your account within 30 days (or such lesser period as is specified in the state law applicable to your account) following the closing date of the statement containing information about the first unauthorized transaction.

For business deposit accounts, also see *Electronic Banking Disclosures* in the *Electronic Banking Services* section and *ACH Debits and Credits* in the *Funds Transfer Services* section.

## Written Confirmation and Other Assistance

If you report to us that an unauthorized transaction has occurred on your account, we may require you to confirm your report in writing. We may also require that you give us a statement, under penalty of perjury, about the facts and circumstances relating to your report and provide such other information and proof as we may reasonably request.

If you assert a claim regarding a problem, you must cooperate with us in the investigation and prosecution of your claim and any attempt to recover funds. You also agree to assist us in identifying and in seeking criminal and civil penalties against the person responsible. You must file reports and complaints with appropriate law enforcement authorities.

If you fail or refuse to do these things, we will consider your failure or refusal to be your ratification of the defect in the statement or item, unauthorized transaction or other problem and your agreement that we can charge the full amount to your account.

## Our Investigation and Maximum Liability

We may take a reasonable period of time to investigate the facts and circumstances surrounding any claimed loss. We do not have to provisionally credit your account while we investigate.

Our maximum liability is the lesser of your actual damages proved or the amount of the missing deposit or the forgery, alteration or other unauthorized withdrawal, reduced in all cases by the amount of the loss that could have been avoided by your use of ordinary care.

We are not liable to you for special or consequential losses or damages of any kind, including loss of profits and opportunity or for attorneys' fees incurred by you.

## Business Insurance

If your claim relates to a business account, you agree to pursue all rights you may have under any insurance coverage you maintain before making a claim against us in connection with any transaction involving your accounts. You will provide us with all reasonable information about your coverage, including the name of your insurance carrier, policy number, policy limits and applicable deductibles. Our liability is reduced by the amount of all insurance proceeds you receive or are entitled to receive. At our request, you agree to assign to us your rights under your insurance policy.

## Opening a New Account

If you or we suspect that your account is or may be compromised, we may recommend that you close your account and open a new account. If there are any unauthorized transactions on your account, we recommend that you close your account and open a new one. If we recommend that you close your account and you do not do so, we are not liable to you for subsequent losses or damages on the account due to unauthorized transactions. When you open a new account, you are responsible for notifying any third parties that need to know your new account number.

# Foreign Items and Foreign Currency

## What is a Foreign Item

A foreign item is a check or other item in any currency (including United States dollars) that is drawn on a bank or branch of a bank located outside of the United States. A foreign currency is any currency other than United States dollars. Some foreign items are payable in United States dollars. Some are payable in a foreign currency.

## Be Cautious About Accepting Foreign Items

You should be cautious about accepting foreign items because foreign items are not subject to United States laws or regulations. A foreign item may be returned unpaid much later (sometimes many months later) than checks or other items that are drawn on banks located in the United States. If a foreign item is returned to us unpaid or there is some other problem with the foreign item, you are responsible for the item and you may incur a loss.

## Currency Exchange Rates

Exchange rates fluctuate, at times significantly, and you acknowledge and accept all risks that may result from such fluctuations. If we assign an exchange rate to your foreign exchange transaction, that exchange rate will be determined by us in our sole discretion based upon such factors as we determine relevant, including without limitation, market conditions, exchange rates charged by other parties, our desired rate of return, market risk, credit risk and other market, economic and business factors, and is subject to change at any time without notice. You acknowledge that exchange rates for retail and commercial transactions, and for transactions effected after regular business hours and on weekends, are different from the exchange rates for large inter-bank transactions effected during the business day, as may be reported in The Wall Street Journal or elsewhere. Exchange rates offered by other dealers or shown at other sources by us or other dealers (including online sources) may be different from our exchange rates. The exchange rate you are offered may be different from, and likely inferior to, the rate paid by us to acquire the underlying currency.

We provide all-in pricing for exchange rates. The price provided may include profit, fees, costs, charges or other mark ups as determined by us in our sole discretion. The level of the fee or markup may differ for each customer and may differ for the same customer depending on the method or venue used for transaction execution.

In connection with our market making and other activities, we may engage in hedging, including pre-hedging, to mitigate our risk, facilitate customer transactions and hedge any associated exposure. Such activities may include trading ahead of order execution. These transactions will be designed to be reasonable in relation to the risks associated with the potential transaction with you. These transactions may affect the price of the underlying currency and, consequently, your cost or proceeds. You acknowledge that we bear no liability for these potential price movements. When our pre-hedging and hedging activity is completed at prices that are superior to the agreed upon execution price or benchmark, we will keep the positive difference as a profit in connection with the transactions. You will have no interest in any profits.

We also may take proprietary positions in certain currencies. You should assume we have an economic incentive to be a counterparty to any transaction with you. Again, you have no interest in any profit associated with this activity and those profits are solely for our account.

You acknowledge that the parties to these exchange rate transactions engaged in arm's length negotiations. You are a customer and these transactions do not establish a principal/agent relationship or any other relationship that may create a heightened duty for us.

We do not accept any liability for our exchange rates. Any and all liability for our exchange rates is disclaimed, including without limitation direct, indirect, or consequential loss, and any liability if our exchange rates are different from rates offered or reported by third parties, or offered by us at a different time, at a different location, for a different transaction amount, or involving a different payment media (including but not limited to bank-notes, checks, wire transfers, etc.).

## Wires Sent to a Foreign Currency Account

For consumers, when you send a wire denominated in U.S. dollars to an account denominated in a foreign currency, an intermediary bank or the receiving bank may convert your wire into the applicable foreign currency and we may receive compensation in connection with any such conversion. When this occurs, the intermediary bank or the receiving bank determines in their discretion the currency exchange rate. We are not responsible for the exchange rate set by an intermediary bank or the receiving bank.

For small business customers, if you transfer funds in U.S. dollars to a non-U.S. dollar account, your payment may be converted into the local currency by any originating, intermediary or receiving bank, payment system or payment service provider, including Bank of America or an affiliate, as applicable. We and/or an affiliate include a mark-up or fee on such currency conversion and may profit in connection with any such currency conversion.

## You May Not Write Foreign Currency Checks

You may not write checks or give other withdrawal orders on your account, which order payment in a foreign currency. If we receive such a check or order, we may refuse to accept or process it without any liability to you.

## Processing and Collecting Foreign Items

We may refuse to accept a foreign item for deposit or collection. If we accept a foreign item for deposit or collection, you assume all the risks relating to or arising from: the collection process, a late return and changes in currency exchange rates.

If we accept a foreign item for deposit or collection, we may decide not to credit the value of the foreign item to your account until we receive the proceeds in cleared funds from the paying bank. However, if we do credit your account, the credit is provisional and we may reverse the credit at any time.

If we accept an item for deposit which we later determine to be a foreign item, we may decide that the item needs to be sent for collection. If so, we may reverse any credit given for the item and mail the foreign item to you at the address we have for your account statement. You may ask us to send the item for collection.

When we send a foreign item for collection, you understand that the foreign item is sent solely for you and at your risk and that we are not liable for any event in the collection process which is beyond our control. As examples, we are not liable for a default by any bank or agent involved in the collection process or for the loss of the foreign item in transit. We may send the foreign item through a correspondent bank or directly to the paying bank. We may deduct our fees and the fees and charges assessed by the paying bank and any agents involved in the collection process from any amount collected or from your account.

If you request, we will try to determine the status of a collection. You agree to pay all fees and charges related to such a request. We may refuse your request if less than 30 business days have passed since we first processed the collection.

If a foreign item is returned to us unpaid for any reason at any time or is initially paid but then subsequently returned unpaid, we may charge your account for the foreign item and mail the foreign item to you at the address we have for your account statement. Even though the item is returned unpaid, we may charge you for our collection fees and for fees and charges assessed by the paying bank and any agents involved in the collection process.

When we credit your account for a foreign item, we use our applicable currency exchange rate on the day we credit the item to determine the amount of the credit. When we reverse a credit for a foreign item, we use our applicable currency exchange rate on the day we reverse the credit to determine the amount of the debit. Currency exchange rates are highly volatile and our rate on the day of the credit is likely to be different (sometimes very different) than our rate on the day of the debit. You understand and agree that this may result in a currency exchange loss to you.

# Other Terms and Services

## Account Changes

You must notify us of any change to your name or address. If you do not provide notice of change of address, we may send notices, statements and other correspondence to you at the address maintained on our records for your account and you agree to indemnify us and hold us harmless for doing so.

You agree to notify us in writing of any change in ownership or authorized signers of your account or if an owner or authorized signer on the account dies or is adjudicated incompetent.

If there is more than one owner and/or authorized signer on the account, any one account holder or authorized signer may request the account be closed without consent of any other account holder or authorized signer. Further, any one account holder may request, and we may, at our option, permit removal of any account holder or authorized signer without consent of any other account holder or authorized signer on the account.

You acknowledge that we may, but need not, require a new signature card to be completed before any change in ownership or authorized signers becomes effective and each time you open a new account, we may require a Taxpayer Identification Number certification(s). You also acknowledge that we may require you to close your account in the event of any change in ownership or change in the authorized signers.

After we receive notice of a change and all documents we require regarding the change, we may take a reasonable period of time to act on and implement the change to your account.

## Automatic Transfer Service

You may have funds transferred automatically from most Bank of America checking or savings accounts to another Bank of America checking or savings account or to pay a Bank of America loan or credit card account or safe deposit rental fee.

This Agreement limits the number of automated transfers you may make from savings accounts each month. Please see *"Limits on Withdrawals and Transfers from Savings Accounts"*. Certain other restrictions apply.

You must schedule transfers to pay a Bank of America loan for the due date each month. In most other cases, you may schedule transfers periodically on the dates and for the amounts that you specify. Transfers can only be made on a business day. If a scheduled transfer date falls on a weekend or bank holiday, we may make the transfer on the next business day. If we are unable to complete a transfer because you do not have enough available funds in your account, we may cancel this service.

## Check and Deposit Slip Forms

You are responsible for verifying the accuracy of all information on your checks and other forms, whether obtained through others or us. Our liability, if any, for any printing errors on checks or other forms obtained through us is limited to the cost of replacing the forms. We are not liable for any claims, costs, losses or damages you may incur when you use checks or other forms not obtained through us. Check deposits with a retired or incorrect routing number will be returned unpaid.

We may refuse to accept checks or other forms that you create or someone else provides that do not meet our then current specifications, even if they met our specifications at the time they were initially drawn. You may obtain a copy of our printing specifications by calling the telephone number on your statement or asking your account representative. These specifications include the magnetically encoded numbers, the size of the check and the weight, color and type of paper.

If you create or obtain checks or other forms from someone else and our automated check processing systems are unable to read or process them, we may refuse to accept them and we may charge you a fee for each check or other item that we are unable to read or process through our automated systems.

## Check Copies

We generally keep a copy of each check we post to your account for seven years from the date the check posts to your account. We have no obligation to retain the original check. We typically keep the copies on microfilm or as a digital image. If a copy is unavailable or of poor quality, we are not liable to you for any claim, cost, loss or damage of any kind. After seven years, we may destroy the copies.

**Requesting Copies** You may request a copy of a canceled check by calling us at the number for customer service on your statement. To produce a copy, we need the account number, check number, exact amount of the check, and date the check was paid. This information is on your statement. Generally, we mail or make a copy available within seven business days. If we need more time, we will tell you. A fee may apply to each check copy. Please see the *Schedule of Fees* for your account.

If a check that you wrote was converted to an electronic debit, then the check was not sent to us for processing so we do not have a copy. We list these electronic debits on your account statement.

## Compliance

You agree to comply with applicable laws and regulations. You may not use your account or related services for any illegal transactions or activity, for example those prohibited by the Unlawful Internet Gambling Enforcement Act, 31 U.S.C. Section 5361 et. seq. You agree to indemnify us from every action, proceeding, claim, loss, cost and expense (including attorney's fees) suffered or incurred by us due to any U.S. or foreign government entity seizing, freezing or otherwise asserting or causing us to assert control over any account or funds in an account of yours (or ours) when purportedly caused by, or arising out of, your action or inaction. This will apply whether or not such action is ultimately determined to be authorized under the laws of the U.S. or its territories, or of any foreign jurisdiction. We are not required to inquire or determine the authority of any action taken by the U.S. or foreign government entity prior to acceding to any legal process initiated by it.

Please note that your agreement to comply with applicable laws and regulations includes United States economic sanctions laws and regulations, including regulations issued by the Office of Foreign Assets Control (OFAC) of the U.S. Department of the Treasury, and Executive Orders issued by the President of the United States.

## Conflicting Demands and Disputes

We are not required to make payment from an account to a signer, a payee, a beneficiary of a trust account or Payable on Death (POD) account, or to any other person claiming an interest in any funds in the account:

- if we have actual knowledge of, or otherwise believe in good faith that there may be a bona fide dispute between the signers, beneficiaries, payees, or other persons concerning their rights to the account proceeds or
- if we are otherwise uncertain as to who is entitled to the account funds. We may notify all signers, beneficiaries, payees, and other persons claiming an interest in the account of the dispute or uncertainty without liability to you.

We also may, at our option and without liability to you, take one or more of these actions:

- continue to rely on current signature cards and other account documents;
- honor the competing claim upon receipt of evidence we deem satisfactory to justify such claim;
- freeze all or part of the funds until the dispute is resolved to our satisfaction;
- close the account and distribute the account balance, subject to any bank claims, to each claimant payable jointly, or payable individually in equal shares to each claimant;
- pay the funds into an appropriate court for resolution; or
- refuse to disburse any funds in the account to any person until such time as: all persons claiming an interest in the account consent in writing to a resolution of the dispute; or a court of proper jurisdiction authorizes or directs the payment; or the person with a conflicting claim withdraws his or her claim in writing.

You are liable for all expenses and fees we incur, including attorneys' fees, and we may charge them to your account.

## Converting an Account

We may convert your account to another type of account, revoke privileges or close your account:

- if you make frequent transactions on a savings account;
- if your account frequently has debits against uncollected funds;
- if your account has excessive deposit activity;
- if you use a personal account for business purposes; or
- when we consider it appropriate or necessary to do so.

If we discontinue your type of account, we may convert your account to another type of account. We may also convert your account to another type of account based on our evaluation of how you use the account. If we convert your account, we will send you information about your new account.

## Cutoff Time for Receipt of Orders

Our cutoff time for receipt at a financial center of an order relating to your account is 10:00 a.m. local time or, if later, one hour after the financial center opens each business day. Orders include a stop payment order or postdating order, restraining order, writ of attachment or execution, levy, garnishment and any similar order.

The cutoff time relates to our obligation to pay or return checks and other items. If we receive an order before this cutoff time, we may review items presented for payment against your account on the previous business day to determine whether we need to return any of them to comply with the order. If we receive the order after the cutoff time, we may not review items presented on the previous business day.

For example, if you give us a stop payment order after our cutoff time and the item you want to stop was previously presented for payment or otherwise before we have the opportunity to act on your order, your order comes too late to stop payment on the item. Or, if we receive a levy before the cutoff time and you do not have enough funds in your account to cover both the levy and all items presented against your account the previous business day, we may return one or more items and apply the funds to the levy.

## Death or Incompetence

You agree to notify us promptly if any owner or authorized signer on your account dies or is declared incompetent by a court. Until we receive a notice of death or incompetency, we may act with respect to any account or service as if all owners, signers or other persons are alive and competent and we will not be liable for any actions or inactions taken on that basis.

If you give us instructions regarding your account, and you or another owner of the account subsequently dies or is declared incompetent, we may act on the instructions unless we receive written notice of death or incompetency prior to honoring such instructions.

When we receive a notice that an owner has died or been declared incompetent, we may place a hold on your account and refuse to accept deposits or permit withdrawals. We may hold any funds in your account until we know the identity of the successor.

If a deposit — including salary, pension, Social Security and Supplemental Security Income (SSI) — payable to the deceased owner is credited to the account after the date the deceased owner died, we may debit the account for the deposit and return it to the payer.

We may accept and comply with court orders, and take direction from court appointed personal representatives, guardians, or conservators from states other than where your account was opened or where the account, property or records are held. We reserve the right to require U.S. court documents for customers who reside outside of the U.S. at time of incompetence or death.

### Facsimile Signature

A facsimile signature can be a convenient method for signing or endorsing documents and other items. If you use a facsimile signature, you are responsible for any withdrawal from your account that bears or appears to us to bear a facsimile signature that resembles or purports to be the signature of a person authorized to withdraw funds. We will not be liable to you if use of the facsimile device (or similar device utilized to affix your signature) was unauthorized. You are responsible even if the size, or color of the facsimile signature is different than that of any signature previously presented to us. We may pay the withdrawal and may charge your account for it. You agree to reimburse us (and we may charge your account) for all claims, costs, losses and damages, including attorneys' fees, that result from our payment of a withdrawal bearing either a facsimile that resembles or purports to bear your signature or a facsimile that we believe you authorized.

### Deposit Bank Assessment

For some business accounts, Bank of America may, at our discretion, charge you a Deposit Bank Assessment on your average positive ledger balances. The assessment rate is variable and we may change it at any time without notice.

### Fingerprint

If a person to whom you gave your check asks us to cash the check, we may require them to place their fingerprint on the check. If they refuse to provide their fingerprint, we may refuse to cash the check. We have no liability to you for refusing to cash the check.

### "Freezing" Your Account and Delayed Transactions

If we decide to close your account, we may freeze it. If we do this, we may in our discretion either accept or return deposits, checks and other items that we receive after we freeze your account without being liable to you.

If at any time we believe that your account may be subject to irregular, unauthorized, fraudulent or illegal activity, we may, in our discretion, freeze some or all of the funds in the account and in other accounts you maintain with us, and/or delay transactions, without any liability to you, until such time as we are able to complete our investigation of the account and transactions. If we do freeze your account funds or delay transactions, we will provide notice to you as soon as reasonably possible. Notice may be made by mail or verbally or provided by other means such as via Online Banking or text alerts as permitted by law or by updated balance information. We may not provide this notice to you prior to freezing the account or delaying transactions if we believe

that such notice could result in a security risk to us or to the owner of the funds in the account. The Bank will not be liable for any costs or fees incurred by the delay.

### Indemnification and Limitation of Liability

You agree to reimburse us for all claims, costs, losses and damages (including fees paid for collection) we may incur with respect to overdrafts or returned deposits in connection with your account.

We are not liable to you for errors that do not result in a financial loss to you. We may take any action authorized or permitted by this Agreement without being liable to you, even if such action causes you to incur fees, expenses or damages.

We are not liable to you for any claim, cost, loss or damage caused by an event that is beyond our reasonable control. In particular, we are not liable to you if circumstances beyond our reasonable control prevent us from, or delay us in, performing our obligations for a service, including acting on a payment order, crediting a funds transfer to your account, processing a transaction or crediting your account. Circumstances beyond our reasonable control include: a natural disaster; emergency conditions, such as fire, theft or labor dispute; a legal constraint or governmental action or inaction; the breakdown or failure of our equipment for any reason, including a loss of electric power; the breakdown of any private or common carrier communication or transmission facilities, any time-sharing supplier or any mail or courier service; the potential violation of any guideline, rule or regulation of any government authority; suspension of payments by another bank; or your act, omission, negligence or fault.

Except as limited by applicable law, we are not liable for special, incidental, exemplary, punitive or consequential losses or damages of any kind.

Our liability for a claim will be limited to the face value of an item or transaction improperly dishonored or paid or the actual value of any deposits not properly credited or withdrawals not properly debited.

You agree that the amount of any claim you have against us in connection with any account or transaction with us, whether brought as a warranty, negligence, wrongful dishonor or other action, is subject to reduction to the extent that: 1) negligence or failure to use reasonable care on your part, or on the part of any of your agents or employees, contributed to the loss which is the basis of your claim; and 2) damages could not be avoided by our use of ordinary care.

Any loss recovery you obtain from third parties on a particular claim will reduce the amount of any obligations we may have to you on that claim and you will immediately notify us of any such recovery. You agree to pursue all rights you may have under any insurance policy you maintain in connection with any loss and to provide us information regarding coverage. Our liability will be reduced by the amount of any insurance proceeds you receive or are entitled to receive in connection with the loss. If we reimburse you for a loss covered by insurance, you agree to assign us your rights under the insurance to the extent of your reimbursement.

### Legal Process – Subpoena and Levy

"Legal process" includes a writ of attachment, execution, garnishment, tax withholding order, levy, restraining order, subpoena, warrant, injunction, government agency request for information, search warrant, forfeiture or other similar order.

We may accept and comply with legal process: served in person, by mail, by facsimile transmission, or by other means; or served at locations other than the location where the account, property or records are held. You direct us not to contest the legal process. We may, but are not required to, send a notice to you of the legal process. We do not send a notice if we believe the law prohibits us from doing so.

We may hold and turn over funds or other property to the court or creditor as directed by the legal process, subject to our right of setoff and any security interest we have in the funds or other property. We do not pay interest on the funds during the period we hold them pursuant to legal process. If we hold or turn over funds, we may without any liability to you return checks and other items unpaid and refuse to permit withdrawals from your account. If the legal process applies to a time deposit account, we may charge the applicable early withdrawal penalty for funds taken from the time deposit.

We may charge your account a fee for each legal process. You agree to pay us for fees and expenses (including administrative expenses) that we incur in responding to any legal process related to your account, such as expenses for research and copying of documents. The fees and expenses may include attorneys' fees. We may deduct these fees and expenses from any of your accounts without prior notice to you.

If the legal process directs us to release information about one or more, but not all, accounts that are reported on a combined statement, we may release the entire combined statement, even though other accounts reported on the combined statement are not covered by the legal process. If the legal process requests information about one or more, but not all, account owners or signers, we may release information about all co-owners or signers on the account, even though some of the other co-owners or signers are not covered by the legal process.

We may produce documents held at, or provide access to property that is located in, any of our facilities or any facility operated by a third party on our behalf, even if the facility is not designated as the place to be searched in the legal process.

We have no liability to you if we accept and comply with legal process as provided in this section or by law.

## Multiple Signatures Not Required

We may act on the oral or written instructions of any one signer on the account. Each signer may make withdrawals, write checks, transfer funds, stop payments, obtain ancillary services (e.g., electronic fund transfer services or wire transfers), and otherwise give us instructions regarding your account. We may require written authorization for some actions.

We do not assume a duty to enforce multiple signature requirements that you may agree upon among yourselves. If you indicate on your checks or signature card or other account documents that more than one signature is required for withdrawal, this indication is for your own internal procedures and is not binding on us.

We may disregard any instructions to permit withdrawals only upon more than one signature with respect to checks, electronic fund transfers or other debit/withdrawal requests. We may pay out funds from your account if the check, item, or other withdrawal or transfer instruction is signed or approved by any one of the persons authorized to sign on the account. We are not liable to you if we do this.

## Notice of Withdrawal

Federal regulations require us to retain the right to require all savings and all NOW account depositors to give seven days' written notice before making a withdrawal. It is unlikely, however, that we would require this notice.

## Powers of Attorney/Appointment and Payment to Agents

You may decide to appoint someone to act for you as your agent or attorney-in-fact ("agent") under a power of attorney. Please note that the form must be satisfactory to us in our discretion and unless prohibited by law, we may refuse, with or without cause, to honor powers of attorney that you grant to others.

For our customers' convenience we have a banking power of attorney form, which is available at many of our financial centers. If your state has a statutory form power of attorney, we also generally accept that form. We may, however, accept any form that we believe was executed by you and act on instructions we receive under that form without any liability to you. You agree to reimburse us for all claims, costs, losses and damages that we incur in accepting and acting on any power of attorney form that we believe you executed.

We may pay any funds deposited in your account to your agent or upon the order of your agent. When we accept a power of attorney, we may continue to recognize the authority of your agent to act on your behalf without question until we receive written notice of revocation from you or notice of your death or incapacity and have had a reasonable time to act upon it. We will not be liable for action in accordance with the most current documentation if we have not received such notice.

We may require a separate form for each agent and for each account for which you want to grant power of attorney. We may require your agent to present the original form and refuse to act on a copy. In some cases, we may require that your agent confirm in an affidavit that the power has not been revoked or terminated or that you register the power with the appropriate recording authorities. We may restrict the types or sizes of transactions we permit your agent to conduct.

The authority of your agent to receive payments, transact on or otherwise make changes to your account generally terminates with your death or incapacity, unless the document creating such agency provides, in accordance with applicable law, that the agent's powers continue in spite of your incapacity.

## Records

We may in our discretion retain records in any form including, without limit, paper, film, fiche, digitalized or other electronic medium. If we are not able to produce the original or a copy of your signature card or any other document relating to your account or service, our records (including our electronic records) will be deemed conclusive. If there is a discrepancy between your records and our records, our records will be deemed conclusive.

## Right of Setoff

We may take or setoff funds in any or all of your accounts with us and with our affiliates for direct, indirect and acquired obligations that you owe us, regardless of the source of funds in an account. This provision does not apply to IRA or tax-qualified retirement accounts, to consumer credit card obligations or where otherwise prohibited by law. Your accounts include both accounts you own individually and accounts you own jointly with others. Our setoff rights are in addition to other rights we have under this Agreement to take or charge funds in your account for obligations you owe us.

If the law imposes conditions or limits on our ability to take or setoff funds in your accounts, to the extent that you may do so by contract, you waive those conditions and limits and you authorize us to apply funds in any or all of your accounts with us and with our affiliates to obligations you owe us.

We may use funds held in your joint accounts to repay obligations on which any account owner is liable, whether jointly with another or individually. We may use funds held in your individual accounts to repay your obligations to us, whether owed by you individually or jointly with another, including: obligations owed by you arising out of another joint account of which you are a joint owner, even if the obligations are not directly incurred by you; obligations on which you are secondarily liable; and any amounts for which we become liable to any governmental agency or department or any company as a result of recurring payments credited to any of your accounts after the death, legal incapacity or other termination of entitlement of the intended recipient of such funds. If you are a sole proprietor, we may charge any of your personal or business accounts.

If we take or setoff funds from a time deposit account, we may charge an early withdrawal penalty on the funds withdrawn.

We may take or setoff funds from your account before we pay checks or other items drawn on the account. We are not liable to you for dishonoring items where our action results in insufficient funds in your account to pay your checks and other items.

Some government payments may be protected from attachment, levy or other legal process under federal or state law. If such protections may apply, to the extent that you may do so by contract, you waive these protections and agree that we may take or setoff funds, including federal and state benefit payments, from your accounts to pay overdrafts, fees and other obligations you owe us.

This section does not limit or reduce our rights under applicable law to charge or setoff funds in your accounts with us for direct, indirect and acquired obligations you owe us.

## Sample of Your Signature

To determine the authenticity of your signature, we may refer to the signature card or to a check or other document upon which your signature appears. We may use an automated process to reproduce and retain your signature from a check upon which your signature appears.

If you create your own checks, or obtain them from someone else, and we cannot accurately verify your signature on a check by comparing it with a check that posted to your account, you are responsible for any losses that may result from our inability to use that check to verify your signature.

## Stop Payment Orders

**Acceptance of Stop Payment Orders** If we have not already paid a check or other item that is drawn on your account, then at your request and risk, we may accept a stop payment order on it. If you request a stop payment on a check or other item in a financial center, we may require identification such as a Government-issued photo ID (Primary) and a secondary form of identification. You may not stop payment on a point of sale transaction or an ATM withdrawal or transfer.

If we receive a postdated check that is subject to a stop payment order, we may return the check "payment stopped," "refer to maker," or with a similar designation.

**Placing A Stop Payment Order** We may accept a written or oral stop payment order from any person who has a right to withdraw funds from the account. We may require you to complete a form authorizing the order. You must give us sufficient notice and information so that we have a reasonable opportunity both to verify that the item is unpaid and to act on your request. We may charge you a fee for each stop payment order and each renewal of the order.

We use a computer system to identify items. Therefore, to place a stop payment order on a check or draft, we need specific information to process the request, such as the account number, the routing number, the name of the party to whom the item was made payable, the item number and the exact amount of the item — in dollars and cents. If you give us the wrong amount (even one penny off) or the wrong item number, we may pay the item. We may also require the date of the item, the name of the person who signed or authorized the item, and the name of the party to whom the item was made payable. We may use only a portion of the required information to identify an item. Please see the *Additional Information about Stop Payments for Preauthorized (Recurring) Electronic Funds Transfers* section for information about how to stop those types of payments.

In some cases, we may pay an item even if an order is in effect. For example, if one of our financial centers, without notice of your request, pays a check that you have asked us to stop, we may still pay the check.

A stop payment order generally expires after twelve months. However, we may, in our sole discretion, elect to honor a stop payment order for a longer period of time without notice to you. If you want the order to continue after twelve months, you must ask us to renew the order. Each request for a renewal is treated as a new order. If you want the order to expire in less than twelve months, you must ask us to cancel the order on or after the date you want it to expire. We may accept a written or oral instruction to cancel the order. Your request to cancel the order is not effective until we have a reasonable opportunity to act on it. We cancel the order automatically when the account on which the item is drawn is closed. If the item is presented to us for payment after the stop payment order expires, we may pay the item.

If we pay an item subject to a valid and timely stop payment order, we may be liable to you if you had a legal right to stop payment and you establish that you suffered a loss because of the payment. Our liability, if any, is limited to the actual loss suffered, up to the amount of the item. You must prove the loss to our satisfaction. We are not liable to you for any special, incidental or consequential loss or damage of any kind.

**Additional Information about Stop Payments for Preauthorized (Recurring) Electronic Funds Transfers** If you have told us in advance to make regular payments out of your account (such as recurring debit transactions) or if you have authorized someone else to debit your account through the ACH system, you can stop these payments.

Here's how: Call us at 800.432.1000 or write us at Bank of America Customer Service, PO Box 25118, Tampa, FL 33622.

You must notify us in time to receive your request at least three business days before the payment order is scheduled to be made. If you call us to stop the payment, we may require you to confirm the request in writing. If you do not notify us in writing, we may remove the stop payment after 14 days. We may charge you a fee for each stop payment order you give.

Stop payment orders for preauthorized (recurring) payments do not expire without action on your part, including recurring debit card and ACH transactions.

To place a stop payment order on an ACH debit, we may require you to provide your name and telephone number, the type of account (checking or savings), and the exact company name used by the sender of the ACH debit, and some of the other information listed under *Placing a Stop Payment Order*. You can obtain the company name used by your sender from your statement by looking at a prior ACH debit from this sender that posted to your account.

If you do not know the amount of the ACH debit, we may still be able to place the stop payment order based on the company name of the sender, but this may stop all ACH items from this sender. If you give us the wrong company name or if the sender changes the company name, we may pay the item.

To place a stop payment on other preauthorized (recurring) transactions, you must give us the identifying information we request. You may be able to give us a specific expiration date for certain stop payment orders if you choose to do so.

You must notify the payee that you have withdrawn your authorization for any preauthorized (recurring) transaction.

*Notice of Varying Amounts*

If these regular payments may vary in amount, the person you are going to pay will tell you, 10 days before each payment, when it will be made and how much it will be. You may choose instead

to receive this type of notice only when the payment would differ by more than a certain amount from the previous payment, or when the amount would fall outside certain limits that you set.

*Liability for Failure to Stop Payment*

If you order us to stop a preauthorized payment three business days or more before the transfer is scheduled, and you have given us all of the information we requested, and we do not stop the payment, we will be liable for your losses or damages directly caused by our failure to stop the payment.

## Subaccounts

For regulatory accounting purposes, we may classify checking accounts as two subaccounts: a checking subaccount and a savings subaccount. For interest bearing checking accounts, we calculate and pay interest at the same rate and in the same way on both subaccounts. For non-interest bearing checking accounts, we do not pay interest on either subaccount. We may transfer funds between these subaccounts. We record the subaccounts and any transfers between them on our internal accounting records only. Otherwise, the subaccounts are subject to the same terms as the checking and savings accounts described in this Agreement.

## Unclaimed Property – Accounts Presumed Abandoned or Inactive

State and federal law and our policy govern when accounts are considered abandoned. The applicable state law is generally the state listed in the address for your account statement.

Your account is usually considered abandoned if you have not performed at least one of the following activities for the period of time specified in the applicable state's unclaimed property law: made a deposit or withdrawal, written to us about the account, or otherwise shown an interest in the account, such as asking us to keep the account active. You usually need to perform the activity. Therefore, bank charges and interest payments, and automatic deposits and withdrawals, are usually not considered activity.

We are required by the unclaimed property laws to turn over accounts considered abandoned to the applicable state. Before we turn over an abandoned account, we may send a notice to the address we currently show for the account statement. We may not send this notice if mail we previously sent to this address was returned. Unless prohibited by the applicable state law, we may charge to the account our costs and expenses of any notice, advertisement, payment and delivery of the account to the applicable state agency.

After we turn the funds over to the state, we have no further liability to you for the funds and you must apply to the appropriate state agency to reclaim your funds.

If we consider your account inactive, then (unless prohibited by federal law or the law of the state where we maintain your account) we may:

- charge dormant account fees on the account in addition to regular monthly maintenance and other fees,
- stop sending statements,
- if the account received interest, stop paying interest on the account; and
- refuse to pay items drawn on or payable out of the account.

If you re-establish contact with us, we do not have to reimburse you for these fees and we are not liable to you for any interest that would otherwise have accrued on your account.

## Verification of Transactions and Right to Reverse Transactions

Transactions, including those for which we provide a receipt, may be subject to subsequent verification and correction, though we reserve the right not to do so in every case. We do not verify

a deposit at the teller window so the receipt that you receive at the time of your deposit is not evidence that your deposit has been verified. We may reverse or otherwise adjust any transaction (both credit and debit) that we believe we erroneously made to your account at any time without prior notice to you, if we opt to do so.

## Waiver, Severability, and Change of Law by Agreement

**Waiver** We may delay or waive the enforcement of any of our rights under this Agreement without losing that right or any other right. No delay in enforcing our rights will affect your obligation to pay us fees and other amounts you owe us under this Agreement. If we waive a provision of this Agreement, the waiver applies only in the specific instance in which we decide to waive the provision and not to future situations or other provisions regardless of how similar they may be.

**Severability** A determination that any part of this Agreement is invalid or unenforceable will not affect the remainder of this Agreement.

**Change of Law by Agreement** If any part of this Agreement is inconsistent with any applicable law, then to the extent the law can be amended or waived by contract, you and we agree that this Agreement governs and that the law is amended or waived by this Agreement.

# Electronic Banking Services

We offer a variety of electronic banking services for use with your deposit accounts. We describe some in this section and also provide certain disclosures that apply to use of an electronic banking service with personal deposit accounts. We provide separate agreements to you that govern the terms of some services, including separate agreements for ATM and debit cards and Online and Mobile Banking services. Please review the following provisions and the separate agreement for the service.

## Types of Electronic Banking Services

### ATM and Debit Cards

We may issue you an ATM or debit card (either is called a "card") and a personal identification number (PIN) when you open your account. The terms that govern this service are in a separate agreement that you receive with your card. Please review that agreement carefully.

There are daily dollar limits for withdrawals and purchases. We provide your card limits to you as part of the separate agreement for card services. We may occasionally decide not to issue a card or code to a customer. We may suspend or terminate a card or code at any time without cause or notice.

The following information is a summary of how you can use your card. Some of these uses may not be available with every card or at every ATM or other terminal.

**At ATMs** You can use your card with linked accounts at participating ATMs to withdraw cash, transfer funds, and find out balances. At most ATMs that are prominently branded with the Bank of America name and logo, you can also use your card and PIN with linked accounts to make deposits and make payments to qualifying Bank of America credit cards and loans.

**At participating merchants** You can use your card with linked accounts at participating merchants to purchase goods and services. Some merchants may also permit you to withdraw cash from your checking account while making a purchase.

**At participating financial institutions** You can use your card with linked accounts at participating financial institutions to obtain a cash withdrawal from a teller.

**Payments, Credits, and Transfers** You can send or receive electronic transfers from or to your accounts. We may do this by ACH (as a member of a national or local automated clearinghouse association) or other similar networks. Electronic transfers may take various forms, such as:

- Automatic electronic deposits to your account, such as payroll or benefits payments;
- Automatic one-time or repeating charges to your account for bill payments, sent by a merchant or other payee with your authorization. The merchant or payee may ask you for bank number and account information from your check or a canceled check to create these orders; and
- A "check conversion" transfer, where a merchant or other payee uses a check that you have written to create an electronic transfer from your account. The merchant may either keep the check you wrote or return it to you.

**Online and Mobile Banking** Online and Mobile Banking services are governed by a separate agreement. You receive the agreement for the service at the time you enroll. You can use these services with linked accounts to view your account information, make deposits, transfer funds between your accounts and to the accounts of others, pay qualifying loans or credit cards, and make payments from your account to third parties. You can enroll for these services on our website bankofamerica.com.

**Telephone Banking** You may use our automated customer service system with an Access ID or speak to a telephone banker to get your account information, transfer funds between your accounts with us, and pay qualifying loans or credit cards.

## Access ID

An Access ID is a numeric code which, when used with a separate PIN number or passcode (plus, in some circumstances, another piece of identifying information called a "verbal verification code"), enables consumer and small business customers to do the following through our automated telephone system or in person at a financial center:

- obtain information about deposit and credit accounts that are linked to the Access ID
- transfer funds and make payments between linked accounts, and
- obtain other services such as stop payments, check reorders, and copies of checks and statements

You may request an Access ID and related security codes by calling customer service or at any financial center. Please note that Access IDs may not be available to customers in all states. In some states, individual account numbers, combined with additional security codes, may be required to obtain account information and transact other business.

Two activity levels are available for most accounts linked to your Access ID:

(1) Inquiry: Allows you to obtain account balances and transaction information.
(2) Financial: Allows you to obtain account information, transfer funds among accounts linked to the Access ID, and obtain certain other banking services.

When you first choose your Access ID, and when you subsequently open any new accounts, we will link all your Bank of America accounts that are eligible, and assign the financial activity level to all accounts for which that activity level is available, unless you tell us otherwise. We may establish certain limits on the accounts that can be linked to your Access ID and that can have the financial activity level.

If you permit another person to use your Access ID or account number(s) and related code(s), you are responsible for all transactions conducted by that person (even if he or she exceeds your authorization), until you notify us that the person is no longer authorized so that we may block the codes and issue new ones.

You must review your periodic statements and promptly report to us any unauthorized funds transfers initiated through the use of your security codes or otherwise. You must also promptly notify us of any suspected loss or theft of your security codes. Failure to take these actions may affect the extent of your liability for any unauthorized transfers under federal banking regulations or other applicable laws.

**Small Business Access IDs** If you are a small business customer, to uniquely identify each person who initiates a request for banking services, you should establish a separate Access ID and related security codes for each person who you determine needs access to your accounts. Your authorization (whether express or implied) for any individual to establish an Access ID shall constitute your authorization for the bank to provide account information to such individual and (unless inquiry only access is selected) to transfer funds and conduct other banking transactions upon that person's request. Such authorization supersedes any resolution, signature card or other document filed with the bank that purports to limit authority over any of your accounts, whether currently on file or submitted or modified in the future, unless the Access ID authorization is expressly modified or revoked.

## Electronic Banking Disclosures

**Personal deposit accounts** Our *Personal Schedule of Fees* describes our personal deposit accounts. This *Electronic Banking Disclosures* section explains provisions that apply to electronic fund transfers to or from personal deposit accounts (sometimes referred to as "consumer deposit accounts"). These Transfers are governed by Regulation E, which implements the federal Electronic Fund Transfer Act. A personal deposit account is an account that is owned by a natural person and that is established primarily for personal, family, or household purposes.

**Business deposit accounts** Our *Business Schedule of Fees* describes our business deposit accounts. Business deposit accounts are accounts that are established primarily for business purposes. When you open one of our business deposit accounts, you represent and agree that you are establishing it primarily for business purposes. Provisions below that explain a consumer's liability for unauthorized transfers do not apply to business deposit accounts, although as a matter of practice we generally follow the error resolution procedures described in this *Electronic Banking Disclosures* section for business-purpose accounts. Please note that we are not required to follow these procedures for business accounts and that we may change our practice at any time without notice.

### Consumer's Liability for Unauthorized Transfers

Tell us AT ONCE if you believe your card or your personal identification number (PIN) or other code has been lost or stolen. Also, tell us AT ONCE if you believe that an electronic fund transfer has been made without your permission using information from your check. The best way to keep your possible losses down is to call us immediately.

Your losses could include all of the money in your account plus, if you have an overdraft protection plan linked to your account, any transfers from another account or any advances on a credit line.

If you tell us within two business days after you learn of the loss or theft of your card or code, you can lose no more than $50 if someone uses your card without your permission.

If you do NOT tell us within two business days after you learn of the loss or theft of your card or code, and we can prove we could have stopped someone from using your card or code without your permission if you had told us, you could lose as much as $500.

Also, if your statement shows transfers that you did not make, including those made by card, code or other means, tell us at once. If you do not tell us in writing within 60 days after the statement was mailed to you, you may not get back any money you lost after the 60 days if we can prove that we could have stopped someone from taking the money if you had told us in time. If a good reason (such as a long trip or a hospital stay) kept you from telling us, we will extend the time periods.

**Note:** *These liability rules are established by Regulation E, which does not apply to business deposit accounts. For personal deposit accounts, our liability policy regarding unauthorized debit card or ATM card transactions, and unauthorized Online Banking transactions may give you more protection, provided you report the transactions promptly. Please see the agreement you receive with your ATM or debit card and the Online Banking agreement.*

You should never write your PIN on your card or carry the PIN with you. This reduces the possibility of someone using your card without your permission if it is lost or stolen.

If you give, or make reasonably available, your card, PIN or other access device or code to anyone, you may be liable for any use made of such until you advise us that such person is not authorized to use them.

Also, the state law applicable to your account may give you more time to report an unauthorized transaction or may give you more protection. For example, in Massachusetts, the two day and 60 day time limits for reporting unauthorized transactions do not apply and the $500 limit does not apply.

### Contact in Event of Unauthorized Transfer; and Lost or Stolen Card, PIN or Other Code

If you believe your card, PIN or other code is lost or stolen, or learned by an unauthorized person, or that someone has transferred or may transfer money from your account without your permission, notify us immediately by calling the number listed below.

*Telephone:* 800.432.1000

*You can also write to us at:* Bank of America, PO Box 53137, #7405, Phoenix, AZ 85072-3137

You should also call the number or write to the address listed above if you believe a transfer has been made using the information from your check without your permission.

If unauthorized activity occurs, you agree to cooperate during the investigation and to complete a Lost/Stolen Card and Fraud Claims Report or similar affidavit.

**Business Days** For purposes of these electronic banking disclosures, our business days are Monday through Friday. Weekends and bank holidays are not included.

### Documentation of Transfers

*Receipts* You can usually get a receipt at the time you make any transfer to or from your account at an ATM or point of sale terminal. You may not get a receipt for small dollar transactions. Transactions may be verified by us though we reserve the right not to do so in every case, so the receipt is not final and our records will control if there is a conflict.

*Preauthorized Credits* If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at 800.432.1000 to find out whether or not the deposit has been made.

*Periodic Statements* We send you a monthly account statement unless there are no electronic fund transfers in a particular month. In any case, we send you a statement at least quarterly unless we consider your account inactive.

### Preauthorized Payments

Please see the *Additional Information about Stop Payments for Preauthorized (Recurring) Electronic Funds Transfer* section in the *Stop Payment Orders* section of the Agreement.

### Liability for Failure to Make Transfers

If we do not complete a transfer to or from your account on time or in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions. We will not be liable, for instance:

- If, through no fault of ours, you do not have enough money in your account to make the transfer.
- If the transfer would go over the credit limit on your overdraft line.
- If the ATM where you are making the transfer does not have enough cash.
- If the ATM, terminal or system was not working properly and you knew about the breakdown when you started the transfer.
- If circumstances beyond our control (such as power outages, equipment failures, fire or flood) prevent the transfer, despite reasonable precautions that we have taken.
- If the funds are subject to legal process or other encumbrance restricting the transfer.
- If we consider your account to be inactive or dormant.
- If your card or code has been revoked due to inactivity or at our discretion.

There may be other exceptions stated in our agreement with you or permitted by law.

**Confidentiality - Account Information Disclosure** We will disclose information to third parties about your account or transfers you make as stated in the *Information about You and Your Account* section near the front of this Agreement.

**Fees**

*ATM Fees* When you use an ATM that is not prominently branded with the Bank of America name and logo, you may be charged a fee by the ATM operator or any network used and you may be charged a fee for a balance inquiry even if you do not complete a fund transfer. We may also charge you fees.

*Other Fees* For other fees that apply to electronic banking services, please review the *Schedule of Fees* for your account and each agreement or disclosure that we provide to you for the specific electronic banking service, including the separate agreement for Online and Mobile Banking services and the separate agreement for ATM and debit cards.

**In Case of Errors or Questions about your Electronic Transfers You May Sign into Online Banking to Report the Error Promptly, or** Call or write us at the telephone number or address below, as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt.

Call us at 800.432.1000 during normal Claims Department business hours or write us at Bank of America, PO Box 53137, #7405, Phoenix, AZ 85072-3137.

We must hear from you NO LATER than 60 days after we sent you the FIRST statement on which the error or problem appeared. Please provide us with the following:

- Tell us your name and account number;
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point of sale, or foreign-initiated transactions, we may take up to 90 days (instead of 45) to investigate your complaint or question. For new accounts we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within 3 business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**Notice:** As part of the security system to help protect your card and PIN, we may use hidden cameras and other security devices to determine who is using a card at an ATM. You consent to this.

*Additional Information for Massachusetts customers:* Any documentation provided to you which indicates that an electronic fund transfer was made shall be admissible as evidence of the transfer and shall constitute prima facie proof that the transfer was made. And the initiation by you of certain electronic fund transfers from your account will effectively eliminate your ability to stop payment of the transfer. **UNLESS OTHERWISE PROVIDED IN THIS AGREEMENT, YOU MAY NOT STOP PAYMENT OF ELECTRONIC FUND TRANSFERS. THEREFORE, YOU SHOULD NOT EMPLOY ELECTRONIC ACCESS FOR PURCHASES OR SERVICES UNLESS YOU ARE SATISFIED THAT YOU WILL NOT NEED TO STOP PAYMENT.**

# ATM Safety Tips

The suggestions that follow offer some simple tips on protecting your card and PIN and on exercising care when using an ATM.

## Protect Your ATM Card and Personal Identification Number (PIN)

- Always protect your card by keeping it in a safe place. If your card is lost or stolen, contact us immediately.
- Memorize your PIN. Do not write it on your card, keep it in your wallet, or give it to anyone.
- If you choose your own PIN, avoid using numbers for your PIN that are easily identified (birth dates, telephone numbers, addresses, etc.)
- Never give your PIN to anyone or information about your card over the telephone, email or the Internet, unless to a trusted merchant in a call or transaction you initiated. If someone asks for this information, refuse and immediately contact us.
- Carefully review your account statements and report any fraudulent transactions immediately.

## Be Aware of Your Surroundings at ATMs

- Be aware of people and your surroundings before, during and after you use an ATM, particularly at night. If you think it is unsafe, press "cancel," leave immediately and visit another ATM.
- If you must use an ATM at night, take someone with you.
- When using an ATM with a door that requires card access, close the door completely upon entering and exiting and do not open the door to anyone you don't know.
- When you use a drive-up ATM, keep your engine running, doors locked and only the driver's window open during the transaction.
- The activity around Bank of America ATMs may be monitored or recorded by surveillance cameras.
- Do not use an ATM that appears to have been damaged or tampered with.

## Protect Your Privacy

- Shield the key pad with your hand or body while entering your PIN at an ATM.
- Put your card, cash and receipt away immediately after completing your transaction. Do not display or count your cash at the ATM. Keep your receipt so you can compare it to your statement.

## Request Emergency Assistance

If you need emergency assistance, call 911 from the nearest telephone. Report all crimes immediately to law enforcement and your local financial center. If you think you are being followed, go to a busy area and immediately contact law enforcement.

In all states except NY and NJ, direct concerns about the security of Bank of America ATMs to our Corporate Security Department by calling 800.222.7511.

New York

- Questions or complaints concerning security? Call our Security Department at 800.222.7511, or the New York Department of Financial Services at 888.697.2861.

New Jersey

- Questions or complaints concerning security? Call our Security Department at 800.222.7511, or the New Jersey Department of Banking at 609.292.7272.

# Funds Transfer Services

The following provisions apply to funds transfers you send or receive through us, but do not apply to electronic fund transfers governed by Regulation E, Subpart A of the Consumer Financial Protection Bureau. We provide separate agreements to you that govern the terms of some funds transfer services, including separate agreements for Online and Mobile Banking, telephone transfers, and funds transfers in the financial centers. If you have a specific agreement with us for these services, these provisions supplement that agreement to the extent these provisions are not inconsistent with the specific agreement.

The Uniform Commercial Code includes provisions relating to funds transfers. These provisions define the following terms: funds transfer, payment order and beneficiary. These terms are used here as they are defined in Article 4A of the Uniform Commercial Code – Funds Transfers as adopted by the state whose law applies to the account for which the funds transfer service is provided. In general: A funds transfer is the process of carrying out payment orders that lead to paying a beneficiary. The payment order is the set of instructions given to us to transfer funds. The beneficiary is the person or business who receives the payment.

In addition, funds transfers sent outside of the United States that are initiated by consumers primarily for personal, family or household purposes are governed by federal law (Remittance Transfers) (see below). Effective as of the date set forth in the final rules implementing EFTA (defined below), federal law may provide rights with respect to Remittance Transfers that may vary in certain ways from the terms and conditions set forth herein. Your rights with respect to Remittance Transfers, including disclosure, error resolution and cancellation rights, will be explained to you contemporaneously with each Remittance Transfer transaction you initiate, either orally or in writing.

In general, your and our rights and obligations under this Agreement are governed by and interpreted according to federal law and the law of the state where your account is located. However, Remittance Transfers shall be governed by federal law and, as applicable, the law of the State of New York. Funds transfers to your account or funded from your account or otherwise funded by you may involve one or more funds transfer systems, including, without limitation, Fedwire or Clearing House Interbank Payments System (CHIPS). Accordingly, notwithstanding any choice of law that may be provided elsewhere in this agreement, such transfers will be governed by the rules of any funds transfer system through which the transfers are made, as amended from time to time, including, without limitation, Fedwire, the National Automated Clearing House Association, any regional association (each an "ACH"), and CHIPS. Funds transfers through Fedwire will be governed by, and subject to, Regulation J, Subpart B, and Uniform Commercial Code Article 4A incorporated by reference thereunder. Funds transfers through CHIPS are governed by, and subject to, CHIPS Rules and Administrative Procedures and by the laws of the State of New York, including Article 4-A of the New York Uniform Commercial Code, regardless of whether the payment message is part of a transfer that is a Remittance Transfer, except that in the case of an inconsistency between New York law and EFTA, EFTA shall govern.

We may charge fees for sending or receiving a funds transfer. We may deduct our fees from your account or from the amount of the transfer. Other financial institutions involved in the funds transfer may also charge fees. For current fees, call us at the number for customer service on your statement or ask a financial center associate.

## Remittance Transfers

The Bank may execute certain payment orders for you known as Remittance Transfers. A Remittance Transfer is a wire transfer initiated by a consumer primarily for personal, family or household purposes to a designated recipient in a foreign country. Effective as of the date set forth in the final rules implementing EFTA (defined below), federal law may provide certain rights

and obligations related to Remittance Transfers that may differ from rights and obligations that apply to other types of payment orders, including disclosure, cancellation and error resolution rights. To the extent the provisions of this Agreement are inconsistent with the oral or written disclosures provided to you for a Remittance Transfer governed by section 919 of the Electronic Fund Transfer Act (EFTA), 15 U.S.C. section 1693o-1, the terms of the disclosures provided at the time of the Remittance Transfer shall govern. Notwithstanding anything to the contrary contained herein, rights and obligations that apply to Remittance Transfers are as set forth in EFTA and, as applicable, as set forth in New York law.

## Sending Funds Transfers

You may subscribe to certain services we offer or you may give us other instructions to pay money or have another bank pay money to a beneficiary. This *Sending Funds Transfers* section applies to wire transfers (excluding Remittance Transfers) and transfers we make between your Bank of America accounts. It does not apply to automated clearing house (ACH) system funds transfer services.

You may give us payment orders for ACH system funds transfers only if you have a separate agreement with us for those services.

**Cutoff Times for Payment Orders** We have cutoff times for processing payment orders. Cutoff times vary depending on the particular office of our bank and the type of payment order. We may treat payment orders we receive after a cutoff time as if received the next business day. We tell you our cutoff times upon request.

**Amending or Cancelling Payment Orders** You may not amend or cancel a payment order after we receive it. If you ask us to do this, we may make a reasonable effort to act on your request. But we are not liable to you if, for any reason, a payment order is not amended or canceled. You agree to reimburse us for any costs, losses or damages that we incur in connection with your request to amend or cancel a payment order.

**Inconsistency of Name or Number** The beneficiary's bank may make payment to the beneficiary based solely on the account or other identifying number, even if the name on the payment order differs from the name on the account. We or an intermediary bank may send a payment order to an intermediary bank or beneficiary's bank based solely on the bank identifying number, even if the payment order indicates a different bank name.

**Sending Payment Orders** We may select any intermediary bank, funds transfer system or means of transmittal to send your payment orders. Our selection may differ from that indicated in your instructions.

**Notice of Rejection** We may reject payment orders. We notify you of any rejection orally, electronically or in writing. If we send written notices by mail, we do so by the end of the next business day.

We are not liable to you for the rejection or obligated to pay you interest for the period before you receive timely notice of rejection.

**Errors or Questions About Your Payment Orders** We notify you about certain funds transfers by listing them on your account statement. In some cases, we also may notify you electronically, in writing or by a report produced through one of our information reporting services.

You must notify us at once if you think a funds transfer shown on your statement or notice is incorrect. You must send us written notice, including a statement of relevant facts, no later than 14 days after the date you receive the first notice or statement on which the problem or error appears.

If you fail to notify us within this 14-day period, we are not liable for any loss of interest because of an unauthorized or erroneous debit or because your statement or notice is incorrect. We are not

required to compensate you, and we are not required to credit or adjust your account for any loss of interest or interest equivalent.

**Calculations** Unless otherwise prohibited by law, if we are obligated to pay for loss of interest that results from our error or delay regarding your payment order, we calculate compensation as follows. With an analyzed checking account, we credit the account to reflect the applicable value date or otherwise adjust the account under our account analysis procedure, to recalculate earnings credits for the period involved. With a non-analyzed, non-interest bearing account, we use a rate equal to the average of the Federal Funds rates set by the Federal Reserve Bank of New York, less a reserve factor. With a non-analyzed, interest bearing account, we use the rate applicable to the account. If we have a separate agreement with you specifying a different calculation method, we use that method instead.

### Receiving Funds Transfers

We may receive instructions to pay funds to your account. We may receive funds transfers directly from the sender, through a funds transfer system or through some other communications system. This includes wire transfers, ACH transfers that may be sent through an ACH system or processed directly to an account with us, transfers sent through transfer systems that deliver payments in real time, and transfers between Bank of America accounts.

**ACH Provisional Payment Rule** Under ACH rules, funds transfers sent through an ACH are provisional and may be revoked prior to final settlement. You agree to these rules. If the funds transfer is revoked before final settlement, we may charge your account for the amount credited. The person who sent the payment order is considered not to have paid you. If this happens, we do not send a separate notice; we report the information on your account statement.

**Notice of Funds Transfer** We notify you that we have received funds transfers by listing them on your account statement. We provide statements to you by mail or through Online Banking if you selected paperless delivery through Online Banking for your deposit account documents. If you use one of our information reporting services, you may receive notice through that service.

We are not obligated to send you a separate notice of each incoming funds transfer. While we generally do not provide such separate notices, we may do so on occasion, in which case we send the notice within two business days after we credit your account.

We are not obligated to pay you interest for the period before you receive notice.

If you are expecting a funds transfer and want to find out if it has been credited to your account, call us at the number for customer service on your statement.

**Posting Your Customers' Payments** We credit to your account electronic payments (such as bill payments) that we receive from your customers. If you do not apply a payment to an account of your customer, you must promptly return the payment to us.

### ACH Debits and Credits

From time to time, originators that you authorize may send automated clearing house (ACH) credits or debits for your account. For each ACH transaction, you agree that the transaction is subject to the National Automated Clearing House Association (NACHA) Operating Rules and any local ACH operating rules then in effect. You agree that we may rely on the representations and warranties contained in these operating rules and either credit or debit your account, as instructed by the originator of the ACH transaction.

You should be careful about giving someone your account number to help prevent unauthorized transactions on your account. You must notify us immediately of unauthorized activity.

For information about stopping payment of an ACH transaction, see *Stop Payment Orders* in the *Other Terms and Services* section.

**Business deposit accounts** You acknowledge and agree that if you request us to transmit an ACH return transaction in connection with any problem, including a claim of erroneous or unauthorized ACH debit posted to your account, the related originating depository financial institution has no obligation to accept that return transaction if the return request is not made within the applicable time frame set forth in the NACHA Operating Rules. We will respond to your reported problem and attempt to pursue your request with the originating depository financial institution as long as you report the problem to us in writing within 60 days after the statement first reflecting the transaction was mailed to you; however, we do not guarantee that we will be able to recover your funds if you notify us of the problem beyond NACHA time frames. In some cases, depending on the facts, your claim may not be honored and you could incur a loss.

## Tax Information

Generally, we are required to report annually to you and to the Internal Revenue Service (IRS) interest payments that total $10 or more during the year on your deposit account with us. We may also be required to report this information to the appropriate state revenue authority.

When you open an account, we are required to obtain — and each U.S. citizen or resident alien must give us — a certified U.S. Taxpayer Identification Number (TIN) and information regarding your backup withholding status. When you apply for an account, you certify that you have provided the correct TIN for the account holder and the correct backup withholding status.

For individual accounts, the TIN is your Social Security Number (SSN). For individual accounts with more than one owner, we report taxpayer information for the person listed first in our records. Resident aliens who do not qualify for Social Security should provide their Individual Taxpayer Identification Number (ITIN). For other accounts, the TIN is the owner's Employer Identification Number (EIN). If you do not give us a certified name and TIN, if the IRS notifies us that the name and TIN you gave us is incorrect, or if the IRS notifies us that you failed to report all your interest and dividends on your tax return, we are required to backup withhold at the current backup withholding rate on interest paid to your account and pay it to the IRS. In some cases, a state and local tax authority may also require that we pay state and local backup withholding on interest paid to your account when we are required to pay backup withholding to the IRS. Backup withholding is not an additional tax. If you are subject to backup withholding, we are required to report to you and to the IRS regardless of the amount of the interest payment. You may claim amounts withheld and paid to the IRS as a credit on your federal income tax return.

If you are a certified nonresident alien individual, you are generally exempt from backup withholding on interest but may be subject to information reporting if you reside in a country in which we are required to report. If you are a certified foreign entity, you are generally exempt from backup withholding and information reporting for interest payments. Deposit interest income that is effectively connected with the conduct of a trade or business in the United States is subject to information reporting.

You must renew your status as an exempt foreign person or entity prior to the end of the third calendar year following the year in which you last certified your status. If you fail to renew your status by the last day of the fourth calendar year, your interest payments will be subject to backup withholding. If you become a U.S. citizen or resident alien after opening your account, you must notify us within 30 days and provide us with your certified name and TIN.

We comply with Foreign Account Tax Compliance Act (FATCA) as mandated by U.S. federal tax law. We will withhold on certain payments when required by such law.

For more information or to determine how this information applies to you, consult your U.S. tax advisor.

If you administer your account as a retirement account, all IRS reporting and filing implications are the sole responsibility of the account holder and should be discussed with the account holder's tax advisor as neither Bank of America, its affiliates, nor its employees, provide tax advice.

# Resolving Claims

If you and we are not able to resolve a claim ourselves, then you and we agree that the claim will be resolved as provided in this *Resolving Claims* section. This is a dispute resolution provision. Please read it carefully.

### What does "Claim" Mean?

Claim means any claim, dispute or controversy (whether under a statute, in contract, tort, or otherwise and whether for money damages, penalties or declaratory or equitable relief) by either you or us against the other, or against the employees or agents of the other, arising from or relating in any way to this deposit agreement (including any renewals, extensions or modifications) or the deposit relationship between us.

Claim does not include provisional or ancillary remedies from a court of competent jurisdiction, which either you or we may exercise without waiving the right to arbitration or reference.

### How Claims on Personal Accounts will be Resolved

You and we both agree that all Claims relating to a personal account will be resolved in court by a judge without a jury, as permitted by law.

### JURY TRIAL WAIVER FOR PERSONAL ACCOUNTS

**FOR PERSONAL ACCOUNTS, AS PERMITTED BY LAW, YOU AND WE AGREE AND UNDERSTAND THAT YOU AND WE ARE BOTH GIVING UP THE RIGHT TO TRIAL BY JURY. THIS IS A JURY TRIAL WAIVER.**

### How Claims on Business Accounts will be Resolved

You have the right to compel us at your option, and we have the right to compel you at our option, to resolve a Claim relating to a business account by binding arbitration. If neither you nor we decide to compel arbitration, then the Claim will be resolved in court by a judge without a jury, as permitted by law. There is an exception for Claims brought in a California state court. If a Claim relating to a business account is brought in a California state court, either you or we can seek to compel the other to have the Claim resolved by general reference to a judicial referee under California Code of Civil Procedure (C.C.P.) Section 638, as provided below. Both parties may also agree to resolve their disputes through judicial reference. The arbitration, judicial reference or trial by a judge will take place on an individual basis without resort to any form of class or representative action.

### CLASS ACTION AND JURY TRIAL WAIVER FOR BUSINESS ACCOUNTS

**FOR BUSINESS ACCOUNTS, YOU AND WE AGREE AND UNDERSTAND: (1) THAT YOU AND WE ARE BOTH GIVING UP THE RIGHT TO TRIAL BY JURY, AND (2) THAT THIS SECTION PRE-CLUDES YOU AND US FROM PARTICIPATING IN OR BEING REPRESENTED IN ANY CLASS OR REPRESENTATIVE ACTION OR JOINING OR CONSOLIDATING THE CLAIMS OF OTHER PERSONS. THIS IS A CLASS ACTION WAIVER AND JURY TRIAL WAIVER.**

### Judicial Reference

A case sent to judicial reference is heard by a neutral individual (a "judicial referee"), but remains in the court system subject to the same rules of procedure, discovery and evidence and appeal as any court case. The judicial referee will be an active or retired judge or attorney with more than 10 years of experience, chosen by mutual agreement of you and us.

If you and we are unable to agree on a judicial referee, then the judicial referee will be appointed according to the procedure for appointment of a referee under California C.C.P. Section 640.

The judicial referee, sitting alone without a jury, will decide questions of law and fact and will resolve the Claim. This includes the applicability of this *Resolving Claims* section and the validity of the deposit agreement.

Judicial reference will be governed by California C.C.P. Section 638 et seq. and the judicial referee will determine all issues in accordance with federal and California law and the California rules of evidence. The referee is empowered to provide all temporary or provisional remedies and rule on any motion that would be authorized in pretrial or trial proceedings in court, including motions for summary judgment or summary adjudication. The award that results from the decision of the referee will be entered as a judgment in the court that appointed the referee, in accordance with the provisions of California C.C.P. Sections 644(a) and 645. You and we both reserve the right to seek appellate review of any judgment or order to the same extent permitted in a court of law.

### Arbitration

This section on arbitration applies to business accounts and is subject to the provisions of the *Limitation and Non-Severability* section below.

Arbitration is a method of resolving disputes in front of one or more neutral individuals, instead of having a trial in court in front of a judge and/or jury. The arbitrator will be an active or retired judge or attorney with more than 10 years of experience, chosen by mutual agreement of you and us.

If you and we are unable to agree on an arbitrator, then you agree to choose one of the following Administrators within 10 days of our written notice that an agreement cannot be reached.

- JAMS Resolution Center
  1920 Main St., Suite 300
  Irvine, CA 92614
  www.jamsadr.com
  800.352.5267

- American Arbitration Association ("AAA")
  1633 Broadway, 10th Floor
  New York, NY 10019
  www.adr.org
  212.716.5800

If you do not choose the Administrator on a timely basis, we will select the Administrator and the Administrator will select the arbitrator using the Administrator's rules. If an Administrator cannot hear or refuses to hear the arbitration, then the arbitration will be handled by the alternative Administrator.

The arbitrator, sitting alone without a jury, will decide questions of law and fact and will resolve the Claim. This includes the applicability of this *Resolving Claims* section and the validity of the deposit agreement, except that the arbitrator may not decide or resolve any Claim challenging the validity of the class action and jury trial waiver. The validity of the class action and jury trial waiver will be decided only by a judicial referee or a court.

After a decision is given by an arbitrator, and where the amount of the Claim exceeds $200,000, either you or we can appeal the arbitrator's decision to another arbitrator. If the amount of the Claim exceeds $1,000,000, either you or we can appeal the arbitrator's decision to a panel of three arbitrators. No decision may be appealed under this paragraph, unless the arbitrator who heard the matter first makes a finding that the Claim could reasonably have exceeded either

$200,000 or $1,000,000. Any arbitrator who hears an appeal under this paragraph will be selected according to the rules of the Administrator.

The arbitration of any matter involves interstate commerce and is governed by the Federal Arbitration Act, 9 U.S.C. §§ 1 et seq. (the "FAA"). The arbitrator will follow applicable substantive law to the extent consistent with the FAA. The arbitrator will give effect to the applicable statutes of limitation and will dismiss barred claims. Arbitrations will be governed by the rules of the Administrator to the extent those rules do not conflict with this *Resolving Claims* section. In addition, you or we may submit a written request to the arbitrator to expand the scope of discovery normally allowable. At the timely request of either you or us, the arbitrator must provide a brief written explanation of the basis for the award.

Judgment upon the award given by the arbitrator may be entered in any court having jurisdiction. The arbitrator's decision is final and binding, except for any right of appeal provided by the FAA or under this Agreement.

### Limitation and Non-Severability

**For both personal and business accounts.** Regardless of anything else in this *Resolving Claims* section, you and we both acknowledge and agree that the validity and effect of the class action and jury trial waiver for business accounts and the jury trial waiver for personal accounts may be determined only by a court or judicial referee and not by an arbitrator. You and we both have the right to appeal the limitation or invalidation of the waiver.

**For business accounts.** Regardless of anything else in this *Resolving Claims* section, you and we both acknowledge and agree that the class action and jury trial waiver is material and essential to the arbitration of any disputes between you and us and is non-severable from the agreement to arbitrate Claims. If the class action and jury trial waiver is limited, voided or found unenforceable, then the agreement to arbitrate (except for this sentence) will be null and void with respect to such proceeding and this *Resolving Claims* section will be read as if the provisions regarding arbitration were not present. You and we both have the right to appeal the limitation or invalidation of the class action and jury trial waiver. You and we acknowledge and agree that under no circumstances will a class action be arbitrated.

### Rules of Interpretation

Except as provided in the *Limitation and Non-Severability* section above, if any portion of this *Resolving Claims* section is determined to be invalid or unenforceable, it will not invalidate the remaining portions of this section. If there is a conflict or inconsistency between this *Revolving Claims* section and other terms of this deposit agreement or the applicable rules of the Administrator, this *Resolving Claims* section will govern. If there is any conflict between this *Revolving Claims* section and any other dispute provision (whether it be for arbitration, reference or any other form of dispute resolution), this *Resolving Claims* section will prevail for Claims arising out of this deposit agreement or transactions contemplated by this deposit agreement.

### Jurisdiction and Venue

Any action or proceeding regarding your account or this deposit agreement must be brought in the state in which the financial center that maintains your account is located. You submit to the personal jurisdiction of that state. Note that any action or proceeding will be governed by and interpreted in accordance with the *Governing Law* section of this agreement.

If a Claim is submitted to arbitration and the state where that financial center is located is not reasonably convenient for you, then you and we will attempt to agree on another location. If you and we are unable to agree on another location, then the location will be determined by the Administrator or arbitrator.

## Bank of America U.S. Online Privacy Notice

## Last updated August 7, 2020

Your privacy is important to us. We conduct regular assessment reviews to ensure personal information we collect, use and share is protected. This U.S. Online Privacy Notice ("Notice") describes how Bank of America and our affiliates manage personal information about you when you interact with us online through our websites, mobile applications and social sites ("Sites and Mobile Apps").

**This notice explains**
- How we collect personal information when you visit, use or interact with us online, and through our ads displayed through online services operated by us or non-affiliated third parties

- How we may use or share personal information collected to deliver products and services to you and for advertising purposes

The term "Bank of America" or "we", "us" or "our" in this Notice refers to banking and non-banking U.S. affiliates or subsidiaries of Bank of America Corporation that link to or reference this Notice.

By using the Sites and Mobile Apps, you agree to the terms and conditions of this Notice. Bank of America provides other online interfaces. If you visit or access your accounts from one of these sites or mobile apps, please review the online privacy practices of that site or mobile app to understand how your online personal information may be collected, used and shared.

**Updates to this Notice**
This Notice is subject to change. Please review it periodically. If we make changes to this Notice, we will revise the **Last updated** date on this page.


## Our Online Privacy Practices

We are committed to transparency about your personal information. We ask for your consent when required, otherwise by using our Site and Mobile Apps, you consent to the collection, use and sharing of your personal information subject to and consistent with applicable laws and other notices you may have received based on your relationship with us.

**Linking to other sites**
We may provide links to non-affiliated third party sites, such as credit bureaus, service providers or merchants. If you follow links to sites not affiliated with or controlled by Bank of America, you should review their privacy and security policies and other terms and conditions, as they may be different from those of our Sites and Mobile Apps. Bank of America does not guarantee and is not responsible for the privacy or security of these sites, including the accuracy, completeness or reliability of their information.

**Protecting your personal information**
To protect personal information from unauthorized access and use, we use security measures that comply with applicable federal and state laws. These measures may include device safeguards and secured files and buildings as well as oversight of our third party service providers to ensure personal information remains confidential and secure. In the event of a data breach, we provide timely notification, in accordance with applicable laws. We also recognize the importance of protecting privacy where children are involved. Our Sites and Mobile Apps are not directed to individuals under the age of 13, and we request that these individuals do not provide personal information through our Sites and Mobile Apps. We do not knowingly collect personal information from children under 13.

**Making sure personal information is accurate**
Keeping your personal information accurate and up to date is very important. If your personal information is incomplete, inaccurate or not current, please use the **Contact Us** option on our Sites and Mobile Apps, or call or write to us at the telephone numbers or appropriate address for changes listed on your account statements, records, online or other account materials. You can also speak to a customer representative at a banking center, your Financial Advisor or account representative.

1

## Personal Information We Collect

**How do we collect personal information online?**
We collect personal information about you through your computer, smartphone, tablet or other mobile device by the use of cookies and similar tracking technologies (see our Cookies and Tracking Technologies Guide for details) as well as personal information you provide when you visit or use our Sites and Mobile Apps, for example when you:

- Apply for or open a new account;
- Register for a new product or service, or request information about a product or service;
- Complete a survey, contest or sweepstakes or other promotion; or,
- Use aggregation services such as My Portfolio® and My Financial Picture® in order to consolidate your financial account or information at one online location.

We may use service providers and vendors to process personal information for business purposes on our behalf. Service providers and vendors are contractually obligated to comply with our policies to protect information we share with them or they collect on our behalf.

The personal information we collect is limited to what is required to provide our products or services and to support legal and risk requirements. For additional information, please review the **How do we use your personal information** section of this Notice.

**Types of personal information we collect online**
The type of personal information we collect from and about you online will depend on how you interact with us and may include:

- **Contact Information** such as name, mailing address, email address, telephone and mobile number(s).
- **Account Application information** such as credit and income information.
- **Identifiers** such as Social Security number, account number(s), driver's license number (or comparable) or other information that identifies you for ordinary business purposes.
- **Access Authorization** such as user name, alias, PIN and Passcode and security questions and answers.
- **Information from your computer, smartphone, tablet or other mobile device,** such as:
  - Unique device identifiers (for example Media Access Control (MAC) and Internet Protocol (IP) addresses).
  - Browser type, version, language, and display/screen settings. Information about how you use and interact with our Sites and Mobile Apps (for example page visited or links clicked).
  - Responses to advertisements on the Sites and Mobile Apps where we advertise.
  - Log information such as your search and voice to text queries in the mobile app.
  - Search engine referrals.
  - Geo-location information with consent, for example ATM or financial center location, fraud prevention).
  - Social media preference.

## How We Use and Share Personal Information

**How do we use your personal information?**
Personal information collected from and about you online described in this Notice may be used for many purposes such as:

- **Delivering products and services** to you by verifying your identity (for example when you access your account information); processing applications for products or services such as to prequalify for a mortgage, apply for a credit card, or to open a retirement account, investment account or other financial product; processing transactions; finding nearby ATMs, financial centers, and other specialized location based services near your location; and consolidating your financial account information at one online location with services such as My Portfolio® and My Financial Picture®.
- **Personalizing your digital and mobile experience** by enhancing overall Sites and Mobile Apps organization and design and analyze data to create relevant alerts, products or services.
- **Providing advertising** on our Sites and Mobile Apps as well as non-affiliated third party sites and through off-line channels like financial centers, call centers and direct marketing (for example email, mail and phone).

- **Detecting and preventing fraud,** identify theft and other risks to you or Bank of America.
- **Performing analytics** concerning your use of our online services, including your responses to our emails and the pages and advertisements you view.
- **Complying with and enforcing applicable legal requirements,** relevant industry standards, contractual obligations and our policies.
- **Allowing you to use features within our Sites and Mobile Apps** when you grant us access to personal information from your device such as contact lists, or geo-location when you request certain services that requires such access, for example locating an ATM.

We retain personal information for a period of time as required by laws and regulations and the necessary business purpose. We securely delete personal information as soon as legally permitted.

**Individual health information**
To the extent that we receive, maintain or process an individual's health information, Bank of America may use and disclose that information as authorized by and in accordance with applicable federal and/or state law.

**With whom do we share your personal information?**
We may share the personal information we collect from and about you online described in this Notice (and subject to other legal restrictions and notices you may have received depending on your relationship with us) with:

- **Affiliates and Subsidiaries of Bank of America** such as Merrill
- **Service Providers, Vendors and Third Party Providers** who have contracts with Bank of America
- **Government Agencies** as required by laws and regulations

**Aggregated / De-identified information**
Collected personal information may be aggregated and/or de-identified (we remove any details that identify you personally). We may share this aggregated and/or de-identified information with service providers, vendors and third party providers to help deliver products, services and content that are better tailored to the users of our online services and for our own business purposes where permissible under applicable laws and regulations.

**How to limit sharing**
You have choices regarding the sharing of some personal information. Where appropriate, we will limit sharing of your personal information based on your privacy choices. You can set your Privacy Choices online.

## Online Behavioral Advertising

**What is Online Behavioral Advertising?**
Personal information collected from and about you online as described in this Notice is used and shared to deliver advertising and marketing, including prescreened offers of credit, which may be of interest to you.

We present tailored ads to you:

- On our Sites and Mobile Apps through banner ads and splash ads that appear as your sign on or off of your online accounts
- In off-line channels such as financial centers, call centers, and through direct marketing (for example. email, mail, phone)
- On third party sites and mobile apps not affiliated with Bank of America.

**How we tailor ads to you**
- **Advertising on our sites, mobile apps and off-line channels such as financial centers, call centers, and through direct marketing (for example email, mail, phone):** We may use certain personal information about your activities on our Sites and Mobile Apps, such as pages visited and key words entered, to help determine which of our ads or offers may be of interest to you. We may use personal information about your relationship with us (such as types of accounts, transactional information or the state in which you bank) to help determine which advertisements or offers to present to you.
- **Advertising on non-affiliated third party sites and mobile apps:** Bank of America contracts with advertising companies to advertise our products and services on sites and mobile apps not affiliated with us. We may use personal information we have collected or that you have provided to assist our non-affiliated third party sites and mobile apps

3

to select bank ads or offers that may appeal to you, display them to you and monitor your responses. Non-affiliated third party sites and mobile apps are not subject to Bank of America Privacy Notices.

**How you can opt out of Online Behavioral Advertising**

You have choices about how Bank of America advertises to you based on your online behavior.

There is no standard for how "do not track" consumer browser settings should work for online advertising purposes. As such, we do not respond to browser "do not track" signals from browser settings. However, there are several opt out options available to you:

- **Advertising on our Sites and Mobile Apps and off-line channels such as financial centers, call centers, and through direct marketing (for example email, mail, phone):** If you prefer we not provide you with tailored content and advertising based on your online behavior with our Sites and Mobile Apps, you may opt out of online behavioral advertising. Please review the important **Reminder** section that follows.

- **Advertising on Non-Affiliated Third Party sites:** Bank of America participates in the Digital Advertising Alliance ("DAA") self-regulatory Principles for Online Behavioral Advertising and uses the Advertising Options Icon on our behavioral ads on non-affiliated third party sites (excluding ads appearing on platforms that do not accept the icon). Ads served on our behalf by these companies do not contain unencrypted personal information and we limit the use of personal information by companies that serve our ads. To learn more about ad choices, or to opt out of interest-based advertising with non-affiliated third party sites, visit YourAdChoices powered by the Digital Advertising Alliance or through the Network Advertising Initiative's Opt Out Tool. You may also visit the individual sites for additional information on their data and privacy practices and opt out-options.

**Reminder**

Please note that if you opt out of this advertising:

- You may still receive untailored advertising from Bank of America.

- When accessing online account servicing areas (i.e. after sign-in), such as Online Banking, Merrill Edge or MyMerrill, you may receive tailored content and advertising based on your account relationships.

- Financial advisors/Client Managers may continue to use personal information collected online as described in this Notice to provide details on products and services in accordance with account agreements.

- In order for online behavioral advertising opt outs from our Sites and Mobile Apps and on other sites to work on your device, your browser must be set to accept cookies.

- If you delete cookies, buy a new device, access our Sites and Mobile Apps or other sites from a different device, login under a different screen name, or change web browsers, you will need to opt out again.

- If your browser has scripting disabled, you do not need to opt out, as online behavioral advertising technology does not work when scripting is disabled.

## Additional Information

**Aggregation Services**

Some companies may offer aggregation websites and services that allow you to consolidate your account information from different sources (such as your accounts with us or with other financial institutions) so that you can view it in one location or perform actions related to your accounts using their services (a "Provider"). To do this, a Provider may request you to authorize access to your Bank of America accounts by providing your Bank of America username and passcode or by providing your information-sharing consent directly to Bank of America through your Online Banking account.

- The Provider may access, on your behalf, information about yourself, your Bank of America relationship, and your accounts at Bank of America.

- You should use caution and ensure that the Provider has appropriate policies and practices to protect the privacy and security of any personal information you provide or to which they are gaining access.

- Use of your personal information by the Provider is governed by your agreement with them, not by Bank of America.

- We are not responsible for the use or disclosure of any personal information accessed by any company or person to whom you provide your username and passcode.

- If you share your Bank of America username and passcode or other information about your accounts with others, we will consider that you have authorized any transaction or action initiated by using the access information you provide.

- If you decide to revoke the authority you have given to a Provider, we strongly recommend that you change your Bank of America passcode to ensure that the Provider cannot continue to access your account.
- You may revoke your consent for certain Providers through the Security Center within Bank of America Online Banking.

**Social Media**
Bank of America engages with customers on social media platforms such as Facebook®, Twitter®, YouTube® and LinkedIn®.

- Any content you post on official Bank of America managed social media pages, such as pictures, information, opinions or any personal information that you make available to other participants on these social platforms, is subject to the Terms of Use and Privacy Policies of those respective platforms.
- When interacting with official Bank of America social media pages, Bank of America's privacy notices, Social Media User Terms and Community Guidelines may apply.
- Please review the privacy policy for the specific social media service you are using to better understand your rights and obligations with regard to such content.

We may allow certain non-affiliated third party widgets (for example social share buttons) on our sites that enable users to easily share information on another platform, such as a social media platform. The non-affiliated third parties that own these widgets may have access to information about your browsing on pages of our Sites and Mobile Apps where these widgets are placed.

INS-08-20-0021.C